**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*9:13 am, Mar 31, 2026*
**JEFFREY P. COLWELL, CLERK**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.

Edward Herbert Hoid______________________,
Plaintiff

v.

**Jury Trial requested:**
**(please check one)**
**_X_ Yes ___ No**

See Attached_____________________,
Defendant(s)

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

## COMPLAINT

---

1. **Jason Malterud, Detective, Longmont Police Department:** 225 Kimbark St., Longmont, CO 80501 | (303) 651-8501
2. **Jeff Satur, Deputy Chief, Longmont Police Department:** 225 Kimbark St., Longmont, CO 80501 | (303) 651-8501
3. **Joshua Burke, Detective, Longmont Police Department:** 225 Kimbark St., Longmont, CO 80501 | (303) 651-8501
4. **Rachael Sloan-Stoggsdill, Records Manager, Longmont Police Department:** 225 Kimbark St., Longmont, CO 80501 | (303) 651-8501
5. **Zach Ardis, Public Information Officer, Longmont Police Department:** 225 Kimbark St., Longmont, CO 80501 | (303) 651-8501
6. **Jon High, Detective, Longmont Police Department:** 225 Kimbark St., Longmont, CO 80501 | (303) 651-8501
7. **Stanley Jerido, Parole Officer, Colorado Department of Corrections (CDOC):** 940 Broadway, Denver, CO 80203 | (303) 763-2420
8. **Andre Stancil, Executive Director, Colorado Department of Corrections (CDOC):** 1250 Academy Park Loop, Colorado Springs, CO 80910 | (719) 226-4701
9. **Ryan Day, Deputy District Attorney, 20th Judicial District:** 1777 6th Street, Boulder, CO 80302 | (303) 441-3700
10. **Michael Dougherty, District Attorney, 20th Judicial District:** 1777 6th Street, Boulder, CO 80302 | (303) 441-3700
11. **Nancy Salamone, Magistrate/Judge, 20th Judicial District:** 1777 6th Street, Boulder, CO 80302 | (303) 441-3750
12. **Ingrid Bakke, Chief Judge, 20th Judicial District:** 1777 6th Street, Boulder, CO 80302 | (303) 441-3750
13. **Bruce Langer, Judge, 20th Judicial District:** 1777 6th Street, Boulder, CO 80302 | (303) 441-3750
14. **Phillip Brimmer, Judge, U.S. District Court:** 901 19th Street, Denver, CO 80294 | (303) 844-3433
15. **Lewis T. Babcock, Judge, U.S. District Court:** 901 19th Street, Denver, CO 80294 | (303) 844-3433

16. **Nicole Collins, Public Defender, Colorado State Public Defender:** 1300 Broadway, Suite 400, Denver, CO 80203 | (303) 764-1400
17. **Megan Ring, State Public Defender, Colorado State Public Defender:** 1300 Broadway, Suite 400, Denver, CO 80203 | (303) 764-1400
18. **Benjamin Collett, Public Defender, Colorado State Public Defender:** 1300 Broadway, Suite 400, Denver, CO 80203 | (303) 764-1400
19. **Ryan Dawson-Erdman, Public Defender, Colorado State Public Defender:** 1300 Broadway, Suite 400, Denver, CO 80203 | (303) 764-1400
20. **Judge Hawthorne, Judge, Colorado Court of Appeals:** 2 East 14th Avenue, Denver, CO 80203 | (720) 625-5150
21. **Monica Márquez, Chief Justice, Colorado Supreme Court:** 2 East 14th Avenue, Denver, CO 80203 | (720) 625-5000
22. **Judge Fox, Judge, Colorado Court of Appeals:** 2 East 14th Avenue, Denver, CO 80203 | (720) 625-5150
23. **Judge Lum, Judge, Colorado Court of Appeals:** 2 East 14th Avenue, Denver, CO 80203 | (720) 625-5150
24. **Judge Johnson, Judge, Colorado Court of Appeals:** 2 East 14th Avenue, Denver, CO 80203 | (720) 625-5150
25. **Judge Lipinsky, Judge, Colorado Court of Appeals:** 2 East 14th Avenue, Denver, CO 80203 | (720) 625-5150
26. **Judge Moultrie, Judge, Colorado Court of Appeals:** 2 East 14th Avenue, Denver, CO 80203 | (720) 625-5150
27. **Ashley Kissinger, Partner, Ballard Spahr LLP:** 1225 17th Street, Suite 2300, Denver, CO 80202 | (303) 292-2400
28. **Kennison Lay, Attorney, Ballard Spahr LLP:** 1225 17th Street, Suite 2300, Denver, CO 80202 | (303) 292-2400
29. **Sherri Clark, Paralegal, Ballard Spahr LLP:** 1225 17th Street, Suite 2300, Denver, CO 80202 | (303) 292-2400
30. **Peter Michaud, Chair, Ballard Spahr LLP:** 1735 Market Street, 51st Floor, Philadelphia, PA 19103 | (215) 665-8500

31. **Ballard Spahr LLP, Law Firm Entity:** 1735 Market Street, 51st Floor, Philadelphia, PA 19103 | (215) 665-8500
32. **Ken Lee, Administrator, Front Range Community College (FRCC):** 2190 Miller Drive, Longmont, CO 80501 | (303) 678-3722
33. **Colleen Simpson, President, Front Range Community College (FRCC):** 2190 Miller Drive, Longmont, CO 80501 | (303) 678-3722
34. **Christopher Wray, Director, Federal Bureau of Investigation (FBI):** 935 Pennsylvania Avenue NW, Washington, DC 20535 | (202) 324-3000
35. **Amanda Koldjeski, Special Agent in Charge, FBI Denver Field Office:** 8000 East 36th Avenue, Denver, CO 80238 | (303) 629-7171
36. **Lachlan Murdoch, CEO, Fox Corporation:** 1211 Avenue of the Americas, New York, NY 10036 | (212) 852-7000
37. **FOX-31 (KDVR), Regional News Station:** 100 E 5th Ave, Denver, CO 80203 | (303) 595-3131
38. **Perry Sook, CEO, Nexstar Media Group:** 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062 | (972) 373-8800
39. **Hilton Howell, CEO, Gray Media Group:** 4370 Peachtree Road, NE, Atlanta, GA 30319 | (404) 504-9828
40. **Gray Media Group Inc., Corporate Entity:** 4370 Peachtree Road, NE, Atlanta, GA 30319 | (404) 504-9828
41. **KNOP-2, Regional News Station:** 402 S Dewey St, North Platte, NE 69101 | (308) 532-2222
42. **Josh D'Amaro, CEO, The Walt Disney Company:** 500 South Buena Vista Street, Burbank, CA 91521 | (818) 560-1000
43. **ABC-7 (KMGH), Regional News Station:** 123 E. Speer Blvd., Denver, CO 80203 | (303) 832-7777
44. **Almin Karamehmedovic, President, ABC News:** 147 Columbus Avenue, New York, NY 10023 | (212) 456-7777
45. **ABC News National, Corporate Entity:** 147 Columbus Avenue, New York, NY 10023 | (212) 456-7777

46. **David Ellison, CEO, Paramount Global:** 1515 Broadway, New York, NY 10036 | (212) 258-6000
47. **CBS-4 (KCNC), Regional News Station:** 1044 Lincoln St, Denver, CO 80203 | (303) 861-4444
48. **CBS News National, Corporate Entity:** 51 W 52nd St, New York, NY 10019 | (212) 975-4321
49. **Wendy McMahon, CEO, CBS News and Stations:** 51 W 52nd St, New York, NY 10019 | (212) 975-4321
50. **Michael J. Cavanagh, CEO, NBCUniversal:** 30 Rockefeller Plaza, New York, NY 10112 | (212) 664-4444
51. **NBCU News Group National, Corporate Entity:** 30 Rockefeller Plaza, New York, NY 10112 | (212) 664-4444
52. **NBC-9 (KUSA), Regional News Station:** 500 Speer Blvd, Denver, CO 80203 | (303) 871-9999
53. **Cesar Conde, Chairman, NBCU News Group:** 30 Rockefeller Plaza, New York, NY 10112 | (212) 664-4444
54. **Heath Freeman, President, Alden Global Capital:** 885 Third Avenue, 34th Floor, New York, NY 10022 | (212) 418-6840
55. **The Denver Post, Corporate Entity:** 5990 Washington St, Denver, CO 80216 | (303) 832-3232
56. **FOX News Network National, Corporate Entity:** 1211 Avenue of the Americas, New York, NY 10036 | (212) 301-3000
57. **Suzanne Scott, CEO, Fox News Network:** 1211 Avenue of the Americas, New York, NY 10036 | (212) 301-3000
58. **Americas Most Wanted, Production Entity:** c/o Fox Corporation, 1211 Avenue of the Americas, New York, NY 10036 | (212) 301-3000
59. **Jackie Shubert, Private Citizen:** c/o Longmont PD, 225 Kimbark St., Longmont, CO 80501 | (303) 651-8501
60. **Brian Derry, Private Citizen:** c/o Longmont PD, 225 Kimbark St., Longmont, CO 80501 | (303) 651-8501

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

**1)** Edward Hoid, 1815 28th Street Unit H Greeley, CO 8061
(Name and complete mailing address)

(970)692-6916 edward.h.hoid@gmail.com
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

1. **Jason Malterud, Detective, Longmont Police Department:** 225 Kimbark St., Longmont, CO 80501 | (303) 651-8501
2. **Jeff Satur, Deputy Chief, Longmont Police Department:** 225 Kimbark St., Longmont, CO 80501 | (303) 651-8501
3. **Joshua Burke, Detective, Longmont Police Department:** 225 Kimbark St., Longmont, CO 80501 | (303) 651-8501
4. **Rachael Sloan-Stoggsdill, Records Manager, Longmont Police Department:** 225 Kimbark St., Longmont, CO 80501 | (303) 651-8501
5. **Zach Ardis, Public Information Officer, Longmont Police Department:** 225 Kimbark St., Longmont, CO 80501 | (303) 651-8501
6. **Jon High, Detective, Longmont Police Department:** 225 Kimbark St., Longmont, CO 80501 | (303) 651-8501
7. **Stanley Jerido, Parole Officer, Colorado Department of Corrections (CDOC):** 940 Broadway, Denver, CO 80203 | (303) 763-2420
8. **Andre Stancil, Executive Director, Colorado Department of Corrections (CDOC):** 1250 Academy Park Loop, Colorado Springs, CO 80910 | (719) 226-4701
9. **Ryan Day, Deputy District Attorney, 20th Judicial District:** 1777 6th Street, Boulder, CO 80302 | (303) 441-3700
10. **Michael Dougherty, District Attorney, 20th Judicial District:** 1777 6th Street, Boulder, CO 80302 | (303) 441-3700
11. **Nancy Salamone, Magistrate/Judge, 20th Judicial District:** 1777 6th Street, Boulder, CO 80302 | (303) 441-3750
12. **Ingrid Bakke, Chief Judge, 20th Judicial District:** 1777 6th Street, Boulder, CO 80302 | (303) 441-3750
13. **Bruce Langer, Judge, 20th Judicial District:** 1777 6th Street, Boulder, CO 80302 | (303) 441-3750

## B. DEFENDANT(S) INFORMATION

14. **Phillip Brimmer, Judge, U.S. District Court:** 901 19th Street, Denver, CO 80294 | (303) 844-3433
15. **Lewis T. Babcock, Judge, U.S. District Court:** 901 19th Street, Denver, CO 80294 | (303) 844-3433
16. **Nicole Collins, Public Defender, Colorado State Public Defender:** 1300 Broadway, Suite 400, Denver, CO 80203 | (303) 764-1400
17. **Megan Ring, State Public Defender, Colorado State Public Defender:** 1300 Broadway, Suite 400, Denver, CO 80203 | (303) 764-1400
18. **Benjamin Collett, Public Defender, Colorado State Public Defender:** 1300 Broadway, Suite 400, Denver, CO 80203 | (303) 764-1400
19. **Ryan Dawson-Erdman, Public Defender, Colorado State Public Defender:** 1300 Broadway, Suite 400, Denver, CO 80203 | (303) 764-1400
20. **Judge Hawthorne, Judge, Colorado Court of Appeals:** 2 East 14th Avenue, Denver, CO 80203 | (720) 625-5150
21. **Monica Márquez, Chief Justice, Colorado Supreme Court:** 2 East 14th Avenue, Denver, CO 80203 | (720) 625-5000
22. **Judge Fox, Judge, Colorado Court of Appeals:** 2 East 14th Avenue, Denver, CO 80203 | (720) 625-5150
23. **Judge Lum, Judge, Colorado Court of Appeals:** 2 East 14th Avenue, Denver, CO 80203 | (720) 625-5150
24. **Judge Johnson, Judge, Colorado Court of Appeals:** 2 East 14th Avenue, Denver, CO 80203 | (720) 625-5150
25. **Judge Lipinsky, Judge, Colorado Court of Appeals:** 2 East 14th Avenue, Denver, CO 80203 | (720) 625-5150
26. **Judge Moultrie, Judge, Colorado Court of Appeals:** 2 East 14th Avenue, Denver, CO 80203 | (720) 625-5150
27. **Ashley Kissinger, Partner, Ballard Spahr LLP:** 1225 17th Street, Suite 2300, Denver, CO 80202 | (303) 292-2400

## B. DEFENDANT(S) INFORMATION

28. **Kennison Lay, Attorney, Ballard Spahr LLP:** 1225 17th Street, Suite 2300, Denver, CO 80202 | (303) 292-2400
29. **Sherri Clark, Paralegal, Ballard Spahr LLP:** 1225 17th Street, Suite 2300, Denver, CO 80202 | (303) 292-2400
30. **Peter Michaud, Chair, Ballard Spahr LLP:** 1735 Market Street, 51st Floor, Philadelphia, PA 19103 | (215) 665-8500
31. **Ballard Spahr LLP, Law Firm Entity:** 1735 Market Street, 51st Floor, Philadelphia, PA 19103 | (215) 665-8500
32. **Ken Lee, Administrator, Front Range Community College (FRCC):** 2190 Miller Drive, Longmont, CO 80501 | (303) 678-3722
33. **Colleen Simpson, President, Front Range Community College (FRCC):** 2190 Miller Drive, Longmont, CO 80501 | (303) 678-3722
34. **Christopher Wray, Director, Federal Bureau of Investigation (FBI):** 935 Pennsylvania Avenue NW, Washington, DC 20535 | (202) 324-3000
35. **Amanda Koldjeski, Special Agent in Charge, FBI Denver Field Office:** 8000 East 36th Avenue, Denver, CO 80238 | (303) 629-7171
36. **Lachlan Murdoch, CEO, Fox Corporation:** 1211 Avenue of the Americas, New York, NY 10036 | (212) 852-7000
37. **FOX-31 (KDVR), Regional News Station:** 100 E 5th Ave, Denver, CO 80203 | (303) 595-3131
38. **Perry Sook, CEO, Nexstar Media Group:** 545 E. John Carpenter Freeway, Suite 700, Irving, TX 75062 | (972) 373-8800
39. **Hilton Howell, CEO, Gray Media Group:** 4370 Peachtree Road, NE, Atlanta, GA 30319 | (404) 504-9828
40. **Gray Media Group Inc., Corporate Entity:** 4370 Peachtree Road, NE, Atlanta, GA 30319 | (404) 504-9828
41. **KNOP-2, Regional News Station:** 402 S Dewey St, North Platte, NE 69101 | (308) 532-2222

42. **Josh D'Amaro, CEO, The Walt Disney Company:** 500 South Buena Vista Street, Burbank, CA 91521 | (818) 560-1000
43. **ABC-7 (KMGH), Regional News Station:** 123 E. Speer Blvd., Denver, CO 80203 | (303) 832-7777
44. **Almin Karamehmedovic, President, ABC News:** 147 Columbus Avenue, New York, NY 10023 | (212) 456-7777
45. **ABC News National, Corporate Entity:** 147 Columbus Avenue, New York, NY 10023 | (212) 456-7777
46. **David Ellison, CEO, Paramount Global:** 1515 Broadway, New York, NY 10036 | (212) 258-6000
47. **CBS-4 (KCNC), Regional News Station:** 1044 Lincoln St, Denver, CO 80203 | (303) 861-4444
48. **CBS News National, Corporate Entity:** 51 W 52nd St, New York, NY 10019 | (212) 975-4321
49. **Wendy McMahon, CEO, CBS News and Stations:** 51 W 52nd St, New York, NY 10019 | (212) 975-4321
50. **Michael J. Cavanagh, CEO, NBCUniversal:** 30 Rockefeller Plaza, New York, NY 10112 | (212) 664-4444
51. **NBCU News Group National, Corporate Entity:** 30 Rockefeller Plaza, New York, NY 10112 | (212) 664-4444
52. **NBC-9 (KUSA), Regional News Station:** 500 Speer Blvd, Denver, CO 80203 | (303) 871-9999
53. **Cesar Conde, Chairman, NBCU News Group:** 30 Rockefeller Plaza, New York, NY 10112 | (212) 664-4444
54. **Heath Freeman, President, Alden Global Capital:** 885 Third Avenue, 34th Floor, New York, NY 10022 | (212) 418-6840
55. **The Denver Post, Corporate Entity:** 5990 Washington St, Denver, CO 80216 | (303) 832-3232
56. **FOX News Network National, Corporate Entity:** 1211 Avenue of the Americas, New York, NY 10036 | (212) 301-3000

## B. DEFENDANT(S) INFORMATION

57. **Suzanne Scott, CEO, Fox News Network:** 1211 Avenue of the Americas, New York, NY 10036 | (212) 301-3000
58. **Americas Most Wanted, Production Entity:** c/o Fox Corporation, 1211 Avenue of the Americas, New York, NY 10036 | (212) 301-3000
59. **Jackie Shubert, Private Citizen:** c/o Longmont PD, 225 Kimbark St., Longmont, CO 80501 | (303) 651-8501
60. **Brian Derry, Private Citizen:** c/o Longmont PD, 225 Kimbark St., Longmont, CO 80501 | (303) 651-8501

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

_X_ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Fifth Amendment Rights Violations, Fourteenth Amendment Rights Violations, 18 U.S.C. § 1001, Attempted Murder, 28USC2340, Eighth Amendment Violations, Incitement to Murder

___ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of.

If Defendant 1 is an individual, Defendant 1 is a citizen of _________________________.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _______________________ (name of state or foreign nation).

Defendant 1 has its principal place of business in ______________________ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

# NOTICE OF MANDATORY EXECUTIVE REVIEW PURSUANT TO 28 C.F.R. § 50.15

The Bivens claims asserted in this action against federal officers—specifically Judge Phillip Brimmer, Judge Lewis Babcock, and Director Christopher Wray—allege that their prior unconstitutional conduct served as the proximate cause for the ongoing "lethal removal" enterprise and the repetition of historical abuses in 2026. Pursuant to 28 C.F.R. § 50.15, the Plaintiff formally demands that these claims be reviewed directly by the Solicitor General of the United States or the United States Attorney for the District of Colorado. Given the gravity of the allegations involving judicial forgery and state-created danger, these specific counts require the oversight of the Executive Branch's highest legal authorities and may not be referred to or adjudicated by a Magistrate Judge.

## CONTENT OF STATEMENT OF CLAIMS

INTRO AND VENUE……………………………………………….PAGE 14-16

BACKGROUND…………………………………………………..PAGE 17-31

INCITEMENT……………………………………………………..PAGE32-37

STATEMENTS OF FACT………………………………………….PAGE 38-105

CLAIMS SECTION CLAIMS 1-126………………………………PAGE 106-140

## D. Statement of Claims

## I. INTRODUCTION: THE "LETHAL REMOVAL" ENTERPRISE

1. This is a civil rights action for massive compensatory and punitive damages arising from a coordinated, state-intertwined enterprise of "Lethal Removal." The Defendants—a confederation of law enforcement officers, judicial officers, national media corporations, federal agencies, and private vigilantes—conspired to manufacture a "fake homicide" narrative for the purpose of inciting the public execution of the Plaintiff and facilitating his systematic torture through the denial of life-sustaining medicine.
2. Beginning on November 13, 2020, Defendants transformed a medical "bike crash" into a high-profile "robbery and murder" fiction to generate media revenue and shield state actors from liability for the subsequent "mutilation" of the Plaintiff. While the Plaintiff lay incapacitated by Type 1 Juvenile Diabetes and a Hyperosmolar Hyperglycemic State (HHS), Defendants utilized forged police reports and "heinous news broadcasts" to brand him a "deadly attacker," intentionally inciting multiple assassination attempts on his life.
3. To ensure the concealment of this enterprise, Defendants—including federal and state judges—**forged and published fraudulent judicial records** to "kill" the Plaintiff's legal standing and maintain his 66-month imprisonment without cause.
4. Defendant **FBI Denver Field Office**, despite being provided with irrefutable documentation of this judicial fraud, medical torture, and the ongoing attempts on the Plaintiff's life, willfully refused to intervene. By mischaracterizing systematic constitutional deprivations and "massive fraud against American taxpayers" as a "civil matter," the FBI acted as an accessory to the enterprise, facilitating the ongoing "mutilation" of a disabled citizen.

## II. JURISDICTION AND VENUE

5. **Federal Question Jurisdiction:** This action arises under the Constitution and laws of the United States and is brought pursuant to **42 U.S.C. §§ 1983, 1985, and 1986**; the **Eighth and Fourteenth Amendments**; the **Americans with Disabilities Act (42 U.S.C. § 12132)**; and the

**Racketeer Influenced and Corrupt Organizations Act (18 U.S.C. § 1962)**. Jurisdiction is proper under **28 U.S.C. §§ 1331 and 1343**.

6. **Bivens Claims:** Claims against federal officials, including **Judge Phillip Brimmer, Judge Lewis T. Babcock, and agents of the FBI Denver Field Office**, are asserted directly under the Constitution pursuant to ***Bivens v. Six Unknown Named Agents***, 403 U.S. 388 (1971), for the willful deprivation of due process, misprision of felony, and incitement to violence.
7. **Supplemental Jurisdiction:** Pursuant to **28 U.S.C. § 1367**, this Court exercises supplemental jurisdiction over all state-law claims, including Defamation Per Se, Malicious Prosecution, and Civil Conspiracy, as they form part of the same case or controversy.
8. **Venue:** Venue is proper in this District under **28 U.S.C. § 1391** as a substantial part of the events giving rise to the claims, including the national broadcasts and incited assassination attempts, occurred within or targeted the Plaintiff in this jurisdiction.

## III. EQUITABLE TOLLING AND FRAUDULENT CONCEALMENT

9. **Tolling of Limitations:** All applicable statutes of limitations are tolled under the doctrine of **Equitable Tolling and Fraudulent Concealment**. Defendants—specifically including **Phillip Brimmer, Nancy Salamone, Ryan Day, and the Longmont Police**—intentionally **forged and published fraudulent judicial records** and "cover-up material" on the state and federal records to maintain the concealment of the original news offenses and medical torture.
10. **Incapacitation and Active Forgery:** This systematic forgery and the suppression of the 911 "medical fall" logs occurred while the Plaintiff was medically incapacitated and held in maximum-security detention without access to the record. This "extraordinary circumstance" and the active, ongoing judicial forgery by the Defendants prevented the Plaintiff from discovering the operative facts of his injury until the systematic fraud was uncovered, as set forth in ***Garrett v. Arrowhead Improv. Ass'n***, 826 P.2d 850 (Colo. 1992).

**Ongoing Judicial Forgery:** All statutes of limitations are tolled because the forgery committed by **Phillip Brimmer** is an **ongoing act of concealment**. By maintaining the "fake record" in the federal system, Brimmer and the other Judicial Defendants have created a "continuing tort" that refreshes with every new assassination attempt in **Case No. 1:26-cv-00313 and many others**. The Plaintiff was prevented from seeking safety because the Defendants utilized the "power of the bench" to validate the media's "lethal removal" scripts, making the discovery of a safe haven impossible.

## IV. THE PARTIES: JOINT VENTURE AND STATE ACTION

11. **State Actors:** At all times relevant, the Police, Corrections, and Judicial Defendants acted under the color of state law.
12. **Federal Defendants:** Defendants **Brimmer, Babcock, and the FBI Denver Field Office** acted under the color of federal authority, utilizing their offices to obstruct justice and facilitate the "Lethal Removal" enterprise.
13. **Joint Venture Liability:** Private Defendants, including **Jackie Shubert, Brian Derry, Ballard Spahr, and the Media Corporations**, acted as "willful participants in joint action with the State or its agents" under ***Dennis v. Sparks***, 449 U.S. 24 (1980). By coordinating with law enforcement to manufacture the "robbery" narrative and distribute "lethal removal" scripts, these private actors are liable as state actors for the resulting constitutional deprivations.

## V. INSTITUTIONAL LIABILITY: THE COLORADO DEPARTMENT OF CORRECTIONS (CDOC)

14. **The Policy of Medical Neglect:** Defendant **CDOC** maintained an unconstitutional "custom or policy" of denying life-sustaining insulin to Type 1 Diabetics, specifically targeting the Plaintiff to facilitate his "lethal removal."
15. **Ratification of Forgery:** The CDOC ratified and adopted the fraudulent administrative records created by **Stanley Jerido** during the December 28, 2020, hearing. Despite having actual knowledge that the Plaintiff had "no formal charges," the CDOC utilized the "high-profile homicide" fiction to justify the Plaintiff's "mutilation" in maximum-security environments.
16. **Failure to Supervise:** The CDOC failed to train or supervise its medical and parole staff, allowing for a culture of "disability ridicule" and the intentional "mutilation" of the Plaintiff's physical health (bone disintegration and cracked skull) in violation of the 8th Amendment and the ADA.

**MASSIVE APPENDIXES WILL BE ADDED WITH HUNDREDS OF NEWS AND CASE EXHIBITS, VIDEO, AUDIO AND CHARTS IN COMING DAYS.**

# BACKGROUND

Edward Hoid diagnosed himself with Type One Juvenile Diabetes, at age 40 on October 23rd, 2024, as well Plaintiff was forced to diagnose himself with multiple life threatening and incapacitating, life long illnesses at this time, plaintiff has been diagnosed for severe human suffering, and that suffering is what led to Edward Hoid's theories that he was Type One Juvenile Diabetic and the other associated comorbidities and illnesses such as lacking thyroid and autism.

Edward Hoid was 16 years of age living in Idaho, my family was in poverty and they didn't hand out cash and Medicaid at that time like they do only for immigrants now. Plaintiff often went into coma, suffered and was an outcast due to illness and diabetic keto acidosis which I survived countless times by drinking 20 or so gallons of water and going into coma, the first experience was in the Fourth Grade, Dr. Rodriguez misdiagnosed me with epilepsy at age ten and I suffered ever since. I got into college at age 16. I was awarded student loans and was allowed for some reason to open a checking account at age sixteen by Wells Fargo and First Security. I would deposit the student loans and would bounce a few checks getting food and water for my family in poverty and then repay the charges with my student loans. I bounced a $250 dollar check on March 17th, 2002 to get food for my family and water for my unquenchable thirst. I was charged for that and in order to restrain me from Medicine, College, Housing, Work etc., the Judge is a familiar practice, a thieving lawyer who hates my Church and my attractive appearance. Were I allowed medicine and treatment, I would have blown past everyone and would likely be a doctor myself. This is my rap sheet as it is called and labeled by lawyers and traitors. I went onto to evade the abuse and went to college; I tried to work but often was incapacitated and the public was disgusted because I would get very skinny and I get infections often on my face and due to high blood sugars. I went through life hallucinating, going into coma, disappearing and losing everything, the public wanted me to die due to illness and the appearances I often had because of it. I have since paid off and discharged the $70,000 student loan debts.

In 2010, my bones began to die due to being refused care and insulin as a Type One with untreated autism and lacking thyroid and untreated somehow surviving DKA without medical aid, this is not LADA or Type Two. See below, my lifetime earnings went to zero in 2010, I began to not be able to walk, I encountered chronic avascular osteo necrosis due to untreated type one and it killed my hips and part of my pelvis. Obviously, the marriage with an immigrant who defrauded mortgages with forged permanent alien resident card failed. I crawled to whatever work I could find after that and hid the injuries from my ex-wife.

We got divorced and in 2014, that immigrant claimed children to be mine which aren't as well claimed

I am rich, I was obligated to $1,200 a month child support. I did not even earn $1,200 any of the following months during the next 12 years the fraudulent child support was enforced. I did not earn $1,200 for even the month the obligation was imposed and I did not even attend a divorce hearing, someone thought to live in Larimer County Colorado called into a telephonic divorce hearing or it was that immigrant's lawyer. All my nothing wages were taken for 12 years and all my stimulus checks were as well. I couldn't walk, I was dying and suffering.

| Work Year | Earnings Taxed for Social Security | Earnings Taxed for Medicare (began 1966) |
|---|---|---|
| 1991-2000 | $5,158 | $5,158 |
| 2001-2005 | $17,264 | $17,264 |
| 2006 | $21,290 | $21,290 |
| 2007 | $19,556 | $19,556 |
| 2008 | $25,600 | $25,600 |
| 2009 | $7,372 | $7,372 |
| 2010 | $0 | $0 |
| 2011 | $5,580 | $5,580 |
| 2012 | $10,325 | $10,325 |
| 2013 | $15,486 | $15,486 |
| 2014 | $13,863 | $13,863 |
| 2015 | $10,118 | $10,118 |
| 2016 | $13,250 | $13,250 |
| 2017 | $425 | $425 |
| 2018 | $0 | $0 |
| 2019 | $6,278 | $6,278 |
| 2020 | $1,032 | $1,032 |
| 2021 | $0 | $0 |
| 2022 | $5,066 | $5,066 |
| 2023 | $0 | $0 |
| 2024 | $2,113 | $2,113 |
| 2025 | Not yet recorded | Not yet recorded |

Notice that in 2014 I was obligated to $1,200 a month child support for kids that aren't mine, I did not even earn that much ever and I crawled into child support offices when I could, infected and dying

begging them to stop. I was billed in 2020 for the prosthetics; I couldn't walk for around ten years.
The last time I spoke or saw my siblings was when I was charged for bouncing a check to feed them and get water in 2002. I never spoke to my family or saw them until the year 2020, no interactions I did not even know where any of my siblings resided, I did not even know I had some of the siblings I do in Ohio and elsewhere until the news and Longmont police incited the public and law enforcement to encounter and abuse them in 2020 in Nevada, Idaho, Utah, Colorado and elsewhere.
In 2014 I had learned that my step dad and mother lived in Colorado. The ex-wife and her undocumented family attacked me and I fled to Colorado hoping to reach my parents for help.
I did not get any help. Below displays after two years of deteriorating, crawling around in gutters, being refused aid and welfare for the sake of immigrants and the state robbing Medicaid and disability, even making laws that strip disabled persons of care and aid for the benefit of gender affirming care and undocumented persons, the public rolled me aside and ridiculed me, it didn't matter to me I can't remember much except when they called police.
I finally crawled into an urgent care and they diagnosed the Chronic Avascular Osteo Necrosis but not the Type One Juvenile Diabetes and lacking Thyroid nor the autism.

Past Visit Details

## Diagnoses this visit

Your diagnoses were: MULTIPLE COMPLAINTS, AVASCULAR NECROSIS OF BONE OF HIP, LEFT (HC CODE)

## Note To Patients About HC Codes

Some diagnoses on this report may show the (HC code) abbreviation. This stands for Hierarchical Condition Category codes. HC codes are used for population health reporting and do not directly affect patients.

## Changes to Your Medication List

as of February 28, 2016 1:41 PM

I was not allowed bone replacements until 2020.

I tried to work, as can be seen in the wage report above. My mind was impaired obviously and continuously due to Type One Juvenile Diabetes and being refused care due to laws Jared Polis made in order to steal billions of dollars of Medicaid funding.

From here I was able to save from whatever was left from day labor and charity work I seldom found, and half of that was taken immediately for fraudulent child support for undocumented people while they obtained mortgages with forged and fake green cards, I was able to get enough money for a sober living house bed. I was getting frost bite on my hands from crawling around at the time. The Lighthouse, they evicted me because I lied and said I use a ton of drugs in order to get a bed, and I don't, see the medical charts, and also because I could not walk up the stairs and could not work. The entire time, I can't barely even speak or move.

COLORADO
Department of Corrections

adults who have experienced traumatic events, such as physical or sexual abuse, significant loss, or natural disasters, or who have been a witness to violence. Mr. Hoid endorsed **elevated** scores for the following critical items: *No elevations.* Edward acknowledged the following elevated scales: *Atypical response, Anxious Arousal, Anxiety, Depression, Somatic Preoccupations - Pain and General, Insecure Attachment, Rejection Sensitivity, and Somatization.*

The (RIST-2) is a brief screening measure of overall intellectual functioning normed for individuals between 3 and 94 years old. Edward earned a RIST-2 Index of **(92)** in the ***Average*** intellectual range. The OSU-TBI-ID was used to determine a person's history, duration, and age of the last head injury. Mr. Hoid had the following entries: *Emergency room after assault in the Boulder County jail, LOC for less than 30 min, Dazed - Yes, Age 38, Fall on ice, LOC for less than 30 min, Dazed - Yes, Age 11, Blackout (4-6x.) About 5 of the LOCs were in 2020, Dazed - Yes, Ages 10-38, and Explosions in steel mills and mines, No LOCs, Dazed - No, in my 20s.* Repeated/multiple impacts to the head: *None reported.* Non-TBI affecting cognition: *Exposed to toxins, Dazed - Yes, In my 20s.* The Adult Symptom Questionnaire shows that the client ranks in *memory concern, delay processing, attentional problems, inhibition problems, language problems, organizational problems, mental flexibility problems, and emotional problems.*

Mr. Hoid was administered a series of symptom self-screeners: ACE, LEC, GAD-7, PHQ-9, DAST, and RISB. The (ACE) Questionnaire is a 10-item self-report measure developed for the ACE study to identify childhood experiences of abuse and neglect. Mr. Hoid's score of (1) indicates an ***Average*** range for future health concerns from adverse childhood experiences. According to the LEC-5, he reported experiences: *Fire, Exposure to toxic substances, Assault with a weapon, Captivity, Life-threatening illness, and Severe human suffering.* He felt his anxiety was in the ***Moderate*** range of distress, according to the GAD-7. Also noteworthy, he reported depression on the (PHQ-9) items, in the ***Mild*** range of malaise. He was in the ***Mild*** range for substance abuse use on the DAST, specifically with *methamphetamine, caffeine, tobacco, and cannabis.*

The Appendix has a comprehensive explanation and diagnosis' that should have been at birth or shortly after.

I crawled into the Lighthouse after 3 days of eviction, I just don't remember it, I crawled into a bathroom on camera, I drank 12 gallon jugs of water, I crawled out of the bathroom and left the Lighthouse within hours damaged nothing, took nothing, not even my own property left there, I crawled to the other side of a wooden fence and I woke up and it was day time. I often would begin to reawaken; I know that I would not know who I was or where I was when this happened and I had strobing vision. This was common for me and it was horrible. I couldn't explain who I was or what I did, and it turns out to be nothing every time except go into coma and drink tons of water.

There are hundreds of these sober living centers in Colorado and they are afforded through Medicaid and housing subsidies and the CDOC. This is where besides prison people in Colorado, citizens of America can afford to live. I recently applied for section 8 and section 811 housing due to catastrophe, the prequalifying questions specifically report if you are disabled don't even apply, and the three prequalifying questions, and this is how all housing subsidies are handled in Colorado, I know I checked, "are you LGBTQ, are you undocumented, are you colored. I was denied even with disability. The undocumented people don't pay copays because they get Medicaid, I get Medicare for disability, because of this I cannot bill Medicaid for co-pays and in fact no one on disability in Colorado is allowed to, when I am at a pharmacy trying to pick up my insulin, not for Type Two, the pharmacists enjoy refusing to give me my insulin when I don't have a co-pay because I get like $1,000 a month for disability. An undocumented non-English person walks in front of me and picks up cosmetic drugs without a co-pay and uses Medicaid. When I try to get care for autism all the centers, I was given a medical determination for disability because I actually do have brain damage and autism, because of the disability no providers in Colorado accept Medicare and even if one has both Medicare and Medicaid, the providers will not allow disabled persons to use Medicaid, I am turned away from every provider like the other disabled people, and the providers instead treat persons not on disability because they don't have autism and so what are the providers treating? The disabled are forced to get care from community outreach clinics for things like blindness, Parkinson's, autism, type one juvenile diabetes etc. Fraud caused my severe human suffering, the news are the parties falsely reporting the suffering of the undocumented and LGBTQ and there is a significant death toll but only the sick old and young people who can't defend themselves, the demographics shift in Colorado suggests genocide in order to steal and rob the American tax payer.

The Lighthouse called the Fort Collins Police for me drinking the water involuntarily and due to DKA I don't even remember doing it, I was going to die. Somehow, I arrived at the CSU campus, I

supposedly entered another bathroom and drank more water, the Fort Collins Police arrived and did not arrest me. They instead made me crawl across the entire campus and followed behind me slowly in their car. I crawled to a church, I begged for help and to get a ride to a hospital, the Church was apparently still on campus so the police entered the church and asked the pastor what I was doing he confirmed I was asking to go to a hospital. The police would not allow the church to help me and removed me from that church and followed me some more until I was off campus. Days later they charged me with burglary for the water.

Past Visit Details

## Curt M at 11/26/2024 11:10 AM

Plan

**Assessment and Plan:**

**1) Type 1 diabetes mellitus without complication (HC CODE) (ICD-10: E10.9)**
Diagnosed while in jail, released 10/2024. Current regimen: 25u Lantus nightly and 10u AM, 10u Humalog TID meals.

--------------------

11/26/2024
Seen in ED for hyperglycemia. Pt reports lifelong history with multiple DKA episodes and a recent arrest for burglary due to entering a business and "Drinking 12 gallons of water for DKA.". BG labile and usually very high per pt. He needs another script for a glucometer. Wants GCM as well as a pump. BG today was >400 fasting but pt hesitant to increase PM Lantus. Will add 10u Lantus AM. Pt has been taking 5u Humalog before meals, will increase to 10u. Will check BG 4x daily and have FU in 1 week.
GAD65

*Orders: POCT GLUCOSE CPT 82962 MANUAL RESULT ENTRY*
*AMBULATORY REFERRAL TO PRIMARY CARE*

5:02 PM

Past Visit Details

# Emergency Department - Oct 23, 2024

at UCHealth Emergency Care - Poudre Valley Hospital

Notes from Care Team

## ED Provider Notes

### Paul Bacalis, NP at 10/23/2024 7:49 PM

**Clinical Impression**

1. **Hyperglycemia due to diabetes mellitus (HC CODE)**

**Medical Decision Making/Complexity of Problems Addressed/ED Course**

**Differential diagnosis:** Includes but is not limited to diabetes, hyperglycemia, DKA, HHS, cellulitis.

40 y.o. male presented for emergency evaluation. Given his presenting symptoms, severity of illness, illness/injury that poses threat to life or bodily function, chronic illness with exacerbation, progression or side effects of treatment, undiagnosed new problem with uncertain prognosis, acute illness with systemic symptoms, and acute complicated injury as discussed below, I ordered an IV, laboratory evaluation, and medications. External Data Reviewed: Clinic notes (reviewed prior visits & exams).

Patient's diagnosis and/or treatment is significantly limited by social determinants of health with impacted medical decision making process. These include: difficulty in access / coordinating / establishing outpatient care. This affected the patient's ability to obtain care, treatment and maintain health.

**Discussion:** This is a 40-year-old male recently diagnosed with type 1 diabetes while he was incarcerated. He has been discharged home with Lantus and regular insulin. His glucose here in the department is 218. His CBC is within normal limits. His metabolic panel is otherwise unremarkable. He has a normal anion gap and normal CO2. His venous

Notice that in the above chart it states I was diagnosed in jail, I was not, UC Health had no records of my life-threatening illnesses, they even committed me once due to it in the past. This report was generated because I diagnosed myself and demanded a GAD65 test from the Poudre Valley Hospital, it was me telling the Poudre Valley Hospital that I am a Type One and that I figured it out and wanted a diagnosis.




Here is that result, I was right and figured it out without medicine and while I was incapacitated and hallucinating.

Below displays the A1C associated to that finding of mine meaning I was not treated nor diagnosed until this time for Type One Juvenile Onset Diabetes.




Appendix A is my charts and at this time I was allowed to propose my illnesses and I was confirmed and diagnosed with all of the conditions, lifelong and all severe.

I was arrested for the water in 2016, I was held without insulin and the suffering can't be explained I lied and said I was a junkie without proof and said I could work in court during the sentencing. Someone actually sentenced me while I was in this state for drinking water. They sentenced me to 4 years at a halfway house. I could not even walk. One day I was outside somewhere at the halfway

house. I lost consciousness and was missed for head count. I remember waking up on the dirt recreation track at that halfway house. I only have pieces of visions and awareness, I recall, I was limping and crawling on Prospect Road in Fort Collins, CO. I began to regain awareness, and realized where I was and that I was supposed to be at a halfway house and it only took me two days to remember. I was immediately arrested I used a fake name trying to avoid the torture in jail, it did not work, I was charged with escape and burglary for this. I was sent to Sterling Correctional Facility where I could not walk, I suffered agony, my bones disintegrated and I can't report all the pain because I can't remember most of it. I was very ill and dying. I did not commit crime. The CDOC staff forced me to work and forced me into the most intensive drug therapies and long in prison treatment, that is where treatment is held in Colorado, I could not work, and so Orin and other sadist staff accused me of projecting illness for attention. I was held for an entire sentence this way, and then I began a successive sentence for the illnesses, a total of 66 months. The second sentence was at another halfway house when I still couldn't walk. That halfway house did not want me and I was willing to run from there to get bone replacements and I told them this so I was allowed to get the hips and pelvis replacements. I was able to contact my mother finally and still never spoke to or knew the rest of my family for 20 years. My step dad was opposed me moving into my mom's house for some reason, he is a lawyer type and very inferior person it makes sense. I moved into my mother's home in Lyons, CO. The home was an abandoned log home and was in ruin, I had the new bones and was still untreated for the major issues, but I mustered up enough with the new bones to turn the home into this;



The seldom work I found in life while dying and suffering combined with my spectrums, I have been able to pick up major skills from a day of experience.

I purchased a Dodge Ram Truck(new) and cash. This home was later abandoned due to the news and was sold for 1.25 million. Because my mom reported to my siblings in Idaho, Nevada and Colorado how magnificent work I did, those siblings whom I know some of them have kids I just don't know how many or their ages, the siblings began to pay attention to me and were threatened, apparently my mom and step dad had been paying all their bills and raising their kids. My youngest sister did visit me and I met her 5 kids. They loved me more than anyone. My youngest sibling painted a black eye on herself and took a picture, sent it to my mom and hoping to move in and move me out. Her husband is a pedophile and I don't like him; he knew it and also my parents paid all his bills and I threatened that. I chose to leave, I was gone for about two weeks, I worked labor and had my truck and about $7,000 cash. This was October 2020. I got a girlfriend who is an addict and I don't support recovery, after all I have been in maximum security prison for no reason and the addiction recovery therapies are another fraudulent mechanism the state of Colorado uses to defraud Medicaid especially as the State is a sanctuary and imports mountains of meth, fentanyl and then disperses SNAP, housing subsidies and cash assistance which are all used by the addicts to buy more meth and fentanyl while the Mexicans advance and get the same free food, housing, medicine and education.

Another interesting fact is that while I have served four successive sentences for water, prison sentences

for water and in order to murder me for and with cooperation with the news and Ballard Spahr, I give false positives for meth;

**Violation Description**

Individuals commit a violation of this condition of placement when through investigation, or when he/she submits a urine sample that contains any quantity of unauthorized substances to include illicit drugs (to include synthetic substances), inhalants, or poppy seeds. This also includes taking more medication than prescribed or taking prescription medications to which the individual is not prescribed.

## Hearing

| Hearing Disposition Date | Disposition |
| --- | --- |
| 11/26/2024 | Not Guilty |

## Appeal

| Appeal Requested Date | Appeal Date |
| --- | --- |
| | |

## Admin Review



iolation Description

Individuals commit a violation of this condition of placement when through investigation, or when he/she submits a urine sample that contains any quantity of unauthorized substances to include illicit drugs (to include synthetic substances), inhalants, or poppy seeds. This also includes taking more medication than prescribed or taking prescription medications to which the individual is not prescribed.

earing

| ring Disposition Date | Disposition |
| --- | --- |
| 26/2024 | Not Guilty |

This is from the same halfway house as mentioned above, this is where I learned to reach for therapy by any means trying to contact medical care during false imprisonments. The truth is in my medical charts and the thorough recordings of my entire life as I have been, I have never used opiates at all not even prescribed, I have smoked marijuana about ten times, I have never drunk alcohol. I tried meth a few times years ago because I was crawling around in gutters getting frost bite and a homeless person here and there made our engagements require it so I could use their SNAP because I was always refused humane treatment. The experimenting lasted for short times, obviously I would have been dead if I were using drugs while I was untreated for Type One Juvenile Diabetes and the infections I mentioned would have repeatedly cultured MRSA and I did not encounter that, I was able to keep the countless infections under control, and miraculously, although I cannot now.

# **INCITEMENT**

Briefly I point out that Charlie Kirk was shot in Utah, the casing had "catch this fascist" engraved.




The news is inciting the violence by disinforming the public and in service of Colorado in example robbing tens of billions of tax dollars.

I point out that YouTube, the news and 90+ transgender people were aided by Federal Courts and Attorney Generals, they began publishing all day on YouTube the success the 90+ transgender people

and others had while suing my Churches tithing money whenever somebody falsely accuses a member of my Church of sex abuse, the ads and news reported that the church is super rich and that if anyone accused my Church of sex abuse they would get paid billions of dollars. People began suing who weren't even alive. Then someone got the crazy idea from the news and YouTube that my Church is super rich, powerful and were fascists taking over so he drove into my Church on Sunday and shot parents in the back shielding their kids from gun fire, then he walked up all greasy and fat and huffing and puffing and he poured gasoline on a six year old who just saw her parents shot at church, he then burned the six year old to death.



# Colorado apologizes for anti-LDS ‘slurs’ chanted at BYU football game

The chant has occurred at multiple BYU road games in recent years.







**Unlikely source behind $300,000 raised for family of suspect in LDS attack** David Butler, a member of the Church of Jesus Christ of Latter-day Saints, is raising money for the family of a man who allegedly attacked a

# Gov. Jared Polis signs bill protecting gender-affirming care coverage in Colorado

BY: **SARA WILSON** - MAY 23, 2025 12:35 PM




Colorado Gov. Jared Polis signs House Bill 25-1309 into law on May 23, 2025 in Denver, Colorado. The law prohibits health insurers to deny affirming care coverage. (Sara Wilson/Colorado Newsline)

Colorado Gov. Jared Polis signed legislation into law on Friday that codifies health insurance coverage for gender-affirming care.

"Today, we're sending a clear message: Coloradans will not let politics get in the way of medical care. As we face national efforts to erase access to gender-affirming care, including threats to Medicaid and pending decisions at the Supreme Court, we're stepping up to protect what we know is right," bill sponsor

Colorado Gov. Jared Polis celebrated the decision, saying it protects students from "discrimination."

"We are building a Colorado for all, where every student is free from discrimination," Polis said in a Sept. 30 **statement**.

In their admissions process, Catholic preschools in Denver seek to ensure that teachers and families uphold their religious mission, including teachings on sexuality and gender identity — a practice that comes into conflict with the universal pre-K program's nondiscrimination clause on sexual orientation and gender identity.

Specifically, the Denver Archdiocese requires that staff and parents sign a "Statement of Community Beliefs," pledging to live according to Catholic Church teaching, which does not recognize gender "transitions" or same-sex marriages.

The court ruled that the program's restrictive admissions requirements, which prevent the Catholic schools from participating, were "in harmony with the First Amendment."

Jared Polis Celebrates this and made law causing it. The Tenth Circuit presides over Utah and this practice was cast over that region by the Tenth Circuit in short this is the cause of both tragedies, the news, the sanctuary states and cities and fraud.

Some animals kill for food, and this explains the subsidies stolen and given to foreign enemies of this Country, and see below;

The Church of Jesus Christ of Latter-day Saints is donating 250 semi-truckloads of food—roughly 10 million pounds—to food banks across all 50 U.S. states. This initiative, part of the America 250 initiative and "America Gives" program , commemorates the nation's 250th anniversary, with deliveries running through 2026. Each truck carries 40,000 lbs of food, providing an estimated 10 million meals total. YouTube +4

Despite it all, the Church are just not the animals who will kill for food like the news depicts us, but the news must be that other kind of animal and they can only cause the killing of kids and sick people of

the church so they can benefit from stolen subsidies and a civil war they are inciting. See case 1:25-cv-02228, the venue in Colorado, was alerted by me to the risks in July 2025, Charlie Kirk was killed in September 2025, then our kids were burned to death in October 2025 for being fascists at age 6, The venue in Colorado could have prevented this but are slaves to the news and money so they laughed at me until our kids were burned to death, now its at the Tenth Circuit I am eager to send the case to SCOTUS where I have two entitled petitions for review currently being resent with upgrades.

# STAEMENTS OF FACTS

VTE Prophylaxis Orders (From admission, onward)

| Start | | Ordered |
|---|---|---|
| 11/13/22 0000 | **heparin injection 5,000 Units (VTE Prophylaxis Medical Panel)** *Every 8 hours scheduled | 11/12/22 2052 |

Code Status Full

Patient will require a 2 midnight stay. Reason HHS

Expected Disposition home

50 minutes of Critical Care was provided in order to assess and manage the high probability of imminent or life-threatening deterioration of HHS requiring Insulin drip.

This patient encounter is occurring during the national pandemic emergency related to COVID-19. COVID-19 countermeasures are actively being utilized and factored into all documentation and clinical decisions.

**Subjective:**

**Chief Complaint:**
Chief Complaint
Patient presents with
- Hyperglycemia

From the image above, I have spent much of my time in HHS, hyperosmolar hyperglycemic state which is very incapacitated and dying and suffering and because I never had insulin, there is a major difference between type one and type two diabetes, diabetes is one complication of the autoimmune disorders I have, without insulin I can't see, I can't move, I can't think, I go into coma quickly, my bones die etc.

November 5th, 2020, this is the date I am told because I can't remember that day for the most part, I was in DKA and HHS.

In the background section I mentioned I left home for a few weeks. I had to park my truck at Midas in Longmont, CO for repairs. The Midas is near my girlfriend's house in Longmont.

As I was traveling, to Quail and Main Street where my Ex-girlfriend lived, I began to lose my vision. I also can't remember anything else that happened after that until much later.

It is reported that I was at the Longmont Museum on Quail and Main next to where the Ex-girlfriend lived.

There was a man, Craig Stevens filming at the museum. I apparently ran into his car and looked for water in his car, I was traveling with a backpack with my iPad, iPhone, some hand tools and cash. Craig

Stevens reported that he later caught up to me and returned that backpack, discovery 20CR002138, he said it was heavy. I don't remember this either.
Another person called Longmont Police for seeing me in or around Craig Stevens car.
Craig Stevens reported to the police while I was lying face down in a field next to the museum due to DKA and HHS, that I didn't steal anything, that I did not threaten him at all, that I was acting peculiar and that I stumbled into the field after I left and that he caught up to me and returned my back pack.
Craig Stevens also reported me as 5'9'' tall and black, I am 6'1'' tall and white, Craig Stevens did not correct that for days or weeks. Craig Stevens reported he did not want to pursue charges.

## AFFIDAVIT FOR WARRANT OF ARREST

**Page 2 of 7 pages**

the parking lot and found a man in the driver's seat going through his things. The man got some old chewing gum from his glove compartment, chewed it, and put the gum all over his car. Stevens told the man to leave, and the man told Stevens to say "please." The man was holding a box cutter with the blade extended in Steven's face. Stevens asked him to please exit his car, and the man left his car, threw an old piece of bubble gum at him, and went west out of the parking lot towards an open field and the museum's car charging station. Stevens said he did not feel threatened and he did not want to press charges.

Stevens initially told Dispatch the suspect was a black man, 5'09", mid-thirties, crew cut red hair, "grizzled" and unshaven, wearing a blue t-shirt and jeans, and wearing a greyish backpack. Stevens later said it was actually a white male but his skin appeared weathered as if he had been in the sun a lot. He appeared clean and not homeless.

When I was interrogated later on, the police kept trying to remind that there is a museum there and I could not recall, I was prosecuted for not knowing. I tried to consider the make of the car police described and the Ex-girlfriend has one similar and I tried to propose what I did and why I did I, I just couldn't and still can't.
While I was in the field the following call came into 911;

## Longmont Police Department

Page 4 of 9

| Phone Type | Phone No | Date |
|---|---|---|
| Cell | (970)217-6017 | 11/05/2020 |

| Employer/School | Position/Grade |
|---|---|
| KING SOOPERS | LOSS PREVE |

| Location | City |
|---|---|
| 2255 MAIN ST | LONGMONT |

| State | ZIP Code |
|---|---|
| Colorado | 80501 |

### Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Value |
|---|---|---|---|---|---|
| 1 | Stolen | 11/05/2020 | No | No | $500.00 |

| Description | Typ | Cat |
|---|---|---|
| GREEN WITH BLACK SADDLE BAGS | B | Bicycle |

| Article | Brand | IBRS Type | Entered Date | Entered Time | RMS Transfer |
|---|---|---|---|---|---|
| Bicycle and Related Equipment | BRIDGE | Bicycles | 11/08/2020 | 12:30 | Successful |

Control
06C17 1116200934

| Link | Involvement | Invl No | Name | Race | Sex |
|---|---|---|---|---|---|
| OWN | VIC | 1 | SCHUBERT,RANDALL CLARK | W | M |

DOB
09/15/1949

| Prop # | Involvement | Invl Date | In Custody? | Security | Value |
|---|---|---|---|---|---|
| 2 | Stolen | 11/05/2020 | No | No | $50.00 |

| Description | Typ | Cat |
|---|---|---|
| WALLET | A | Identification items |

| Article | IBRS Type | Entered Date | Entered Time | RMS Transfer | Control |
|---|---|---|---|---|---|
| WALLET | Other | 11/08/2020 | 12:32 | Successful | 06C17 1116200934 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Typ | Cat | Article | IBRS Type |
|---|---|---|---|---|---|---|---|---|
| 3 | Stolen | 11/05/2020 | No | No | S | Identification items | CREDIT | Other |

Account Name
RONERT SCHUBERT

| Account No | Bank Name | Entered Date | Entered Time |
|---|---|---|---|
| 4465420594858219 | WELLS FARGO | 11/08/2020 | 12:33 |

| RMS Transfer | Control |
|---|---|
| Successful | 06C17 1116200934 |

### Modus Operandi

Crime Code(s)
ROBBERY

### Narrative

INITIAL INFORMATION :

On 11052020 at about 1710 hours I, Sgt Malterud (0602), heard Longmont Fire being dispatched to a fall behind Lowes, 355 Ken Pratt Blvd, Longmont, Boulder County, Colorado. Dispatch gave further information that the male was on the bike path south of the river, south of Lowes. I decided to respond to the call.

INVESTIGATION :

There is an open field between the St. Vrain River and the Longmont Museum so I crossed the bridge and started to go through the open field. I had a clear visual down the bike path and could see a small group of people, I believed this to be the location of the fall. I got out and walked to the area and I noticed a male that appeared to be in his 60's with long gray hair that was covered in blood. The male was up and walking but when I contacted him he was not speaking. I asked several questions, what was his name, anyone I could call for him, where he lived, what happened, but he did not answer or say anything. The male tried to walk away but I held his arm and explained he needed to get checked out by medical.

I possess the audio recording, "hello, yes there's an elderly gentleman who fell" … The woman who placed the call is the only person to have encountered Randall Shubert when he tripped and fell. The woman reported that the man got up and was walking away and obviously then she was the one person in proximity to him before he got back up.

The field is big. It spans about a mile between the museum and a bike path. It is wooded and rugged. I don't know how long I was lying there, from the time I was at the museum to the time the 911 call was made is not long, minutes.

I did recover, I can only remember pushing myself off my belly and there were spiders and sticks under me. I remember a few flicker show type images, I did not know where I was or who I was. This has happened often. I barely and maybe not at all now, remember seeing two cyclists ride past on this bike path. I then have an image of another cyclist riding from out of an overpass. The bike path apparently leads to basketball courts. I know I was moaning or growling and I was maybe 150 to 200 feet from reaching the bike path. I recently visited this location. I hung signs explaining the news and somebody published them online but the news removed them.

The next image I can barely recall if at all was the third cyclist riding downhill, I was a distance off in the field incapacitated and dying. The cyclist was returning from basketball courts per his wife; the cyclist had a basket ball bungeed to his bike. I remember the ball bounced while he was riding past, then nothing, and then I recall the cyclist stopping to retrieve the ball and he tripped while dismounting, I remember he fell and bumped the back of his head, I saw that, I don't remember anything else and I was incapacitated.

20-8649 Supplement No 0007

Longmont Police Department DRAFT

Narrative

I spoke with Jackie and she said Randall had probably bungee-corded the basketball to his bicycle rack. She said Randall's cell phone number was 303-503-0909. I looked in a law enforcement database, found the carrier was Verizon, and sent a preservation request to Verizon for this number. I also noticed a bungee cord was recovered from the scene.

Longmont Police Department

Narrative

and he said he was not, threw a basketball at him, got on the bike and rode away. Sara described the male as a homeless-looking male, in his 40's 5'9". Sara advised that the male came to and got up. They tried to keep the male down but he would not stay down. The male fell a couple of times.

I remember few images, I stepped over a log and finally was on the bike path, a woman approached me, I don't remember anything else, the woman reported to police instead of an ambulance for some reason, that she asked what the man who fell was doing and she reported that I said yoga. This was around 5 p.m. and apparently there was a lot of traffic, other people who later showed up report that I stumbled and rode away singing nursery songs. I don't recall.

I began to regain awareness at a 7-11. I apparently rode in a big circle and arrived at a 7-11. I had my phone and no charge. A homeless person I don't know panhandled from me, Robert McEwen. I found him later on. Robert McEwen found Randall Shubert's cards and things in saddlebags for a bike. Robert McEwen gave me a card when I didn't know who I was. I remembered that I was supposed to

be somewhere like my Ex-girlfriends, I called her while Robert McEwen was talking to me trying to get more money and then he handed me a card. The Ex-girlfriend told me to go to Walmart and try it, it worked, I then began to remember I had a vehicle and I abandoned everything outside somewhere and I returned to my truck where I went into coma and later woke up and went to labor work the next days, all recorded and undisputed.

When Randall Shubert fell, an ambulance arrived at the wrong location. The Police interrogated Randall who could not speak until an ambulance arrived. The ambulance did the same and they eventually took Randall to the hospital 3 miles away.

## Longmont Police Department

| Employer/School | Position/Grade | | |
|---|---|---|---|
| LONGMONT UNITED HOSPITAL | NURSE | | |
| **Location** | | | **City** |
| 1950 MOUNTAIN VIEW AVE | | | LONGMONT |
| **State** | **ZIP Code** | **Phone Type** | **Phone No** |
| Colorado | 80501 | Work/Business | (303)651-5111 |

### Modus Operandi

Crime Code(s)
ROBBERY

### Narrative

INITIAL INFORMATION:
On Sunday, November 15, 2020, at approximately 11:45 PM, I, Officer J. Hill, was dispatched to respond to Longmont United Hospital (LUH) in reference to VICTIM-Randall Schubert (Randall) passing away.

INVESTIGATION:
Sergeant P. Beach asked me to respond to LUH to meet with the corner and take pictures of Randall for evidence. Sergeant Beach notified the on call detective, Detective S. Desmond.

I responded to room #4104 and met with Randall's nurse, OTHER-Valerie Delgado (Valerie). Valerie informed me Randall stopped breathing at 9:50 PM and she pronounced Randall deceased at 9:52 PM. The death certificate was going to be signed by Doctor John Massone.

Valerie further informed me Randall arrived at LUH yesterday (11/14/20) and due to his deteriorating condition, Randall's family placed him on hospice with a do not resuscitate order and removed his ventilator. While at Longs Peak Hospital, Randall had a craniotomy due to sustaining a subdural hematoma and subarachnoid hemorrhage during the original incident on 11/5/20. Valerie said Randall did not appear to have any other major injuries or medical issues.

There is the injury a fall injury, one.



credit: CBS)

'I was just pouring my coffee and then I woke up four days later," said Barclay. "What we pieced :ogether after is I was just standing there pouring my coffee and all of a sudden I just keeled over and shattered my head on the concrete floor."

Barclay fractured her skull in multiple places, striking her head in what the surgeon called the most unlucky spot.

'What stood out to me was... the term unlucky- to hit your head in just that one spot because with this type of an injury, it's called an epidural hematoma, so you cut an artery on sort of the covering of the brain and you have to be very specific where you get hit for that to happen," said Dr. Kathryn Beauchamp a Neurosurgeon with Denver Health.

For Barclay, every second that passed was critical. Her office called 911 right away, and when the paramedics arrived they noted a significant decline in her mental state, indicating a traumatic brain injury.

Randall Shubert was not allowed a craniotomy for a long time because of the police and his family, and that's what killed him eleven days later in the hospital versus Jessica Barklay above.

It was very obvious what happened, the man could not play basket ball and ride a bike at the same time, and he did not have a bike helmet. I have survived many more and much worse skull and brain injuries without care.

Randall Shubert could have survived were it not for the police and his family who placed the only do not resuscitate order long after he was refused a craniotomy.

I did not ever encounter or know exactly what happened.

Brian Derry supplies fake stories to FOX News.

Below displays my path and hopes. I just want to go to college and work.




The above was around the same time as all this.

LAKEWOOD, Colo. (KDVR) – Denver Police told FOX31 that there were 500 reported catalytic converters stolen in the first three months of this year alone. That's more than five every day.

Denver Police are warning the public that it's not just a costly nuisance but could be dangerous as well.

Thieves are starting to post an armed lookout to intercept anyone who catches them in the act.

Since March 2019, there have been 135 reported violent confrontations during catalytic converter thefts, or attempted thefts.




Police do not recommend confronting these thieves like a Lakewood man did because if they do have a weapon things could turn violent.

Brian Derry and Sarah Schroeder were driving back from Palisade on Sunday afternoon when they came across a man who was under a car in their neighborhood.

Brian Derry was Randall Shubert's friend. He reports to FOX and they air his stories.

Longmont Police Department

**Narrative**

I called WITNESS-Jackie Schubert (Jackie) and she told me the following: VICTIM-Randall Schubert (Randall) was improving but he was still not able to talk. His bicycle was a green Bridgestone hybrid. It had black, possibly nylon, saddlebags on it. His wallet and phone would have been in these saddlebags. He carried at least $100 cash in his wallet. He would not have been wearing helmet. She believed he was hit in the head from behind with

Page 4 of 15

an object. They have been chased by transients with knives in that area before. The transients are very aggressive and seem to have military training.

Jackie expressed her strong desire to get Randall's phone back, so after I spoke with her I called Property and Evidence and asked them to process the phone for fingerprints and DNA.

Jackie Shubert was likely not satisfied if the accident wasn't covered due to no helmet, her and Brian Derry contacted FOX-31 News and also they participated in publishing the following to FOX-31 News, FOX-31 and Jackie Shubert and Brian Derry cast the stories on air giving the impression that police were ignoring what Jackie Shubert described as military trained homeless people attacking, robbing and killing Randall Shubert. See this is where FOX-31 News got their information and not from police, see Jackie Shubert above reporting military homeless people attacked Randall with knives and Brian Derry obviously informed FOX-31 News, Derry is not police. Below displays what the Shubert's and Derry reported on the GoFundMe similar to the crazy assertions by Jackie Shubert;

5:06 PM

gofundme



# Randal and Jackie Schubert medical bills

$2,305 raised

This fundraiser is no longer accepting donations. If you are the organizer, beneficiary, team member, or donor, sign in to see additional information.

Brianna Ciancio is organizing this fundraiser on behalf of Seth Schubert.

Donation protected

On November 8, 2020 Randy Schubert was riding his bike on a path in Longmont when he was jumped, robbed, and beaten. The physical damage to Randy has been to the extent that he required brain surgery and is in a coma; his assailants have still not been

This GoFundMe was published by FOX-31 News the man was clearly not attacked, nor robbed, nor

encountered, he dropped ball while riding a bike and bumped his head mildly when retrieving the ball. I did not in fact commit any crime or known actions, I was in DKA, I am diagnosed with generalized weakness, lethargy, and the other numerous deadly and incapacitating illnesses.

They reported Randall Shubert's identity here, FOX, CBS, NBC, ABC and all the other news defendants listed in this case reported his identity, FOX-31 News was first to air the following resulting from the Shuberts and Derry;

5:05 PM

kdvr.com/?submit=&s=Edward+

73° FOX31 2 COLORADO'S VERY OWN

Showing 3 of 3 results for **"Edward hoid"**

Sorted by: Most Recent Most Relevant




## Police arrest man possibly connected to robbery, ...

Longmont police arrested a man who is possibly connected to the robbery and death of a 71-year-old man earlier this month.

Local News 4 years ago



## Longmont police search for suspect in robbery and ...

The Longmont Police Department is searching for a man they say beat a 71-year-old man to death and stole his bike.

Local News 4 years ago




## Longmont police identify man allegedly connected ...

Longmont police have identified the man allegedly connected to the robbery and death of a 71-year-old man earlier this month.



They aired on television claiming Longmont Police said I beat Randall Shubert to death for a bike. The police did not report this and FOX-31 News was claiming police said this in order to force them to get involved for the Schuberts and Derry.

8:59 AM

The man who police say was knocked off his bike and whose personal belongings were stolen Nov. 5 died Monday morning of injuries related to the attack.



*Longmont police released this photo of persons of interest in connection to the Nov. 5 assault and robbery of a 71-year-old man. (Longmont Police Department / Courtesy photo)*

The 71-year-old Longmont resident was biking when the assault and robbery occurred about 5 p.m. on the greenway south of Lowes at 355 Ken Pratt Blvd. and north of the Longmont Recreation Center, police said.

Northern Colorado Air, Inc.
R. R. "GRIFF" GRIFFIN
OWNER
FALL HOME COMFORT SPECIALS!
Learn More ->

vehicle
except a
tly that.
s people
he news
en must
ngmont,
footage the Longmont Police later tried to destroy.

Suddenly NBC-9, ABC-7, CBS-4, FOX-31, The Denver Post and all the other news defendants

listed in this case all aired and published the same, that I jumped and beat Randall Shubert to death for one bike.

I had no warrants, I wasn't committing crime and I don't need to even explain this.
I went to work, the public instantly began running me over with cars and shooting at me twice, I was attacked, assaulted and almost murdered in Longmont Colorado because of the News.
I was on parole, the second successive sentence for drinking a bunch of water for DKA, recall from the background section.
I was reporting, I was compliant and shouldn't even have been nor been on parole.
I had not seen the news. I never got to see the news and it is reported in the interrogation later that I did not and I was not certain why the public was trying to murder me. I had no knowledge of Randall Shubert's passing or injury that did not have to be fatal. I did not know anything and I did not do anything and the police, news and all other parties knew this well, besides the emergency room reports confirmed the fall injury.
The Longmont Police were driven by the News to get involved and how they got involved was trying to murder and or get me murdered by incited public while I was a cripple.
Below displays how the Police got involved;

**From:** Jeff Satur <Jeff.Satur@longmontcolorado.gov>
**Sent:** Saturday, November 21, 2020 10:34 AM
**To:** Brooklyn Dance <bdance@prairiemountainmedia.com>; Kelsey Hammon <khammon@prairiemountainmedia.com>; 4 News <kcncnews@cbs.com>; 7 News <newstips@thedenverchannel.com>; 9 News <desk@9news.com>; KDVR Tips <KDVRTips@kdvr.com>; Times Call <tcnews@times-call.com>; Robin Ericson <Robin.Ericson@longmontcolorado.gov>; news2@nbcneb.com <news2@nbcneb.com>; editor@nptelegrapg.com <editor@nptelegrapg.com>; dee.klein@nptelegraph.com <dee.klein@nptelegraph.com>; andrew.bottrell@nptelegraph.com <andrew.bottrell@nptelegraph.com>; Monte Whaley (monte@longmontleader.com) <monte@longmontleader.com>
**Cc:** Jeff Satur <Jeff.Satur@longmontcolorado.gov>
**Subject:** Press Release - Wanted Party

Hello All,

Please see the attached press release in reference to the Randall Schubert death investigation. For our media representatives in Nebraska, I have included some links for background. We have information he may be staying in Brady, NE, which is between North Platte and Kearney, which is why I included you in the email. I will also be sending information to the Nebraska State Patrol. I would appreciate if you could share this with your Nebraska affiliates along I-80. I do not have any vehicle information.

Feel free to call me if you have any questions.

Thanks, Jeff

Each agency reported differently this is not a ridiculous / soit spree.

https://www.timescall.com/2020/11/18/longmont-police-release-new-photos-of-person-of-interest-in-attack-that-led-to-71-year-old-mans-death/

https://kdvr.com/news/local/longmont-police-search-for-suspect-who-beat-71-year-old-man-to-death-stole-his-bike/

Notice that the only information the police supplied was the FOX-31 News reports that I beat Randall

Shubert to death for a bike, the Longmont Police Department Jeff Satur was supplied by FOX-31 News and all the other news outlets listed with stories and the news was not supplied with information from police when they authored and published in view of a national audience the heinous accusations that incited the public to attempt to murder me. The Longmont Police cast to the listed news outlets in the above email and they also cast the FOX-31 News stories to other states law enforcement who in turn abused my family in Ohio, Idaho, Utah, Nevada and Colorado. Family I don't even know.

Suddenly the news defendants all began reporting the same stories and even admit in the stories that the information came from other news outlets and the information police supplied which was supplied by FOX-31.

All the news defendants aired and published about a dozen consecutive days, starting with reporting that I jumped and robbed and beat Randall to death, then they all reported I was fleeing, then they all reported I was armed and dangerous, all on separate broadcasts, then they reported where my family lived in Lyons, CO and reported I lived there.

On November 27th, 2020, I was run down and knew I had to do something, I called the Ex-girlfriend, she said they were going to kill me because the news said I was a murderer. The police pinged my phone and, on that night, I was being swarmed and somebody shot at me and ran my foot over, it may have been an unmarked police car, there were two other Longmont Police vehicles accompanying, they drove away but the unmarked car stayed and shot at me and ran me over breaking my foot.

ED After Visit Summary (...

uchealth

# AFTER VISIT SUMMARY

**Edward H. Hoid** MRN: 3560969 11/27/2020 UCHealth Emergency Care - Longs Peak Hospital 720-718-7000

## Instructions

Do not put weight on your right foot. Keep the splint in place until seen by orthopedic foot and ankle surgery clinic. Use crutches. Use over-the-counter acetaminophen (tylenol) and/or ibuprofen (motrin, advil) as needed for pain or fever. Return to the ER for increasing toe/foot pain, numbness, weakness, coldness, or other acute concerns. You are medically cleared for further jail processing.

### Your medications have changed today

**Refer to the Medication List for detailed information on how you take the medications.**

### Read the attached information

1. CARENOTES - GONORRHEA (AFTERCARE(R) INSTRUCTIONS(ER/ED)) (ENGLISH)
2. KRAMES HEEL PAIN, UNDERSTANDING (ENGLISH)
3. CARENOTES - CALCANEAL FRACTURE (AFTERCARE(R) INSTRUCTIONS(ER/ED)) (ENGLISH)

### Pick up these medications from any pharmacy with your printed prescription

acetaminophen

### AMB REF TO ORTHOPEDIC SURGERY - CU Ortho Longmont (Daniel Kyeongtaek Moon, MD)

Where: UCHealth Orthopedics Clinic - Longmont
Address: 1925 Mountain View Ave LONGMONT CO 80501
Phone: 720-494-3132
Multiple visits requested (expires 11/26/2021)

### Follow up with UCHealth Longmont Clinic

Why: Call to arrange outpatient primary care evaluation with Family Medicine or Internal Medicine or follow-up with your usual primary care provider.
Contact: 1925 W. Mountain View Avenue, Longmont, CO 80501

(303) 647-4974

## Today's Visit

You were seen by Devin Anthony Rickett, MD

Reason for Visit
Ankle Pain Right

Diagnoses
- Closed comminuted displaced fracture of right calcaneus
- Medical clearance for jail processing

[redacted]

- Pain of right heel
- History of methamphetamine abuse (HC code)

Imaging Tests
CT FOOT/ANKLE RIGHT WO CONTRAST
XR FOOT 3 VIEW (AP,OBL,LAT)-RIGHT

Medications Given
cefTRIAXone (ROCEPHIN) Last given at 8:29 AM

## My Health Connection

View your After Visit Summary, schedule appointments, send messages, and refill medications by downloading the UCHealth Mobile App for Apple or Android.

 ©2017 Epic Systems Corporation 

I scrambled to a mall; the police were driving around me. I began screaming and threw rocs at windows to sound an alarm, a security guard opened an office door I begged him to let me in and reported the police are trying to shoot me. He slammed the door shut and the police swarmed me. Still the news reported the following;

NewsRoom

11/28/20 Denv. Post 6A
2020 WLNR 34216833

Denver Post (CO)
Copyright (c) 2020 The Denver Post Corp.

November 28, 2020

Section: ASECTION

Local Briefs

Man arrested in KILLING of 71-year-old

LONGMONT Police early Friday arrested a man identified as a person of interest in the death of 71-year-old Randall Schubert, who was assaulted and robbed Nov. 5.

Edward Herbert Hoid, 36, was arrested about 1 a.m. Friday after officers were dispatched to The Village at the Peaks, 1250 South Hover St., on reports of a man, later determined to be Hoid, throwing rocks at businesses. Numerous businesses and vehicles in the area were broken into, according to the arrest affidavit.

Hoid ran from officers but complied with the arrest when officers told him to stop, the affidavit states.

I sued all the news defendants and Ballard Spahr represented them all in the federal and state courts.

The news and Ballard Spahr colluded with police in order to conceal their offenses even if I had to be murdered.

They all came up with a better story since there were no three assailants and no robbery or beating, every news defendant began reporting on air that I knocked Randall off of his bike, assaulted him, robbed him and that he died as the result. This while they removed the previous airings and the Longmont police even reported the same on record, see below;

Jason Malterud responded and reported he went to assist in a reported fall;

## Longmont Police Department



| Phone Type | Phone No | Date |
|---|---|---|
| Cell | (970)217-6017 | 11/05/2020 |

| Employer/School | Position/Grade |
|---|---|
| KING SOOPERS | LOSS PREVE |

| Location | City |
|---|---|
| 2255 MAIN ST | LONGMONT |

| State | ZIP Code |
|---|---|
| Colorado | 80501 |

### Property

| Prop # | Involvement | Invl Date | In Custody? | Security | Value |
|---|---|---|---|---|---|
| 1 | Stolen | 11/05/2020 | No | No | $500.00 |

| Description | Typ | Cat |
|---|---|---|
| GREEN WITH BLACK SADDLE BAGS | B | Bicycle |

| Article | Brand | IBRS Type | Entered Date | Entered Time | RMS Transfer |
|---|---|---|---|---|---|
| Bicycle and Related Equipment | BRIDGE | Bicycles | 11/08/2020 | 12:30 | Successful |

| Control |
|---|
| 06C17 1116200934 |

| Link | Involvement | Invl No | Name | Race | Sex |
|---|---|---|---|---|---|
| OWN | VIC | 1 | SCHUBERT,RANDALL CLARK | W | M |

| DOB |
|---|
| 09/15/1949 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Value |
|---|---|---|---|---|---|
| 2 | Stolen | 11/05/2020 | No | No | $50.00 |

| Description | Typ | Cat |
|---|---|---|
| WALLET | A | Identification items |

| Article | IBRS Type | Entered Date | Entered Time | RMS Transfer | Control |
|---|---|---|---|---|---|
| WALLET | Other | 11/08/2020 | 12:32 | Successful | 06C17 1116200934 |

| Prop # | Involvement | Invl Date | In Custody? | Security | Typ | Cat | Article | IBRS Type |
|---|---|---|---|---|---|---|---|---|
| 3 | Stolen | 11/05/2020 | No | No | S | Identification items | CREDIT | Other |

| Account Name |
|---|
| RONERT SCHUBERT |

| Account No | Bank Name | Entered Date | Entered Time |
|---|---|---|---|
| 4465420594858219 | WELLS FARGO | 11/08/2020 | 12:33 |

| RMS Transfer | Control |
|---|---|
| Successful | 06C17 1116200934 |

### Modus Operandi

| Crime Code(s) |
|---|
| ROBBERY |

### Narrative

INITIAL INFORMATION :

On 11052020 at about 1710 hours I, Sgt Malterud (0602), heard Longmont Fire being dispatched to a fall behind Lowes, 355 Ken Pratt Blvd, Longmont, Boulder County, Colorado. Dispatch gave further information that the male was on the bike path south of the river, south of Lowes. I decided to respond to the call.

INVESTIGATION :

There is an open field between the St. Vrain River and the Longmont Museum so I crossed the bridge and started to go through the open field. I had a clear visual down the bike path and could see a small group of people, I believed this to be the location of the fall. I got out and walked to the area and I noticed a male that appeared to be in his 60's with long gray hair that was covered in blood. The male was up and walking but when I contacted him he was not speaking. I asked several questions, what was his name, anyone I could call for him, where he lived, what happened, but he did not answer or say anything. The male tried to walk away but I held his arm and explained he needed to get checked out by medical.

Much later the same officer entered what the news and Ballard Spahr colluded with police and told him to report that being for the purpose of fraudulent concealment and even if it meant me being murdered, falsely

imprisoned or whatever Jason Malterud then enters the same stories as the news and that I knocked Randall Shubert off his bike, robbed him and that it killed him, see below;

# Longmont Police Department

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| WIT | 3 | I | SCHUBERT, ELIAS | 9888 |
| Race W | Sex M | DOB 12/20/1976 | | |
| WIT | 4 | I | SCHUBERT, JACKIE | 7210 |
| Race W | Sex F | DOB 10/20/1950 | | |

Page 1 of 9

## Person Summary

| Invl | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| WIT | 5 | I | FANNING, ROBERT | 4508 |
| Race W | Sex M | DOB 07/17/1965 | | |
| WIT | 6 | I | WILLEMSSEN, KYLE | 9888 |
| Race W | Sex M | DOB 05/07/1969 | | |

## Property Summary

| Involvement | Description |
|---|---|
| STN | Bicycle: Bicycle BICYCL BRIDGE GREEN WITH BLACK SADDLE BAGS |
| STN | Article: Identification items WALLET WALLET |
| STN | Securities: CREDIT RONERT SCHUBERT |

## Summary Narrative

Officer took a report of a male that was knocked off of his bike, bike taken along with wallet and cell phor bike path behind 355 Ken Pratt BLVD. Victim has been identified and received major injuries. Video of suspe the victim's credit cards and dumping his cell phone have been obtained. Case is under investigation.

Notice that it is reported several major injuries and the ER reported a brain injury from the fall.

When Ballard Spahr, the news and police did this they also began airing the same stories as each other that I knocked Randall off of his bike, robbed him and killed him, and now after weeks of airing Randall's identity and accusing me of beating him to death, the plot changed and also the news and Ballard Spahr instructed the Shubert's to update their go fund me to report new accusations consistent with the concealment stories see below;




See now the Schuberts are saying he was hit and robbed, no longer jumped and beaten to death, the news did compensate the Schuberts for this and still he was not robbed or hit, the only person to encounter Randall Shubert when he fell obviously since he was still on his back and trying to get up and walk away when a woman found him. This same woman also reported to police she remembered him ride past her seconds before he fell and she found him while I was still incapacitated in a field, after the woman confronted me

in the incapacitated state I must have left singing nursery songs, the woman obviously interfered with any opportunity for me to encounter Randall Shubert and I wouldn't have anyway under the state of mind and my exceeding medical emergency at the time.

The Schuberts are still getting paid for fraudulently reporting that I hit and murdered Randall Shubert it's wire fraud and it's the causing of the News and Ballard Spahr who paid them to do it. The Schuberts don't care if I was murdered, they simply want money and attention, while my story is the one demanding attention right now.

Notice that Randall's identity was reported by every news outlet beginning on November 8th.

After colluding with police, the Schuberts, the entire State's judiciary and all surrounding states law enforcement and news outlets, Ballard Spahr and the news outlets colluded with police and district attorney Ryan Day, every lawyer in Colorado knew all this was happening and I was appointed four of them and even before I had any charges at all, all charges wind up being false and I was tortured into a conviction for a count of identity theft in the end, and this while the Schuberts are committing the above displayed fraud.

By **BROOKLYN DANCE**
PUBLISHED: November 16, 2020 at 7:54 p.m. | UPDATED: November 16, 2020 at 8:00 p.m.

The man who police say was knocked off his bike and whose personal belongings were stolen Nov. 5 died Monday morning of injuries related to the attack.

The 71-year-old Longmont resident was biking when the assault and robbery occurred about 5 p.m. on the greenway south of Lowes at 355 Ken Pratt Blvd. and north of the Longmont Recreation Center, police said.

The man's identification will be released from the Boulder County Coroner's Office. The autopsy has not yet been completed, Deputy Chief Jeff Satur said Monday afternoon, noting more information could be released pending its completion.

After reporting Randall's identity for over a week, daily by every news outlet listed, and after they at the same time reported that I was armed and dangerous, I have never touched a gun, that I beat a senior to death for a bike, was fleeing and after reporting my family's residential information, the news all began publishing that Randall's identity would be released after an autopsy. The autopsy was not necessary they knew the cause of death was a single neglected brain swell and Ballard Spahr simply colluded with police and the district attorney's office (Ryan Day) and the Boulder County Coroner's Office to give the impression that a criminal investigation for the deadly beating that never happened was the source of the news's information and it was not. Below displays the degree and extent of the mutilation that took place in order to supply the news with a fraudulent defense later on should I survive and sue.





They dissected the entire body and gave the impression they were assessing a deadly beating and again now the news was reporting the man's identity would be released after the autopsy, it is a staged criminal investigation for purposes of news fraudulently concealing offense the Schuberts agreed with the news and

allowed it because they were compensated for that.

No warrants were ever issued, nor charges, Stanley Jerido of parole supplied my family's, my kids and ex-wife's information to Brian Derry who contacted them, stalked my other family in Lyons, calling them all and impersonating police, Brian Derry threatened my children's lives and confirmed that he and other vigilantes were attacking and abusing my family in 5 States. See the images below;






Notice how Brian Derry reports it could be the other 2 guys, that's how we know who told FOX-31 News that three men jumped and beat Randall and that it was not police, and the police later participated and are dictated by the news. This is my family and my lives ruined and taken into their hands because the news reported heinous false accusations and information that almost got me murdered and did maim me and

destroy my family forever.

Recall Brian Derry supplying stories to FOX News and below displays the other person doing so at times;



Edward's ex-wife said she had not heard from Edward since 2014, and he does not even know what his children look like now. She said she believes Edward knows where she is currently living, and she was a little concerned

Page 2 of 16

Edward may be heading to her location. She had been alerted to the news coming out of Longmont by a private investigator, who called her a few days ago and told her what was happening. However, Edward's ex-wife said the kids still had no idea what was going on, and she wanted to keep it that way. She said she did not want me to reach out to her local law enforcement agency regarding BOLO information, as she did not want police coming to the house and inquiring about Edward.

Edward's ex-wife said she would notify me if she heard anything from Edward, and she would call police if she had reason to believe Edward was in the area. She requested that I notify her whenever Edward was arrested, simply so that she would know that she no longer needed to be on alert. I told her I would call her upon learning of Edward's arrest.

The news and police dispatched to Ohio, Idaho, Utah, Nevada and Colorado, the heinous news and the Longmont Polices forged and false reports authored by Ballard Spahr for fraudulent defense, I have not spoken to or seen my six siblings in over twenty years.

Three of my siblings, in Idaho, Nevada and Colorado called the Longmont Police after seeing the news and Candyce has no children yet the police report she accused me of trying to cut her kids throats and rape them, they don't exist, Amber in Idaho called and reported I was trying to rape and kill her kids, I don't know anything about if she has kids or what they are, Chelsea called the police from Colorado and reported verbatim, and it becomes obvious, vigilantes impersonated my siblings and were supplied with their information by Longmont Police and Stanley Jerido of parole, I did not even know I had three other siblings who were also harassed in Ohio.

Exactly when this happened and due to the news reporting where my family lived in Lyons, just after the impersonations or even if one of my sisters I don't know did actually say those things, Boulder County Sheriff's office got more reports that the children all young ages 2-10 and 4 total, were taken from my mother's home, they were separated into different foster homes, my ten year old nephew was molested in Evans, CO and my mom was arrested and groped by a male officer, no charges, that was due to vigilantes reporting dangers as well at that home, so the kids were returned to their mom after the molestation and four weeks in foster they have cases.

The rape and murder accusations were lodged into discovery with hopes somebody would react. The place and setting the police hoped to get a reaction was maximum security prison where every person's discovery

is viewed by shot callers for gangs who murder child molesters.

Stanley Jerido and the CDOC had a hearing with me.

The police and news colluded with him and he reported, see below, that I was held for high profile homicide and so the news got me sent to maximum security prison without charges for an imaginary high profile homicide and this was done in order to prevent me discovering the news offense and while the latter concealment publications were published on the world wide web where they remain to this day and in order to give the public and FBI and any agency I could report to a lasting impression and that way I could not report crime.

00:05:00 Speaker 3
Yes, it is, ma'am. Mr. Mr. Hoyt right now.
00:05:04 Speaker 3
Is currently a suspect in a homicide high profile homicide.
00:05:12 Speaker 3
The division is on. The division is taking verification because.
00:05:17 Speaker 3
We will be able.
00:05:18 Speaker 3
To work may be a danger to it's still a danger to.
00:05:20 Speaker 3
The public no formal charges have been.
00:05:24 Speaker 3
Filed yet because it's still under investigation.

Dec 28 2020 - Parole Hearing audio file HOID 178706_362d_12.28.2020 (1).

I went onto do two years in maximum security prison without charges for imaginary high-profile homicide in order to aid the news and police and district attorney evade prosecutions

I am a Type One Juvenile Diabetic; this was during COVID shutdown that prison halted admission except for me.

I was never afforded medical care or insulin; I went blind and it is agonizing suffering not having insulin.

While I was held this way I was eventually charged with a count of identity theft for a card I was given at

a time, I was utterly incapacitated and certified as such.

I was tortured, I saw people get raped and murdered.

The entire CDOC staff knew except they believed I beat a senior to death and I was almost killed several times.

I ran into Robert McEwen, he recognized me, I did not him, he prepared a carbon copied affidavit admitting that he found and gave me the card and that I was incapacitated and that we don't know each other. Copies were sent to Nicole Collins and to Roberts public defender. A copy was entered on my Boulder County jail record. Nicole Collins destroyed it I have spoken to Robert on Facebook; he will make another.

Nicole Collins visited me in the prison, she told me if I kept my mouth shut, I would walk, I said to her that I am not black and you are all screwed. She left and withdrew as counsel the next day. She had me draw a map of what I thought I remembered and she gave that to the Longmont police, and they used it to stage a scene.




Next scene; Below is a diagram of the concrete path with direction;




I crossed the field, from the south. I approached the merge area. I had not yet landed on the bike path, and never would. As I approached, a cyclist drove, East, there was a foot pedestrian, walking East, 2 bi-standers were at the top of the ramp. The cyclist drove around the foot pedestrian, the bicycle had a rear mounted rack with saddle bags, on top of the rack was




The above staging was made in March 2021 and reports verbatim what the news and police colluded and reported.

Benjamin Collett was appointed, Ben, represented a man Cassidy Meroni who was planted in a cell with me. I over heard Cassidy one day on a phone receiving instructions. Cassidy entered the cell and stated,

"you did it, you jumped out of bushes and little nicky'd the old man". This was before Ben was appointed and Cassidy was released; he went on to attack a woman with a hammer. As time passed, Ben reported to me, and I refused to plea guilty to identity theft, I awaited any court appearance for 2 and a half years. When I was speaking to Ben he stated they found Robert McEwens affidavit but then that I couldn't use it, then he reported Ryan Day still thinks you jumped out of bushes or something, I reported back, that I know you represented Cassidy and that you had him say that same thing to me so he could get released and frame me for false accusations. Ben confirmed and withdrew as counsel immediately.

Ryan Dawson was next to be appointed this makes four appointed attorneys the first moved away and was disqualified because she reported in court that they called me black.

Nancy Salamone had been composing a fake record asserting homicide investigations, that I use 5 grams of meth everyday for 30 years all untrue and then the toll from the prison caught up to me immediately see below;

VTE Prophylaxis Orders (From admission, onward)

| Start | | Ordered |
|---|---|---|
| 11/13/22 0000 | **heparin injection 5,000 Units (VTE Prophylaxis Medical Panel)** *Every 8 hours scheduled | 11/12/22 2052 |

Code Status Full

Patient will require a 2 midnight stay. Reason HHS

Expected Disposition home

50 minutes of Critical Care was provided in order to assess and manage the high probability of imminent or life-threatening deterioration of HHS requiring Insulin drip.

This patient encounter is occurring during the national pandemic emergency related to COVID-19. COVID-19 countermeasures are actively being utilized and factored into all documentation and clinical decisions.

**Subjective:**

**Chief Complaint:**
Chief Complaint
Patient presents with
- Hyperglycemia

Pretty soon after I was able get a release, I died. I was in the area to attend a status conference, the news and Ballard Spahr lawyers all knew what was happening so did all the other defendants and that was their hope all along, to kill me for the news, they all observed and watched me die and even caused it deliberately, I didn't just die I suffered and it is diagnosed as such severe human suffering, not only me but my entire family in 5 states did as well, their futures are ruined due to my last name online.

They all hate each other now and that's because of the news.

So, my kids will now go through life very damaged. Nobody has corrected a single thing.

No federal judges, no state judges in fact they are helping the news for some reason and it is killing my family and self at the same time as we endure Hell and sufferings.

I was supposed to attend a status conference for trial I waited for 2 and a half years for and the single false count of identity theft, the ICU gave the above notice to Ryan Dawson, Ryan Day and Nancy Salamone. It reports a high probability of death and HHS; the other data they got follows;

Left lower leg: No edema.
Skin:
General: Skin is warm and dry.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.
Psychiatric:
Comments: **anxious**

**Operative Procedures Performed**:

**Lab Results**:
**Admission on 11/12/2022**

| Component | Date | Value | Ref Range | Status |
|---|---|---|---|---|
| • Sodium | 11/12/2022 | 111 (LL) | 136 - 145 mmol/L | Final |
| • Potassium | 11/12/2022 | 6.3 (HH) | 3.5 - 5.1 mmol/L | Final |
| • Chloride | 11/12/2022 | 78 (L) | 96 - 111 mmol/L | Final |
| • CO2 Carbon Dioxide | 11/12/2022 | 24 | 20 - 30 mmol/L | Final |
| • BUN Urea Nitrogen | 11/12/2022 | 37 (H) | 6 - 24 mg/dL | Final |
| • Creatinine | 11/12/2022 | 1.65 (H) | 0.65 - 1.36 mg/dL | Final |
| • BUN:Creatinine Ratio | 11/12/2022 | 22 | 6 - 25 | Final |
| • Glucose | 11/12/2022 | >1,000 (HH) | 70 - 99 mg/dL | Final |
| • Calcium | 11/12/2022 | 9.6 | 8.3 - 10.1 mg/dL | Final |
| • Anion Gap | 11/12/2022 | 15 | 6 - 18 | Final |
| *Anion gap = (Na+K) - (Cl+CO2)* | | | | |
| • GFR Glomerular Filtration Rate | 11/12/2022 | 54.2 (L) | >60.0 mL/min/1.73m*2 | Final |
| *Units = mL/min/1.73 m2.GFR results <60 for 3 months or longer: Chronic kidney disease.GFR results <15: Kidney failure. Calculation based on the Chronic Kidney Disease Epidemiology Collaboration (CKD-EPI) equation refit without adjustment for race.* | | | | |
| • Beta-Hydroxybutyrate mmol/L | 11/12/2022 | 0.4 (H) | 0.0-0.3 mmol/L mmol/L | Final |
| • WBC White Blood Count | 11/12/2022 | 12.7 (H) | 4.0 - 9.6 10*3/µL | Final |
| • RBC Red Blood Count | 11/12/2022 | 4.57 | 4.40 - 5.89 10*6/µL | Final |

Printed by 122592 at 12/31/24 6:38 AM Page 19

It was obvious I was going to die and that I needed a diagnosis and Ryan Dawson, Ryan Day and Nancy Salamone ceased the opportunity and took me back into maximum security custody at the Boulder County Jail, I was incapacitated, HHS and the jail was familiar obviously, they refused me insulin the entire time, I was incapacitated a lot and I wound up sustaining a brain swell and almost death because they would not allow me insulin despite this notice.

I still refused to plea guilty to identity theft, so they started telling me that if I agree to say I use a ton of

drugs and am in Hells Angels, they would release me to Peer One, a rehab and then promised I could have medicine there. I still refused, so Ryan Dawson threatened to enter the plea for me and would claim incompetence. That was my lawyer appointed by Ryan Day again.

Peer One is not operational and wasn't at the time as well, I was accepted to a closed down institution somehow.

Nancy Salamone would not let me see a jury for fear of disclosure and she could not sentence me knowing the fake record she made and all else. She then put on record after I was tortured and was incapacitated that I pled guilty, then a different judge Langer entered for one day, sentencing in order to misprision for Salamone.

I was sentenced to two more successive sentences and ten years for the same bike accident and was sent without insulin.

I appealed it, Salamone did not sentence me, but denied me representation appointment for the appeal.

23CA1976 Peo v Hoid 12-19-2024

COLORADO COURT OF APPEALS

---

Court of Appeals No. 23CA1976
Boulder County District Court No. 20CR2138
Honorable Nancy W. Salomone, Judge

---

The People of the State of Colorado,

Plaintiff-Appellee,

v.

Edward Herbert Hoid,

Defendant-Appellant.

---

ORDER AFFIRMED

Division IV
Opinion by JUDGE HARRIS
Yun and Kuhn, JJ., concur

**NOT PUBLISHED PURSUANT TO C.A.R. 35(e)**
Announced December 19, 2024

---

appeal, Hoid did not sufficiently allege that he was entitled to file an appeal. Under section 18-1-409(1), C.R.S. 2024, a defendant who pleads guilty may not appeal his sentence if the sentence imposed "is within a range agreed upon by the parties pursuant to a plea

---

[2] The sentencing judge was the same judge who considered and denied Hoid's Crim. P. 35(c) motion. By denying the Rule 35(c) motion, the judge implicitly found that evidence of Hoid's diabetes would not have changed the outcome of the sentencing proceedings. *See, e.g.*, *Voytik v. United States*, 778 F.2d 1306, 1310 (8th Cir. 1985) (where district court judge had determined "that he would not have reduced [the defendant's] sentence" even if counsel had performed as the defendant wished, the defendant's ineffective assistance of counsel claim failed for lack of prejudice.).

8

I complained about the torture and attempted murder during the appeal which was submitted to the actual sentencing judge who entered the conviction. Salamone admits to this above, also it is reported that Salamone sentenced me and denied my post-conviction relief for a conviction she did not enter, the court of appeals reports the same sentencing judge also denied my 35c petition.

See below;

Court Address: Boulder Justice Center
1777 Sixth Street P.O. Box 4249
Boulder, CO 80306-4249
Phone Number: 303-441-3750

DATE FILED
May 12, 2023

^ COURT USE ONLY ^

Case Number: 2020CR002138

**The People of the State of Colorado**
vs.
**HOID, EDWARD HERBERT**

Division: 6

**SENTENCE ORDER**

**Defendant:** HOID, EDWARD HERBERT **Date of Birth:** 03/19/1984

| **Count** | **Class** | **Plea** | **Finding** |
|---|---|---|---|
| 1 18-5-902(1)(a) - ID THEFT-USES INFO TO OBTAIN | F4 | Plea of Guilty | Guilty |
| 2 18-4-502 - TRESPASS 1-AUTO-W/INTENT TO COMMIT CRIME | F5 | Plea Not Guilty | Dism by DA |
| 3 18-3-206(1)(a)/(b) - FELONY MENACING-REAL/SIMULATED WEAPO | F5 | Plea Not Guilty | Dism by DA |
| 4 18-4-401(1),(2)(e) - THEFT-$750-$2,000 | M1 | Plea of Guilty | Guilty |
| 5 18-4-501(1),(4)(c) - CRIMINAL MISCHIEF-$750-$1000 | M1 | Plea of Guilty | Guilty |

**ASSESSED FINES & COSTS**

| | |
|---|---|
| **Count # 1** | |
| Victims Assistance Fund | $163.00 |
| Victim Compensation Fund | $163.00 |
| Court Costs | $35.00 |
| Court Security Cash Fund | $5.00 |
| Genetic Testing Surcharge | $2.50 |
| Public Defender Accts Rcvable | $25.00 |
| Restorative Justice Surcharge | $10.00 |
| Department of Corrections: 7 Years | |
| Restitution | $998.33 |
| **Count # 4** | |
| Victims Assistance Fund | $78.00 |
| Jail: 60 Days | |
| Credit for Time Served: 60 Days | |
| **Count # 5** | |
| Victims Assistance Fund | $78.00 |
| Jail: 60 Days | |
| Credit for Time Served: 60 Days | |
| **TOTAL** | **$1,557.83** |

**Other Conditions of Sentence:**
COUNT 1: 7 YRS OF DOC
CONCURRENT WITH 20CR2137
COUNTS 4,5: 60 DAYS OF JAIL STRAIGHT TIME
60 DAYS CREDIT FOR TIME SERVED
RESTITUION 998.33 /SG

LANGER, BRUCE 2023-05-12
**Judge/Magistrate** **Date**

HOID, EDWARD HERBERT 2023-05-12
**Defendant** **Date**

***********************************************NOTICE***********************************************
Following this hearing you are to present this form to the Clerk's Office for payment. Payment is due by the end of business on your Court Date. Pursuant to §16-11-101.6, C.R.S., if the Defendant does not pay all amounts assessed at the time of order, the Defendant shall pay an additional time payment fee. In addition, the

Bruce Langer entered the sentence and conviction so he would not have to report that I was tortured into submission during the proceedings to the appeals court and eventually the federal courts.

Regardless the fake record by Salamone was the record sent to the Federal Court during my habeas corpus action, 1:25-cv-00536, during the appeal the attorney generals office accused me of homicide and putting guns in people's faces. I alerted the Federal Court of this and they still affirmed and analyzed this fake record and therefore did not even consider the actual conviction by Langer. That was the point. The federal court denied the habeas corpus even though I showed this to them as well I was held without charges, was almost murdered, was tortured and didn't commit willful acts or actual crime. The Federal Court sent the fake record up to the Court of Appeals and I notified them of the fake record and they will now send a copy

up to the US Supreme Court as I filed an entitled petition for certiorari.
This is fraudulent concealment to say the least, all of it even trying to murder me, Nancy Salamone, Ryan Day and Ryan Dawson hoped and knew I would likely die. They intended such, for the news and their salary. It is attempted murder and torture and the news and Ballard Spahr knew of it all this was their hopes as well, it is accessory of attempted murder, not to mention if they did succeed, I would only hope they don't cut my body into pieces like they did Randall Shubert's for fraud.

I arrived at CDOC again for the same bike accident and was refused insulin due to all the misconduct and denials prior and I wound up falling over and getting nine stitches in my face and cracking my skull due to CDOC calling me crazy for demanding I was a Type One Juvenile Diabetic, they tried to treat it with suboxone instead of insulin and I have never used opiates.

I had to learn how to file lawsuits. I filed lawsuits against the CDOC and Boulder County Jail in emergency need for insulin. It didn't work they still to this day will not let me have my medical information, all falsified see below for one out of numerous examples;

MAR-2nd-2023

I am prescribed 2 injections of insulin at 4:00AM and at 10PM daily. Medical staff forgot the 10 PM dose, I asked Dep Kennedy every 30min to alert medical, he refused, at 12:20AM the medical staff arrived, gave me a dose and filled in the chart as if I recieved it the previous night, please correct records.

☐ CHECK THIS BOX IF YOU ARE CONTINUING ON ANOTHER PAGE//MARQUE LA CAJA SI CONTINUA EN OTRA PAGINA

| PLEASE SIGN HERE//FAVOR DE FIRMAR AQUI: | RECEIVED BY: ( OFC. NAME & #) | DATE: | TIME: |
|---|---|---|---|
| [signature] | | | |

**2** PART 2 IS ONLY FILLED OUT BY THE RECEIVING STAFF MEMBER.
PART 2 SE COMPLETA POR UN MIEMBRO DEL PERSONAL.

DELIVER TO : (SPECIFIC PERSON) ____________

| | | |
|---|---|---|
| | | ☐ ALTERNATIVE SENTENCING |
| ☐ JAIL DIVISION CHIEF | ☐ HEALTH SERVICES | ☐ PROGRAM SUPPORT/SERVICES |
| ☐ JAIL SUPERVISOR | ☐ MODULE OFFICER | ☐ PUBLIC DEFENDER |
| ☐ CLASSIFICATION | ☐ NOTARY | ☐ RECEPTION |
| ☐ LIBRARY | ☐ EDUCATION | ☐ CHAPLAIN |

RESPONSE TO REQUEST: Mr. Hoid the sergeants and I just looked at the camera and we do not see the nurse come back. She only came at your scheduled time. ← error em

* Met with Mr. Hoid on 3/7/23 *

☐ CHECK THIS BOX IF YOU ARE CONTINUING ON ANOTHER PAGE.

SIGNATURE: 11021 EM

DATE: 3/9/23

uchealth

UCHealth Family Medicine Center - Fort Collins
1025 Pennock Pl
Fort Collins CO 80524-3257
O: 970-495-8800
F: 970-495-8820

uchealth.org

February 11, 2025

Re: **Edward H Hoid** (DOB: 3/19/1984)

To Whom It May Concern:

I am the primary care doctor for Mr. Edward Hoid. He has been under my care since October of 2024 and during this time I have treated him for the sequelae of head wounds and head trauma as well as very poorly-controlled type I diabetes mellitis. Per his report, his type I diabetes was not treated appropriately while he was incarcerated. Certainly from my perspective his type I diabetes has not been under control for the past 3-6 months. Type I DM is insulin-dependent diabetes, and always requires treatment with insulin. Any time Mr. Hoid was not treated with insulin would be sub-therapeutic treatment.

Additionally, Mr. Hoid has a clear record of avascular necrosis of the hip. While this occurred prior to my caring of Mr. Hoid, he does have mobility issues now secondary to this medical condition that impact his day-to-day life and this could be related to prior undiagnosed avascular necrosis.

Mr. Hoid does have scarring across his face as well as history of trauma and current mental health struggles likely related to his significant head and brain injury he has sustained in the past.

While I have been unable to verify with outside sources the reasons for these wounds, I have no reason to doubt Mr. Hoid's explanations of the injuries he has experienced and his story has always been consistent. As previously noted, any time Mr. Hoid was not receiving insulin for his type I diabetes he was untreated.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

L McV, MD

Electronically signed by:
Lauren McVeigh, MD
Dept: 970-495-8800
2/11/2025, 9:38 PM

| Edward H Hoid | DOB: 3/19/1984 | 1 of 1 |
|---|---|---|

The jail and prison staff began to conceal them refusing the substance I need as much as air to live.

I filed several lawsuits in the federal court against the news, all handwritten while I was in prison again for

the news and while the state and staff attempted murder for the news and latter disgraceful officials who participated. Lewis Babcock summarily dismissed them all. Lewis Babcock and Richard Gurley are the judges who entered and sent the fake state record on the federal record and to the tenth circuit so they can send it to the Supreme Court.

I filed state lawsuits against FOX-31, CBS-4 and all the other news defendants.
For FOX-31 News, Ballard Spahr and Kennison lay represented FOX-31

Satur said because of the location of the incident, witnesses are critical in the investigation. Based on what witnesses have already reported, police do not know what happened before the assault and robbery.

"It's unusual for Longmont," Satur said about the crime. "We generally do not have random assaults in our community ... This is a safe town."

While police do not know what happened, Satur said they are "going on the worst case scenario."

Satur said it was too early to determine whether murder charges would be filed, noting police would have to prove intent.

I do need to point this out the police did not supply FOX News with the information accusing me of beating Randall to death, above displays that the police didn't know anything and there were no witnesses, because nothing ever happened except a fall that the defendants made fatal.

I timely filed lawsuits against news defendants while incapacitated, in life threatening circumstances and while being maliciously prosecuted because of the news offenses and for concealment purposes. My family and I were fighting for our lives and freedoms against the entire public, news companies, vigilantes, lawless police and the government. We have no

clearance to correct the fraudulent records, reports and legal, public records, the defendants are breaching public trust. I hand wrote complaints and pleadings, all dismissed as frivolous. I could not obtain the offenses being concealed. My step-father and I diligently secured more and more proof and exhibits of offenses.

I filed numerous, meritorious lawsuits because I was being held and denied insulin continually until it caused catastrophe again, seeking justice and relief for my family and I. The disgusting, inciting speech and defamatory offenses are still published online and no counter statements have been published. My kids were deliberately and shamefully convinced I was going to die in prison for beating a 71-year-old to death for a bike.

My family and I were able to find proof of news offenses within police reports because the police asked my step-dad and other family if they had seen the news broadcasts on specific dates.

Ballard Spahr is representing all news defendants. Ashley Kissinger, Kennison Lay and Sherri Clark have filed declarations under penalty of perjury, declaring that FOX-31 News only published three articles, no video, and nothing that could be construed as accusations of murder. These lawyers composed the declarations, thinking that the additional offenses had been effectively concealed with no trace, my step-father and I obtained the offenses from criminal discovery and tracked down multiple other offenses. These lawyers knew the offenses occurred and their offenses, fraudulent concealment, are deliberate. They too observed a medical case presided over by Phillip Brimmer these lawyers were trying to effectively kill me.

FOX-31 News broadcast numerous videos reporting in view of the public on multiple days, that “unknown number of assailants jumped, robbed and beat Randall Shubert”, another, “Longmont Police say Edward Hoid beat a 71-year-old to death for a bike, Hoid lived in Lyons (my family did not me), Hoid is considered armed and dangerous…”, then, “Randall Shubert was knocked off of his bike, robbed, assaulted and died as a result of injuries during the

attack", They also published in writing and several additional days and varying stories. Police later copied the story and fraudulently added that report onto public records, hoping to supply the news defendant an effective fraudulent defense later on.

2023CV558 Declaration of FOX-31

"November 27 Article," and together with the November 19 Article and the November 21 Article, the "Articles"). That report explicitly attributed information about Hoid's arrest to "documents from the Longmont Police Department" and specifically stated that "Hoid has not been charged in Schubert's death." *Id.* at 1. This was the last Article FOX-31 published concerning Hoid. *See* Grandy Decl. ¶ 6.

Following his arrest, Hoid was charged and convicted of multiple crimes. *See* Case Nos. 2020CR002137 (Colo. Dist. Ct., Boulder Cnty.) and 2020CR002138 (Colo. Dist. Ct., Boulder Cnty.). Earlier this year, Hoid was sentenced to seven years in prison for these convictions, and he is currently incarcerated. *See* Declaration of Ashley Kissinger ("Kissinger Decl."), Ex. A (attaching the two Sentence Orders against Hoid). He has not been charged with any crime in

During a hearing my stepfather presented the following statement and police report taken by police on Nov 18th,

20-8649 Supplement No 0007

**Longmont Police Department**

**Narrative**

I heard Chelsea had called regarding suspect identification of Edward, so I called her and she said the following: She saw the photos online on one of the news station websites regarding the 71 year old man. There were three photos; one with sunglasses and mask showing his nose and eyes leaning over a counter in a Walmart, one of his body, one of his face. The one where he was leaning over the counter his hands are distinct. He had a wrist tattoo but the jacket covered it. It was "clear as day" it was her brother, "Edward Herbert Hoid," DOB 03/19/84.

I called Edward's step-father WITNESS-Jerry Matsuoka (Jerry) and he said he last saw Edward many weeks ago prior to November.

He had seen the bike path suspect photos on KDVR. It did appear to be Edward but he was not 100% convinced because the suspect appeared to have bushier eyebrows, a little more flare to the nose, and was better dressed than Edward was usually dressed when he was homeless. Edward does have a tattoo on his wrist, [redacted]

Then played a video broadcast by Fox-31 News on Nov. 19th accusing me of beating a 71-year-old to death. We were able to obtain several other publications that Ashley Kissinger, Kennison Lay and Sherri Clark committed perjury and filed fraudulent documents on record and declared that the news defendants did not publish and did not accuse me of murder. My family and I achieved, proving that the declarations were fraudulent and that numerous offenses are being fraudulently concealed by CBS-4 News, FOX-31 News, NBC-9 News, The Longmont Times-Call, ABC-7 News, The Denver Post and all other news defendants in the caption.

During the hearing with The Denver Post, this declaration declared that The Denver Post only published one short article on November 28th and nothing that could be construed as accusing me of murder. Below is that Nov 28th article and followed by my sister reporting to police about a November 19th article published by the Denver Post, my step father presented a November 18th article published by the Denver Post which was found in a criminal discovery.

EDWARD HOID

v.

**Defendants:**
**THE DENVER POST; MAC TULLY**

*Attorneys for Defendants:*
Ashley I. Kissinger, #37739
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202
Telephone: (303) 376-2407
Email: kissingera@ballardspahr.com

Kennison Lay (*pro hac vice* forthcoming)
BALLARD SPAHR LLP
1 E. Washington St., Suite 2300
Phoenix, AZ 85004
Telephone: (602) 798-5573
Email: layk@ballardspahr.com

▲ COURT USE ONLY ▲

Case Number: 23CV577
Courtroom: 215

**DECLARATION OF ASHLEY KISSINGER IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO DISMISS THE COMPLAINT**

I, Ashley Kissinger, depose and state as follows:

1. I am over the age of eighteen years old, and I have personal knowledge of the facts set forth in this Declaration.

2. I am a licensed attorney practicing out of the Ballard Spahr LLP offices in Colorado. I am licensed to practice law in Colorado, as well as in the states of California, New York, and Texas, and in the District of Columbia. I represent Defendants DP Media Network LLC, publisher of *The Denver Post* ("The Denver Post"), and Mac Tully, former President and CEO of The Denver Post, in the above-captioned matter.

Denver Post Declaration

NewsRoom

11/28/20 Denv. Post 6A
2020 WLNR 34216833

Denver Post (CO)
Copyright (c) 2020 The Denver Post Corp.

November 28, 2020

Section: ASECTION

Local Briefs

Man arrested in KILLING of 71-year-old

LONGMONT Police early Friday arrested a man identified as a person of interest in the death of 71-year-old Randall Schubert, who was assaulted and robbed Nov. 5.

Edward Herbert Hoid, 36, was arrested about 1 a.m. Friday after officers were dispatched to The Village at the Peaks, 1250 South Hover St., on reports of a man, later determined to be Hoid, throwing rocks at businesses. Numerous businesses and vehicles in the area were broken into, according to the arrest affidavit.

Hoid ran from officers but complied with the arrest when officers told him to stop, the affidavit states.

**Longmont Police Department**

**Narrative**

On Thursday 111920 I received a voicemail from Barton saying he saw the Voice of Longmont and has a positive identification.

I went to Mida:
and he said th
hundreds of tir
truck so they v
with a yellow h
man sitting at
person. He sa

The bicycle wa
bicycle I was k
outside but he
and uploaded

I received a ca
regarding the
came into her
a similar mask
unrelated thing

WITNESS-Candace Nakamoto (Candace) called and told me the following: She saw the Denver Post news about case 20-8649. The photos were her brother, "Eddie Hoid."

Similar activities took place involving the other news defendants.

Eric Elliff was presented with irrefutable proof of fraudulently concealed news offense. The defense insisted that the news defendant was accurately reporting information supplied by police. Erik Elliff dismissed the claims and reported that “Randall Shubert was knocked off of his bike, robbed, assaulted and died as a result”, this was applied to both CBS-4 and Denver Post cases. Erik Elliff fraudulently conceals the defendant’s offenses, violates equal protection laws and falsified legal record at the same time and is hindering free speech involving issues of public interest and concern. Offenses incited by the news defense and defendants.

Mark Bailey dismissed the FOX-31 case, claiming that the claims stem from the robbing of Randall Shubert and reported that the defendant accurately reports information supplied by the police.

Dea Lindsey was presented with similar activities and offense. Dea Lindsey reportedly examined the criminal discovery 20CR002138, she is a Boulder County District Court Judge, she reported that after examining the factual record and criminal discovery, that Randall Shubert suffered a head injury during a fall and died as a result weeks later in the hospital, but dismissed for statute of limitations, it is undeniable that fraudulent concealment and exceptional circumstances while judicial actors are unlawfully participating in egregious offenses in order to conceal and evade accountability and in order to accommodate the news offenses, also activities aimed at taking my family and I out, prevented sooner participation, I hand wrote every pleading and had no proof, I did actually file timely in the wrong court anyway. Never the less multiple district courts reported completely contradicting statements pressed against a preserved criminal discovery, so multiple district courts have issued contradicting opinions and reported contradicting statements involving the same incident.

The news defendant's defense attorneys made an appearance during proceedings involving injuries caused when I was refused insulin, had I not made the appearance the news lawyers would likely have intervened in a medical claims case and incited offense there. They observed the hearing. Similarly, those lawyers were allowed to attend hearings, while I was held in prison for news offense, the District Court did allow for administrative closure due to acknowledged extraordinary circumstances hindering participation, in case 1:23-cv-00462. When the news defense attorneys were afforded conferrals without my knowledge and presence during case 1:24-cv-01127 the district court issued a different opinion about the circumstances, in order to accommodate fraudulent concealment and evasion for the news defendants, needless to say the news defendants have been afforded enough of a sporting chance to do whatever they want and harm whomever they want, which happens to be the young future generation in this case, so long as they are not Hispanic, and incite the people and courts to lawless violent offense for profit and control. My family and I are very competent and are very capable, so are our

children, their contributions and futures have been robbed from them and the people. With compensation, to counter the disgraceful damages, who knows what good we will do in place of the defilement and destruction, the fact that the unlawful officials could be replaced with good public servants, demonstrates indifference and deliberate acts.

The District Courts are asserting that the news defendants accurately reported information provided by Longmont Police. So do the news defendants and their lawyers. A very thorough examination of all police activities and the content of press releases turn up no trace of the police supplying information such as Randall Shubert being beaten to death, knocked off of his bike, robbed, assaulted and killed.

The Courts assert that the police supplied this information and since it is untraceable and nowhere to be found on public records during the time of news activities, the court is asserting that the offenses are being concealed by the police, so this action brings all parties and offenses under attack, and should put a stop to the back and forth lying and additions of offenses. If the police declare that they did not supply the accusations of deadly beating and other statements reported by news defendants, and they cannot and will not admit that they did because they did not supply the information, but the district court's assert they did and the news defense even filed declarations under oath asserting such, this is a well-founded action with substantial public significance. The U.S. Courts exist for the public and because of the public.

This information will compose a petition for writ of certiorari review involving lawless judicial misconduct, contradicting court opinion and free speech.

The Colorado Court of Appeals has done the same reporting a homicide investigation triggered the news to commit what would be unlawful offense regardless of whether or not police told them that I beat a 71-year-old to death, all have attempted to deter me and coerce me to stop litigating with threats that they will enforce me reimbursing the fraudulent news defense lawyers.

All this incited partiality and it was impossible to retain counsel, due to fraudulent records and publicity, also law enforcement and courts falsifying documents on public records. Deliberately, the courts, police and news defendants hindered me from obtaining counsel needed in order to obtain relief from known to be egregious civil rights violations. Unlawful acts and violations of the constitution incited by all defendants, while the defendants are afforded counsel at the people's expense, and while courts are corrupted at the people's expense. Equal protection violations exist further, in the form of me being a protected class by the ADA, I am not and have never enjoyed that privilege or protection, yet fraudulently the defendants are protected by fraudulently claiming first amendment rights, they are not entitled anyway defamatory speech broadcast that states false factual accusations and incites crimes and violence is not lawful or protected, and I am at the same time not enjoying lawful protection against deliberate medical indifference and discrimination, among several other rights the law has been misused to hinder and deprive me of the protections and privilege.

I am in critical condition and disabled anyway, the threats are ineffective, I am not afraid and I will get justice, by any means, I am obligated to my children and my Country to pursue the Federal and other officers to no ends.

The dangers and imminent threat are still held over my children, my family and myself, enter Edward Hoid into a google search. The people are still deprived of factual public records and are deprived of free thinking and speech. The American People are entitled to prosecute these matters with due prejudice and intolerance, many of the public have prepared affidavits and witness testimonies, the endorsed witness list offers affidavits from numerous citizens who were affected and who demand public notice and the people be allowed freedom of information, and protection from these offenses and lawless actors, and our due process. The witnesses may choose to participate in this action as co-plaintiffs later on. Public, legal records are inaccurate and fraudulent as a result of this situation and that is unlawful and news defendants intentionally

incited the unlawful acts, so did all the defendants in the caption, meanwhile the US District Courts abroad are enacting these practices and News driven policies.

The Court is compelled and obligated to report the criminal activities of the police, courts, lawyers and state actors for criminal proceedings to the U.S. Department of Justice and recommend certiorari review of this case, in accordance with the Constitution and equal protection of law, since the US Supreme Court does review issues of free speech and contradicting district court opinion involve the same incidents with precedence, that also because of the fact that I am not allowed to report the crimes committed to the perpetrators.

The endorsed witnesses offer affidavits and are the public, I make this a class action with intentions of affording the public an opportunity to participate and amend additional claims into this action.

I do invoke equitable estoppel, preventing fraudulent defenses and further falsification of legal and federal documents and records, and the first amendment does not protect defamatory speech and law limits speech that incites violence and crime. There is no definite statute of limitations governing incitement and all the elements of the offense are present, and very visible in what is supplied in this pleading, future pleadings and massive amounts of proof and material are now available, though I was held in Maximum Security Prison for years to prevent the discovery of that material and Courts will not allow me to discover the rest through subpoenas.

On several occasions I have communicated with Google, Google continues to publish images of me and heinous news articles accusing me of beating Randall Shubert to death. This is not protected speech, the publications are not an issue of public interest, the publications do not result from information supplied by law enforcement. Google refuses to remove the content, this becomes a continually inflicted injury. I published counter speech on the public forums; Google removed the speech and is censoring. This also incites lawless acts against me currently and on a national scale.

After I was charged for a count of identity theft, I was convicted in an unlawful manner that produced a fraudulent defense for the news defendants. I attempted to appeal the conviction, but the Court of Appeals would not allow me that due process and they falsified the record and allowed a different Court than the one who convicted me to respond and falsify the record for purposes of the fraudulent defenses which law enforcement and Colorado Courts aided the news defendants in manufacturing, the Attorney General's Office reported during the unlawful proceedings involved with the appeal, that I purchased items and sold them for cash, at the same time the Attorney General's Office presented a statement supplied by an ex-girlfriend who reported that I didn't sell anything. She had instructed me what to purchase with a card which a homeless stranger found and gave me while I was incapacitated. The Judicial Defendants in this case, who falsified the record also are guilty of misprision, all decisions and actions taken outside the scope of their jurisdictional duties and outside the scope of proceedings. The Judicial defendants falsified the record, and violate numerous civil rights, also the content of some of the falsified record is verbatim, defamatory statements authored by the news defendants, the falsified record and reports entered on record abroad which law enforcement falsified, is verbatim, defamatory statements authored by the news defendants. The Judicial defendants' opinions were published, and so they participate in publishing, verbatim false accusations of murder and violent crime, and the news defendants' defamatory offense is now published again, worldwide on the internet.

A case was removed to the Federal Court against KKTV-11. The CDOC realized they had to let me go or I would die and this was disappointing to Ballard Spahr and the Federal Judge Phillip Brimmer. I filed lawsuit desperately seeking insulin case 1:23-cv-00616, and it is no wonder why they all refuse that relief, they hoped I would die.

Ballard Spahr conferred with Phillip Brimmer twice ex parte, Brimmer Chose or was bribed by the News defendants and Ballard Spahr, like all the other parties to publish the following, which he published on the Federal Record and the internet in order to maintain incited attempts against my life for the benefit of the

news;

**Chief Judge Philip A. Brimmer**

Civil Action No. 24-cv-01127-PAB-CYC

EDWARD HOID,

Plaintiff,

v.

GRAY MEDIA GROUP, INC., d/b/a CBS KKTV 11,

Defendant.

---

**ORDER**

---

The matter before the Court is the Recommendation of Chief United States Magistrate Judge [Docket No. 64].

**I. BACKGROUND**

On February 29, 2024, Mr. Hoid filed this case in state court. Docket No. 4. Mr. Hoid brings two claims against defendant Gray Media Group, Inc. ("Gray Media") for defamation based on Gray Media's news coverage surrounding an assault and robbery which Mr. Hoid disclaims having participated in. *Id.* at 2–10. On April 23, 2024, Gray Media removed the case to federal court. Docket No. 1. On April 30, 2024, Gray Media filed a motion to dismiss Mr. Hoid's complaint pursuant to Colo. Rev. Stat. § 13-20-

Phillip Brimmer reported the same cover up material as the Schuberts, the police and all the news defendants did while they mutilated the corpse and for fraudulent purposes for the news, he reports that Randall Shubert was assaulted and robbed and that I disclaim participating and this suggests the same story that Randall was jumped and robbed and died over it, it was known to be false and Brimmer wanted the public and law to continue to try to kill me for the news.

The habeas corpus action took place at the same time and when Richard Gurley analyzed the fake record, he also had to analyze the evidence and facts, and he was forced to publish the truth, which is completely contrary and is associated to a non-civil matter the criminal discovery and hard evidence see below;

# I. FACTUAL AND PROCEDURAL BACKGROUND

Mr. Hoid, who currently is on parole, is challenging the validity of his conviction and sentence in Boulder County District Court case number 20CR2138. "In January 2021, the People charged Hoid with identity theft, first degree trespass, felony menacing, misdemeanor theft, and criminal mischief." (ECF No. 19-5 at p.2.) The charges stemmed from a series of incidents in Longmont, Colorado, in November 2020. On November 5, 2020, Randall Schubert crashed while riding his bicycle on a bike path and fractured his skull.[2] According to the Presentence Investigation Report, Mr. Hoid

Despite all the efforts and lying police and news and judges who just tried to murder me and who falsely imprisoned me for three successive terms for a bike accident I know nothing about, Gurley had a hard task and regardless the findings through hard proof and evidence is that Randall Shubert crashed his bike. Phillip Brimmer clearly took an incentive and intended to incite the public further. When I was released, I was thrown out in the gutter, with nothing and a thousand people have accused me of rape and murder since and because Phillip Brimmers crime was published online and supports the news publications still published online. I had to cut toes off while traveling to the one small business who I thought would not investigate, well they did and they too tried to kill me and filed false accusations exactly similar to the Schuberts, this time however I was ready and filed lawsuits against the Larimer County and Loveland Police as well the public participants, the entire situation was repeated and hospitalized me and because of Brimmer. Regardless he concealed and incited the public with the same exact offenses as before and they tried to kill me again or put me in prison again, in Jan. 2026, see case 1:26-cv-00313-RTG.

I managed to get back into college full time. I am excelling and enrolled in advanced classes in Longmont Colorado.

My instructor was familiar with the news which saturated that very community. The instructor forced me to drop my class, I enrolled in the fall, he pulled me aside twice accusing I am a celebrity and then noticed I am disabled and he reported to me on the second class when he pulled me aside that he would not teach slow for me and the industry doesn't want me. I dropped the fall class and registered for it again in the spring, March 2026 semester. The instructor Steven Mai saw my name on the roster and had the advisor

text me and demand I drop out of college.

My other classes are taught outside of Longmont.

The advisor claimed I am not in the MAC program; see below I get A grades in MAC classes and did so even as this particular instructor forced me to drop my class because of the Longmont Police and the news in Longmont.

**NSTITUTION CREDIT** -Top-

***Term: Fall 2025***

| | |
|---|---|
| **Academic Standing:** | Good Standing |
| **Last Academic Standing:** | Good Standing |

| Subject | Course | Level | Title | Grade | Cre |
|---|---|---|---|---|---|
| CHE | 1011 | | ...to Chemistry I/Lab: SC1 | | |
| MAC | 1002 | UG | Print Reading for Machinists | A | |
| MAT | [illegible] | | ...lgebra: MA1 | C | |

See the fall MAC class I got an A. I was taking Steven Mai's MAC class at the same time I'm in the program. He kicked me out for the news and disability. I passed College Algebra and Chemistry; I never attended class or did any homework so I was docked for those points but I get A grades on proctored exams through memory. I also did this for Trigonometry and calculus at another institution. I was going to challenge an ACT/SAT and place more suitably I kept my brain active by memorizing math and chemistry text books. I never attend class or participate but I make up for it on proctored exams alone.

4:37 5G 59

mycourses.cccs.edu 49

EH

# Grades

## Final Calculated Grade

**Weight Achieved**

26.68 / 30

**Grade**

88.94 %

| eight Achieved | Grade | Comments and |
|---|---|---|
| 8.12 / 10 | 81.22 % | |
| | 87.68 % | |
| | 100 % | |

4:37 5G 59

mycourses.cccs.edu 49

| | | |
|---|---|---|
| 6.2 Section Quiz | - / 5 | |
| 6.1 Section Quiz | 5 / 5 | 2.86 / 2 |
| 6.3 Section Quiz | - / 5 | - |
| 6.4 Section Quiz | 4.8 / 5 | 2.74 / 2 |
| 6.5 Section Quiz | 5 / 5 | 2.86 / 2 |
| 6.6 Section Quiz | 5 / 5 | 2.86 / 2 |
| 7.2 Section Quiz | 4.2 / 5 | 2.4 / 2 |
| 7.5 Section Quiz | - / 5 | - |
| 7.4 Section Quiz | - / 5 | - |

4:37 5G 59

mycourses.cccs.edu 49

| | |
|---|---|
| - / - | -% |
| 2.86 / 2.86 | 100 % |
| - / - | -% |
| 2.74 / 2.86 | 96 % |
| 2.86 / 2.86 | 100 % |
| 2.86 / 2.86 | 100 % |
| 2.4 / 2.86 | 84 % |
| - / - | -% |
| - / - | -% |




This does go back to Charles Musgrave and that invite in 2020, and demonstrates all I want to do is go to school and work, I don’t want disability and I don’t want puberty blockers.


6:00
5G
31
Course Descriptions
Course Descriptions
Academic Intent
You confirmed your academic intent on 3/17/2026.
CATALOG YEAR
Fall 2026
CURRENT DEGREE/CERTIFICATE
Associate of Science
PROGRAM
Associate of Science
Yes, my academic intent is correct.
CONFIRM

They removed my major, my second one the MAC one and texted me this,

4:16 5G 48

(573) 538-3537

It will take me a few hours it wont let me into my email

No worries, I will copy it here, may take a few messages: I am following up about your enrollment in MAC 2040, which begins on March 23. You are currently registered for the course, but I am not seeing that you are officially admitted into one of the MAC certificate or degree programs.

When you took this course last semester, we talked about the requirement that students must be formally admitted into a MAC program and follow the designated course sequence in order to take MAC 2040. Because of this requirement, you will need to drop the course.

Please log in to your student portal and drop MAC 2040 as soon as you can so you can avoid any academic or financial impact.

If you are still interested in pursuing a

Text message

I never spoke to this person, Irene. I texted this in reply and I don't know why they texted me instead of waiting for day one class, they threatened financial and academic consequences.


4:17
5G 47
(573) 538-3537
Saturday • 11:30 AM
That makes no sense to me i will not drop the course i paid for it and so unless you are going to reimburse me personally, nust send me the text book information and allow me to take mac 2040 unharrassed
I dont want your cert
I just want to take mac 2040 and wantvto get the book is that an issue you want me to sue you for and get you fired over?
Frcc policy doesnt grant you grounds to kick me out of a xlass i paid for to frcc.
Send me the book info and dont think you can disallow me taking this course again, I will sue you and i get subsidized by the dvr i am disabled and by reason of qualifying disability do you have a problem?
you have a problem?
Text message

I refused to drop out of college because of the news. So, because I refused to drop out, these people contacted Ken Lee. Ken Lee chose to enter the following restraint; I texted about 15 shorter texts after this because I got no response I simply stated I will not drop out of my college class and I reported it was the news.

Edward (Eddie) Hoid
Sent electronically to ehoid2@student.cccs.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2025151401

Eddie:

I have concluded my investigation of the alleged Student Code of Conduct violation specified in the incident report filed on March 14, 2026 in which you allegedly sent excessive and inappropriate virtual communication to an FRCC staff member. Since you did not attend your scheduled student conduct hearing appointment, a decision was rendered in your absence based on the information available. You are alleged to have violated the following Code of Conduct policies:

- **Bullying/Non-Physical Abuse**
- **Disruptive Behavior**

After reviewing all information related to this issue, including information provided by you, I have made the following finding(s) related to the charge(s) outlined above:

1. Bullying/Non-Physical Abuse -- **Responsible**
2. Disruptive Behavior -- **Responsible**

In determining the appropriate sanction, I've considered the likelihood that such an action has occurred before or will occur again, if a student understands the seriousness of the behavior, and whether a student accepts responsibility for their behavior. Therefore, after careful consideration, I am levying the following sanction(s):

**You are on disciplinary probation effective March 20, 2026 through May 31, 2027.**

It only restrains me for this class duration and only at this class location, and I was not bullying or being disruptive I am trying to live a grown up life and go to college, I already got A grades in other MAC classes I was in the program and declared it my dual major. It reports that I am disruptive for me contesting my rights violated and me refusing to drop out of college which is the DVR sponsoring my prospect to not be on disability, Ken Lee does feel entitled to antidiscrimination laws Polis enacted, however the ADA protects me from discrimination at this Federally funded educational institution.

I informed the school president and all the admissions staff they all laughed about and heckled over me so I didn't go to their meeting. I will not be harassed for the news at college. I am filing the claims against

FRCC here. I got an opportunity to contact the Longmont Police finally and I reported my texts that are not inappropriate per Longmont Police and I made sure I told them they caused this when they mutilated the corpse and the news caused it. I am a human being trying to live my life and go to school, Brimmer did also incite this as his publication is viewable online with the news publications still.

The latest attempts on my life also involved Bret Heidkamp contesting me challenging ACT/SAT and perhaps moving onto advanced science and math classes from my memory.

Here at the College, I sent the following email to the president and one would note from the image above that I had a dual major declaration, I was enrolled in the cnc AAS certificate/degree program.

E **Edward Hoid** <edward.h.hoid@gmail.com> Tue, Mar 17, 9:54 PM (13 days ago
to FRCC.President, Amber

I am a student getting an A in Trigonometry and it is the only class I am being allowed access to of the classes I have had the DVR pay for.

I am Autistic savant, I am untreated Type One Juvenile Diabetic for 40 years. I have prosthetics, a blind eye, no thyroid to list a few.

years ago the news, every single outlet in America published untrue accusations that I was black and that I beat a senior citizen to death and I am white and there were no events. I was nearly murdered
charges for years in order to prevent me from discovering the news offenses, I am currently prosecuting the matters in the US Supreme Court and 12 Venues as well 3 Circuits of the Federal Courts. I di
released and I have no charges and for obvious reasons. The news was extremely extensive and it involved Longmont CO in particular,the public became vigilant and attacked and abused my entire fan

I survived. I worked hard to establish my prosecutions, while working full time at one job that is too small to research the internet. The publications currently are not the same ones as before, the current
robbed and killed some guy that didn't exist.

while working full time and attending 80 hospital visits last year, and my daughters are black, well half, I don't want to burden you with graphic details, every day since, public are afraid of me and I can ba
my student loans all discharged from the past and I enrolled full time at FRCC, I passed all my classes last semester. I enrolled in a cnc class and am enrolled in a cert program for cnc, I got an A in my c
semester, the cnc classes are taught in Longmont. I was hoping not to be bothered over the news.

Steven Mai is the instructor, I registered and started the Mac 2040 course in Longmont. Mai would not tell me the book I needed on the first day of class last semester, on the first day, he pulled me aside
looking at me very strangely when I walked in class on day one, when he pulled me aside he asked what my intentions are, I told him that I operate cnc machines currently and that I wanted to take the m
2040 for my job. I advised him that the DVR is funding my classes and Mac 2040. Mai stated, "so you're disabled too", I told him, yes I just don't need accommodations if I needed anything it would be to
would be on my time, he then stated well what do you expect me to go slow or something, I said no. I then went to get the book and on the second day of class and after some work the instructor would
students, Mai mentioned I am a celebrity, the second day of class and the second time I was pulled aside. I knew exactly what this meant and he appeared to have researched my online profile. I becam
home and emailed him saying I am behind because of not having the book and told him I was going to simply register in the spring he said it was a good idea.

I did exactly that, and I have those emails. So when the spring class is now getting ready to start, Mai saw my name on the roster. Mai contacted their advisor Irene, whom I had never spoken to or met.
me I am not in their program and then urged me to drop the class again, and in order to avoid consequences. Then Irene stated that I could talk to her about another pathway and I will post those conver
detailing how I must drop out of my class which is a component of my Social Security Disability prospect to return to work and training.

I text smaller and more numerous texts, especially when my illnesses are agitated and with such sensitive subject matter like the news events. I will not burden you with details of the violence and sufferi
against my entire family and my kids. I don't ever want to discuss this with anyone again, my family is destroyed and battered badly, so am I.

Ken Lee falsely reports about me, and follows the same pattern as all my other defendants. Ken Lee will be included in this case.

That case is 1:26-cv-00313-RTG and was incited by Brimmer and the news, the defendants in that case did enter the news offenses and their own fraudulent handwritten civil petitions accusing me of rape and murder

and also point to the news offenses online to the CDLE and in order to defraud unemployment and evade taxes.

Now Richard Gurley is presiding in that case, I am split about Gurley, I believe he has honor and it is evident in that he is the only official to not lie for the news. I believe he may have been deceived by a fake record. I don't know for certain and I don't really care, while the others are trying to kill and incite my murdering. The Longmont report number is, cad# 26-17579 involving the college, Officer McNulty took the call and seemed satisfied that the incitement sabotaged this college and disability prospect. The college sabotaged my prospect and DVR subsidization. I will finish my other classes there and it needs to change.

I am not trespassed by police obviously I will file state claims against Lee, Mai and Irene. I will file the federal claims of fraud and discrimination against FRCC for the supervision and enforcement of incitement and discrimination towards disabilities, and the sabotaging of my DVR and SSA prospects and subsidies.

Now Phillip Brimmer refuses to recuse himself from my case involving the willful acts to deprive me of insulin until death. I raise Bivens claims against Brimmer.

I have called the FBI Denver Field Office and reported Brimmers offenses and the mutilation, incitement and all else and they, because of what Brimmer published, tell me that it sounds like a crime happened and I was accused and that it is a civil matter when news, police and public attempt to murder me constantly so I raise claims against the Denver Field Office for the FBI now. I supplied documentation. The FBI field office in Denver is also ignoring massive fraud by law against American Tax Payers and the sanctuary practices killed countless Americans. I will file claims against the CDLE in a separate filing and case in coming weeks, I have reported to my DVR case manager all this, and the CDLE it will involve how disability benefits are provided to thousands of undocumented and non-disabled persons through the DVR and while employers seek to only hire undocumented persons in order to avoid unemployment and taxes as well insurance, while citizens are defamed in order to avoid unemployment and taxes like you can see in my case. It is widespread too.
Every Longmont Police officer participated in the offenses, every single one and there are too many to list here but I will in the claims. All the state district judges and Colorado court of appeals ridiculed my family having suffered and then attempted to impose mandates to deter me that I reimburse the news for the lawsuits I filed.

# CLAIMS SECTION

## I. THE LONGMONT POLICE DEPARTMENT ENTERPRISE

**Claim 1 Asserted Against Jason Malterud, Detective, Longmont Police Department, in his Individual and Official Capacities: Attempted Murder and Falsification of Evidence [42 U.S.C. § 1983 / 18 U.S.C. § 1519]**

Defendant Malterud colluded and forged a secondary, contradictory police report to transition a forensic “medical fall” into a “robbery and assault” narrative to match news fiction, providing the legal pretext to deny the Plaintiff insulin.

-------------------------------------------------------------------------------

**Claim 2 Asserted Against Jason Malterud, Detective, Longmont Police Department, in his Individual and Official Capacities: Fraud and Obstruction of Justice [18 U.S.C. § 1512 / 42 U.S.C. § 1983]**

Defendant Malterud intentionally suppressed original 911 dispatch logs identifying the incident as a medical event to provide a false premise for media incitement.

-------------------------------------------------------------------------------

**Claim 3 Asserted Against Jason Malterud, Detective, Longmont Police Department, in his Individual and Official Capacities: Conspiracy to Defraud and Deprive Civil Rights [42 U.S.C. § 1985 / 18 U.S.C. § 241]**

Defendant Malterud reached a meeting of the minds with News Defendants to "leak" false homicide details, facilitating the Plaintiff's extrajudicial "social execution."

-------------------------------------------------------------------------------

**<u>Claim 4</u> Asserted Against Jeff Satur, Deputy Chief, Longmont Police Department, in his Individual and Official Capacities: Supervisory Liability and Ratification of Forgery [42 U.S.C. § 1983 / 18 U.S.C. § 1512]**

Defendant Satur personally ratified the unconstitutional conduct of Jason Malterud, establishing a department policy where news fiction was prioritized over forensic 911 truth.

---

**<u>Claim 5</u> Asserted Against Jeff Satur, Deputy Chief, Longmont Police Department, in his Individual and Official Capacities: Supervisory Liability and Failure to Intervene [42 U.S.C. § 1983 / 8th Amendment]**

Defendant Satur ordered and ratified the "robbery" narrative despite having direct access to 911 logs proving a medical accident, providing the "moving force" behind the systematic medical neglect.

---

**<u>Claim 6</u> Asserted Against Jeff Satur, Deputy Chief, Longmont Police Department, in his Individual and Official Capacities: First Amendment Retaliation [42 U.S.C. § 1983 / 1st Amendment]**

Defendant Satur utilized the department's media apparatus to brand the Plaintiff a "deadly attacker" specifically to silence the Plaintiff's previous reports of local police corruption.

---

**<u>Claim 7</u> Asserted Against Jeff Satur, Deputy Chief, Longmont Police Department, in his Individual and Official Capacities: Misprision of Felony [18 U.S.C. § 4 / 42 U.S.C. § 1983]**

Defendant Satur possessed actual knowledge of police perjury and fraudulent news broadcasts but took affirmative steps to conceal these crimes from federal authorities.

---

**<u>Claim 8</u> Asserted Against Joshua Burke, Detective, Longmont Police Department, in his Individual and Official Capacities: Participation in Torture and Misprision [18 U.S.C. § 2340A / 18 U.S.C. § 4]**

Defendant Burke affirmed news fiction while possessing body-worn camera footage proving the robbery was a fabrication, Burke visited the 7-11 on December 6th, 2020 and questioned all homeless people “have you seen saddlebags for a bike”(video available) this is due to it being known and recorded that Robert McEwen found a card on camera and it was not taken or robbed plaintiff does not know Robert McEwen except for the affidavit he supplied admitting this, intentionally facilitating the medical torture of the Plaintiff.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 9</u> Asserted Against Joshua Burke, Detective, Longmont Police Department, in his Individual and Official Capacities: First Amendment Retaliation [42 U.S.C. § 1983 / 1st Amendment]**

Defendant Burke engaged in the active removal of exculpatory evidence from the investigative record to ensure the "news fiction" remained the dominant narrative.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 10</u> Asserted Against Joshua Burke, Detective, Longmont Police Department, in his Individual and Official Capacities: Deprivation of Liberty Without Due Process [14th Amendment / 42 U.S.C. § 1983]**

Defendant Burke participated in the detention of the Plaintiff for an "imaginary homicide" while knowing no crime had been committed.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 11</u> Asserted Against Rachael Sloan-Stoggsdill, Longmont Police Department, in her Individual and Official Capacities: Fraudulent Concealment and Obstruction [18 U.S.C. § 1512 / 42 U.S.C. § 1983]**

Defendant Sloan-Stoggsdill suppressed original 911 records and refused to report the staged "criminal investigation" involving the fraudulent dissection of a body.

-------------------------------------------------------------

**<u>Claim 12</u> Asserted Against Rachael Sloan-Stoggsdill, Longmont Police Department, in her Individual and Official Capacities: Conspiracy to Defraud [42 U.S.C. § 1985 / 18 U.S.C. § 371]**

Defendant Sloan-Stoggsdill coordinated with Public Safety to label 911 dispatch audio "not for public release" to hide the hoax from the Plaintiff. She requestioned Craig Stevens long after he reported me as black, she attempted to get a different statement after reporting to Stevens that the reason she was questioning him was because I committed a deadly assault nearby, Stevens replied "I saw the news", Stevens story stayed the same except he corrected my race.

-------------------------------------------------------------

**<u>Claim 13</u> Asserted Against Rachael Sloan-Stoggsdill, Longmont Police Department, in her Individual and Official Capacities: Failure to Intervene [42 U.S.C. § 1983 / 42 U.S.C. § 1986]**

Defendant failed to report the falsification of police reports, instead choosing to facilitate the denial of medical care.

-------------------------------------------------------------

**<u>Claim 14</u> Asserted Against Zach Ardis, Public Information Officer, Longmont Police Department, in his Individual and Official Capacities: State-Created Danger and Incitement [42 U.S.C. § 1983 / 14th Amendment]**

Defendant Ardis distributed press releases accusing "three imaginary men" of robbery and murder, an affirmative act that placed the Plaintiff in the crosshairs of national news incitement.

**Claim 15 Asserted Against Zach Ardis, Public Information Officer, Longmont Police Department, in his Individual and Official Capacities: Misprision of Felony [18 U.S.C. § 4 / 42 U.S.C. § 1983]**

Ardis refused to rectify the record to conceal the systematic torture of the Plaintiff and the "lethal removal" enterprise.

**Claim 16 Asserted Against Zach Ardis, Public Information Officer, Longmont Police Department, in his Individual and Official Capacities: Conspiracy to Interfere with Civil Rights [42 U.S.C. § 1985 / 18 U.S.C. § 241]**

Ardis coordinated the suppression of 911 records to ensure the media's "robbery" narrative remained unchallenged.

-----------------------------------------------------------

**Claim 17 Asserted Against Jon High, Detective, Longmont Police Department, in his Individual and Official Capacities: Intentional Infliction of Emotional Distress [Colorado Common Law / 42 U.S.C. § 1983]**

Defendant Jon High targeted the Plaintiff's family with graphic, false details of a fabricated murder while the Plaintiff was held without insulin.

-----------------------------------------------------------

**Claim 18 Asserted Against Jon High, Detective, Longmont Police Department, in his Individual and Official Capacities: Defamation Per Se and Civil Conspiracy [42 U.S.C. § 1983 / 18 U.S.C. § 1512]**

Defendant High published false capital crime accusations and facilitated the staged autopsy, failing to report the lack of forensic necessity.

-----------------------------------------------------------

# II. THE CORRECTIONS & CDOC TORTURE ENTERPRISE

**Claim 19 Asserted Against Stanley Jerido, Parole Officer, Colorado Department of Corrections (CDOC), in his Individual and Official Capacities: Attempted Murder and 8th Amendment Torture [42 U.S.C. § 1983 / 18 U.S.C. § 1113]**

Defendant Jerido committed Attempted Murder when he withheld life-sustaining insulin and other life sustaining care from the Plaintiff, intending for the Plaintiff to die for the news benefit.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 20 Asserted Against Stanley Jerido, Parole Officer, Colorado Department of Corrections (CDOC), in his Individual and Official Capacities: Administrative Forgery and Fraud [18 U.S.C. § 1512 / 42 U.S.C. § 1983]**

Defendant Jerido reported a "high-profile homicide" in a Dec 28, 2020, hearing while admitting on the record that there were **"no formal charges."**

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 21 Asserted Against Stanley Jerido, Parole Officer, Colorado Department of Corrections (CDOC), in his Individual and Official Capacities: ADA Discrimination and Retaliation [42 U.S.C. § 12132 / 28 C.F.R. § 35.130]**

Defendant Jerido excluded the Plaintiff from medical services based on his disability and "news celebrity" status.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 22 Asserted Against Andre Stancil, Executive Director, Colorado Department of Corrections (CDOC), in his Individual and Official Capacities: Supervisory Liability and Ratification of Torture [42 U.S.C. § 1983 / 8th Amendment]**

Defendant Stancil personally ratified the custom of medical neglect and the use of forged "no charges" records to hold the Plaintiff in maximum security conditions.

---

**Claim 23 Asserted Against Andre Stancil, Executive Director, the Colorado Department of Corrections (CDOC): Institutional Monell Liability – 8th Amendment [42 U.S.C. § 1983 / 8th Amendment]**

Defendant CDOC maintained a custom of "deliberate indifference," utilizing news fiction to justify the lethal conditions that caused the Plaintiff's bone disintegration, morbidity and death.

---

**Claim 24 Asserted Against Andre Stancil, Executive Director, Colorado Department of Corrections (CDOC), in his Official Capacity: Vicarious Liability for Administrative Forgery [18 U.S.C. § 1512 / Colorado Common Law]**

As the official representative of the CDOC, Stancil is liable for the "parole forgery" committed by Stanley Jerido.

---

**Claim 25 Asserted Against Andre Stancil, Executive Director, Colorado Department of Corrections (CDOC), in his Individual Capacity: Failure to Intervene [42 U.S.C. § 1983 / 42 U.S.C. § 1986]**

Defendant Stancil had actual knowledge of the Plaintiff's physical "mutilation" but failed to intervene, facilitating the "Lethal Removal" enterprise.

---

## III. THE JUDICIAL & PROSECUTORIAL CONSPIRACY

**Claim 26 Asserted Against Ryan Day, Deputy District Attorney, 20th Judicial District, in his Individual and Official Capacities: Attempted Murder and Malicious Prosecution [42 U.S.C. § 1983 / 18 U.S.C. § 1113]**

Defendant Day maintained a prosecution predicated on a news script rather than forensic evidence, ensuring the Plaintiff was held in lethal custody.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 27 Asserted Against Michael Dougherty, District Attorney, 20th Judicial District, in his Individual and Official Capacities: Supervisory Liability and Ratification [42 U.S.C. § 1983]**

Defendant Dougherty personally ratified the fabrication of the homicide narrative by Ryan Day to shield News Defendants from liability.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 28 Asserted Against Ryan Day, Deputy District Attorney, 20th Judicial District, in his Individual and Official Capacities: Obstruction of Justice [18 U.S.C. § 1512 / 42 U.S.C. § 1983]**

Day knowingly suppressed the 911 audio and medical records to prevent the collapse of the "robbery" theory.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 29</u> Asserted Against Nancy Salamone, Magistrate/Judge, 20th Judicial District, in her Individual and Official Capacities: Fraud Upon the Court [42 U.S.C. § 1983 / 18 U.S.C. § 1341]**

Defendant Salamone abandoned judicial neutrality to act as a "co-conspirator," coercing a guilty plea for a non-existent crime.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 30</u> Asserted Against Ingrid Bakke, Chief Judge, 20th Judicial District, in her Individual and Official Capacities: Supervisory Liability and Fraudulent Concealment [42 U.S.C. § 1983]**

Defendant Bakke personally ratified the "judicial fraud" of Nancy Salamone and blocked the Plaintiff's access to the record.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 31</u> Asserted Against Nancy Salamone, Magistrate/Judge, 20th Judicial District, in her Individual and Official Capacities: Deprivation of Life Without Due Process [14th Amendment / 42 U.S.C. § 1983]**

Salamone authorized detention in lethal conditions, refusing a jury trial to hide the "fake record" she composed.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 32</u> Asserted Against Bruce Langer, Judge, 20th Judicial District, in his Individual and Official Capacities: Misprision of Treason [18 U.S.C. § 2382 / 42 U.S.C. § 1983]**

Defendant Langer sentenced the Plaintiff based on a "fake record" to provide a misprision benefit to Nancy Salamone.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 33 Asserted Against Ingrid Bakke, Chief Judge, 20th Judicial District, in her Individual and Official Capacities: Failure to Intervene [42 U.S.C. § 1983 / 42 U.S.C. § 1986]**

Defendant Bakke failed to intervene in the conspiracy to murder the Plaintiff even after being provided with forensic 911 logs.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 34 Asserted Against Bruce Langer, Judge, 20th Judicial District, in his Individual and Official Capacities: Conspiracy to Interfere with Civil Rights [42 U.S.C. § 1985 / 18 U.S.C. § 241]**

Langer acted in concert with the prosecution to ignore irrefutable proof of a "medical fall" and affirm a conviction rooted in news fiction.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 35 Asserted Against Phillip Brimmer, Judge, U.S. District Court, in his Individual Capacity: Bivens Claim – Fraud upon the Court and Judicial Forgery [5th Amendment / 18 U.S.C. § 1503]**

Defendant Brimmer utilized his federal bench to forge and publish "cover-up material" on the federal record in Case No. 24-cv-01127.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 36 Asserted Against Phillip Brimmer, Judge, U.S. District Court, in his Individual Capacity: Bivens Claim – Judicial Incitement to Murder [5th Amendment / 18 U.S.C. § 1113]**

By publishing forged accusations of murder on the federal record, Brimmer intentionally incited the vigilantes striking across multiple cases.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 37</u> Asserted Against Phillip Brimmer, Judge, U.S. District Court, in his Individual Capacity: Bivens Claim – Obstruction of Justice [5th Amendment / 18 U.S.C. § 1503]**

Brimmer conducted ex parte clandestine conferences with media counsel to coordinate the dismissal of survival claims.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 38</u> Asserted Against Lewis T. Babcock, Judge, U.S. District Court, in his Individual Capacity: Bivens Claim – Misprision of Treason [5th Amendment / 18 U.S.C. § 2382]**

Defendant Babcock utilized his federal office to uphold the state's "fake record" despite knowledge of the systematic torture.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 39</u> Asserted Against Lewis T. Babcock, Judge, U.S. District Court, in his Individual Capacity: Bivens Claim – Failure to Intervene [5th Amendment / 42 U.S.C. § 1986]**

Babcock failed to intervene in the conspiracy to murder the Plaintiff despite being provided with proof of the hoax.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 40</u> Asserted Against Lewis T. Babcock, Judge, U.S. District Court, in his Individual Capacity: Bivens Claim – Deprivation of Due Process [5th Amendment]**

Babcock utilized summary dismissals to "kill" the Plaintiff's legal standing and facilitate the continued "lethal removal" enterprise.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

# IV. THE PUBLIC DEFENDER SABOTAGE

**Claim 41 Asserted Against Nicole Collins, Public Defender, Colorado State Public Defender, in her Individual and Official Capacities: Professional Malpractice and Conspiracy [42 U.S.C. § 1983 / 18 U.S.C. § 1512]**

Defendant Collins sabotaged the defense by refusing to enter the McEwen affidavit into evidence, ensuring the "fake record" remained unchallenged.

-----------------------------------------------------------

**Claim 42 Asserted Against Megan Ring, State Public Defender, in her Individual and Official Capacities: Supervisory Liability and Ratification [42 U.S.C. § 1983]**

Defendant Ring personally ratified the sabotage of the Plaintiff's defense to protect the Billion-dollar revenue of the media defendants. Plaintiff was refused representation by this office for appeals for case 20CR002138.

-----------------------------------------------------------

**Claim 43 Asserted Against Nicole Collins, Public Defender, Colorado State Public Defender, in her Individual and Official Capacities: Obstruction of Justice [18 U.S.C. § 1512 / 42 U.S.C. § 1983]**

Collins suppressed exculpatory evidence to protect the media defendants and the Longmont Police.

-----------------------------------------------------------

**Claim 44 Asserted Against Benjamin Collett, Public Defender, Colorado State Public Defender, in his Individual and Official Capacities: Professional Malpractice and Conspiracy [42 U.S.C. § 1983 / 14th Amendment]**

Defendant Collett coerced the Plaintiff into a guilty plea for a non-existent crime while the Plaintiff was in a medical crisis.

---

**Claim 45 Asserted Against Megan Ring, State Public Defender, in her Individual and Official Capacities: Failure to Intervene [42 U.S.C. § 1983 / 42 U.S.C. § 1986]**

Defendant Ring failed to intervene in the state-coordinated coercion of the Plaintiff while he was incapacitated.

---

**Claim 46 Asserted Against Benjamin Collett, Public Defender, Colorado State Public Defender, in his Individual and Official Capacities: Fraudulent Concealment [Colorado Common Law / 18 U.S.C. § 1512]**

Collett intentionally withheld the medical necessity of insulin from the court record to justify incarceration.

---

**Claim 47 Asserted Against Ryan Dawson-Erdman, Public Defender, Colorado State Public Defender, in his Individual and Official Capacities: Professional Malpractice and Conspiracy [42 U.S.C. § 1983 / 18 U.S.C. § 1512]**

Defendant Dawson-Erdman withheld exculpatory evidence from the Plaintiff to protect the News Defendants.

---

**Claim 48 Asserted Against Megan Ring, State Public Defender, in her Individual and Official Capacities: Conspiracy to Interfere with Civil Rights [42 U.S.C. § 1985 / 18 U.S.C. § 241]**

Ring coordinated the "legal abandonment" of the Plaintiff during the most critical phases of his medical crisis.

---

**Claim 49 Asserted Against Ryan Dawson-Erdman, Public Defender, Colorado State Public Defender, in his Individual and Official Capacities: Fraudulent Concealment [18 U.S.C. § 1512 / 42 U.S.C. § 1983]**

Dawson-Erdman suppressed the dispatch logs which proved the entire "robbery" case was a fabrication.

---

## V. THE APPELLATE & SUPREME COURT COVER-UP

**Claim 50 Asserted Against Judge Hawthorne, Judge, Colorado Court of Appeals, Individual and Official Capacities: Civil Conspiracy to Falsify the State Record [42 U.S.C. § 1985 / 18 U.S.C. § 241]**

Defendant Hawthorne coordinated the manufacture of a "fake appellate record" that omitted forensic proof of a "medical fall."

---

**Claim 51 Asserted Against Monica Márquez, Chief Justice, Colorado Supreme Court, in her Individual and Official Capacities: Administrative Forgery and Fraud [42 U.S.C. § 1983 / 18 U.S.C. § 1512]**

Defendant Márquez personally ratified the "mutilation" of the state record across multiple appeals to affirm convictions derived from a staged investigation.

---

**Claim 52 Asserted Against Judge Hawthorne, Judge, Colorado Court of Appeals, Individual and Official Capacities: Misprision of Felony [18 U.S.C. § 4 / 42 U.S.C. § 1983]**

Hawthorne had knowledge of the perjury committed by police but took affirmative steps to conceal it.

---

**Claim 53 Asserted Against Judge Fox, Judge, Colorado Court of Appeals, Individual and Official Capacities: Civil Conspiracy to Falsify the State Record [42 U.S.C. § 1985 / 18 U.S.C. § 241]**

Defendant Fox coordinated the "mutilation" of the state record to affirm a conviction derived from a staged investigation.

**Claim 54 Asserted Against Monica Márquez, Chief Justice, Colorado Supreme Court, Individual and Official Capacities: Deprivation of Access to Courts [14th Amendment / 42 U.S.C. § 1983]**

Márquez utilized procedural barriers to prevent the entry of forensic 911 audio into the appellate record.

---

**Claim 55 Asserted Against Judge Fox, Judge, Colorado Court of Appeals, Individual and Official Capacities: Misprision of Felony [18 U.S.C. § 4 / 42 U.S.C. § 1983]**

Fox chose to uphold the "fake record" to provide a misprision benefit to state actors who denied the Plaintiff insulin.

---

**<u>Claim 56</u> Asserted Against Judge Lum, Judge, Colorado Court of Appeals, Individual and Official Capacities: Civil Conspiracy to Falsify the State Record [42 U.S.C. § 1985 / 18 U.S.C. § 1962]**

Defendant Lum participated in judicial fraud to protect the billion-dollar revenue of the media defendants.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 57</u> Asserted Against Monica Márquez, Chief Justice, Colorado Supreme Court, Individual and Official Capacities: Conspiracy to Interfere with Civil Rights [42 U.S.C. § 1985 / 18 U.S.C. § 241]**

Márquez coordinated with the lower courts to ensure the Plaintiff remained branded an attacker.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 58</u> Asserted Against Judge Lum, Judge, Colorado Court of Appeals, Individual and Official Capacities: Misprision of Felony [18 U.S.C. § 4 / 42 U.S.C. § 1983]**

Lum failed to report the staged "criminal investigation" overseen by DA Ryan Day.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 59</u> Asserted Against Judge Johnson, Judge, Colorado Court of Appeals, Individual and Official Capacities: Collusion with News Defendants and Retaliation [42 U.S.C. § 1983 / 1st Amendment]**

Defendant Johnson colluded with news counsel and imposed "retaliatory mandates" requiring news fees.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 60 Asserted Against Monica Márquez, Chief Justice, Colorado Supreme Court, Individual and Official Capacities: First Amendment Retaliation [42 U.S.C. § 1983 / 1st Amendment]**

Márquez utilized judicial power to "silence" reports of attempted murder by imposing financial barriers.

--------------------------------------------------------

**Claim 61 Asserted Against Judge Johnson, Judge, Colorado Court of Appeals, Individual and Official Capacities: Conspiracy to Interfere with Civil Rights [42 U.S.C. § 1985 / 18 U.S.C. § 241]**

Johnson coordinated with media to ensure the Plaintiff remained branded a deadly attacker.

--------------------------------------------------------

**Claim 62 Asserted Against Judge Lipinsky, Judge, Colorado Court of Appeals, Individual and Official Capacities: Collusion and Retaliation [42 U.S.C. § 1983 / 14th Amendment]**

Defendant Lipinsky affirmed news offenses while knowing the broadcasts incited attempts on the Plaintiff's life.

--------------------------------------------------------

**Claim 63 Asserted Against Monica Márquez, Chief Justice, Colorado Supreme Court, Individual and Official Capacities: Failure to Intervene [42 U.S.C. § 1983 / 42 U.S.C. § 1986]**

Márquez knowingly failed to intervene in the unconstitutional mandates imposed by lower court judges.

--------------------------------------------------------

**Claim 64 Asserted Against Judge Lipinsky, Judge, Colorado Court of Appeals, Individual and Official Capacities: Conspiracy to Interfere with Civil Rights [42 U.S.C. § 1985 / 18 U.S.C. § 241]**

Lipinsky coordinated the "social execution" of the Plaintiff by upholding the fraudulent narrative.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 65 Asserted Against Judge Moultrie, Judge, Colorado Court of Appeals, Individual and Official Capacities: Collusion and Retaliation [42 U.S.C. § 1983 / 14th Amendment]**

Defendant Moultrie acted as a "judicial advocate" for the media, ensuring the Plaintiff remained without legal standing.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 66 Asserted Against Monica Márquez, Chief Justice, Colorado Supreme Court, Individual and Official Capacities: Supervisory Liability and Monell [42 U.S.C. § 1983]**

Márquez ratified the "pay-to-play" justice system that prevented the Plaintiff from filing evidence of the attempted murder.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 67 Asserted Against Judge Moultrie, Judge, Colorado Court of Appeals, Individual and Official Capacities: Conspiracy to Interfere with Civil Rights [42 U.S.C. § 1985 / 18 U.S.C. § 241]**

Moultrie coordinated to ensure the Plaintiff's "survivor status" was never acknowledged by the state.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

# VI. THE BALLARD SPAHR DEFENSE ENTERPRISE

**Claim 68 Asserted Against Ashley Kissinger, Partner, Ballard Spahr LLP, in her Individual Capacity for Actions Taken Under Color of Law: Perjury and Fraudulent Concealment [18 U.S.C. § 1621 / 42 U.S.C. § 1983]**

Defendant Kissinger filed perjured declarations asserting that only "three articles" existed, while concealing hundreds of video broadcasts.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 69 Asserted Against Kennison Lay, Attorney, Ballard Spahr LLP, in her Individual Capacity for Actions Taken Under Color of Law: Perjury and Fraudulent Concealment [18 U.S.C. § 1621 / 42 U.S.C. § 1983]**

Defendant Lay declared no video evidence existed of the broadcasts to manipulate the statute of limitations.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 70 Asserted Against Sherri Clark, Paralegal, Ballard Spahr LLP, in her Individual Capacity for Actions Taken Under Color of Law: Conspiracy to Obstruct Justice [18 U.S.C. § 1512 / 42 U.S.C. § 1983]**

Defendant Clark acted in concert with news counsel to "falsify" the scale of media offenses and conceal the incitement.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 71 Asserted Against Peter Michaud, Chair, Ballard Spahr LLP, in his Individual Capacity for Actions Taken Under Color of Law: Supervisory Liability and RICO Participation [18 U.S.C. § 1962 / 42 U.S.C. § 1983]**

Defendant Michaud personally ratified the enterprise of perjury and concealment that protected media revenue.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 72 Asserted Against Ballard Spahr LLP: Enterprise Liability and RICO [18 U.S.C. § 1962 / 18 U.S.C. § 1964]**

Defendant entity functioned as the "legal architects" of the concealment and incitement enterprise.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 73 Asserted Against Ashley Kissinger, Partner, Ballard Spahr LLP, in her Individual Capacity for Actions Taken Under Color of Law: Obstruction of Justice [18 U.S.C. § 1512 / 42 U.S.C. § 1983]**

Kissinger utilized ex parte clandestine conferences with Brimmer to coordinate the dismissal of survival claims.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 74 Asserted Against Kennison Lay, Attorney, Ballard Spahr LLP, in her Individual Capacity for Actions Taken Under Color of Law: Obstruction of Justice [18 U.S.C. § 1503 / 42 U.S.C. § 1983]**

Lay participated in the suppression of 911 medical logs during federal discovery.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 75</u> Asserted Against Sherri Clark, Paralegal, Ballard Spahr LLP, in her Individual Capacity for Actions Taken Under Color of Law: Fraud and Obstruction [18 U.S.C. § 1519 / 42 U.S.C. § 1983]**

Clark utilized her position to block the Plaintiff's access to exculpatory news archives documented in the pattern of litigation.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 76</u> Asserted Against Peter Michaud, Chair, Ballard Spahr LLP, in his Individual Capacity for Actions Taken Under Color of Law: Ratification of Perjury [42 U.S.C. § 1983 / 18 U.S.C. § 1621]**

Defendant Michaud personally ratified the filing of forged declarations by his subordinates.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 77</u> Asserted Against Peter Michaud, Chair, Ballard Spahr LLP, in his Individual Capacity for Actions Taken Under Color of Law: Conspiracy to Falsify Records [18 U.S.C. § 1512 / 18 U.S.C. § 371]**

Defendant entity coordinated the forgery of the number of broadcasts in discovery.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

## <u>VII. THE EDUCATION & VOCATIONAL SABOTAGE (FRCC)</u>

**<u>Claim 78</u> Asserted Against Ken Lee, Administrator, Front Range Community College (FRCC), in his Individual and Official Capacities: Deprivation of Rights and Intentional Vocational Sabotage [42 U.S.C. § 1983 / 42 U.S.C. § 12132]**

Defendant **Ken Lee, Administrator of Front Range Community College (FRCC)**, intentionally

excluded the Plaintiff from vocational programs and utilized "news investigation" fiction to sabotage the Plaintiff's standing with the **Division of Vocational Rehabilitation (DVR)** and the **Ticket to Work program**. Defendant **Ken Lee** acted with the specific intent to terminate the Plaintiff's professional prospects and ensure the Plaintiff remained without the credentials required for survival.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 79</u> Asserted Against Colleen Simpson, President, Front Range Community College (FRCC), in her Individual and Official Capacities: Institutional Liability and Ratification of Sabotage [42 U.S.C. § 1983 / 14th Amendment]**

Defendant **Colleen Simpson, President of Front Range Community College (FRCC)**, personally ratified the unconstitutional conduct of **Ken Lee** regarding the sabotage of the Plaintiff's **DVR** and **Ticket to Work** eligibility, providing the administrative authority to maintain the Plaintiff's exclusion from public education and professional rehabilitation.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 80</u> Asserted Against Ken Lee, Administrator, Front Range Community College (FRCC), in his Individual and Official Capacities: First Amendment Retaliation [42 U.S.C. § 1983 / 1st Amendment]**

Defendant **Ken Lee, Administrator of Front Range Community College (FRCC)**, imposed "disciplinary probation" and academic blacklisting in direct retaliation for the Plaintiff's exercise of his constitutional right to contest the discriminatory practices of the college. This retaliation by **Ken Lee** was designed to signal to the **Division of Vocational Rehabilitation (DVR)** that the Plaintiff was "unfit" for vocational training.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 81</u> Asserted Against Colleen Simpson, President, Front Range Community College (FRCC), in her Individual and Official Capacities: Deprivation of Due Process and Institutional Ratification of Sham Proceedings [14th Amendment / 42 U.S.C. § 1983]**

Defendant **Colleen Simpson, President of Front Range Community College (FRCC)**, ratified the "sham" administrative proceedings conducted to remove the Plaintiff. Defendant **Colleen Simpson**

intentionally refused to allow forensic evidence that would have protected the Plaintiff's **Ticket to Work** status, choosing instead to adopt news fiction as the sole basis for removal.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 82 Asserted Against Colleen Simpson, President, Front Range Community College (FRCC), in her Individual and Official Capacities: ADA Discrimination and Custom of Ridicule [42 U.S.C. § 12132 / 28 C.F.R. § 35.130]**

Defendant **Colleen Simpson, President of Front Range Community College (FRCC)**, as the final policy-making authority, maintained and enforced an institutional custom of "disability ridicule." Defendant **Colleen Simpson** prioritized news scripts over **ADA** compliance standards, ensuring the Plaintiff was excluded from public vocational training based on his status as a branded disabled individual.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 83 Asserted Against Ken Lee, Administrator, Front Range Community College (FRCC), in his Individual and Official Capacities: Deprivation of Property Interests and Sabotage of Funding [14th Amendment / 42 U.S.C. § 1983]**

Defendant **Ken Lee, Administrator of Front Range Community College (FRCC)**, conducted affirmative acts to sabotage the Plaintiff's educational funding and vocational standing with the **Division of Vocational Rehabilitation (DVR)**. Defendant **Ken Lee** utilized the "fake record" of the Longmont Police to justify the removal of the Plaintiff's financial support and vocational security.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 84 Asserted Against Colleen Simpson, President, Front Range Community College (FRCC), in her Individual and Official Capacities: Institutional Failure to Supervise and Ratification of Financial Sabotage [42 U.S.C. § 1983 / 14th Amendment]**

Defendant **Colleen Simpson, President of Front Range Community College (FRCC)**, failed to supervise the retaliatory actions of **Ken Lee** and personally facilitated the sabotage of the Plaintiff's **DVR** and **Ticket to Work** funding. Defendant **Colleen Simpson** served as the final authority in the enterprise to ensure the Plaintiff remained economically and vocationally incapacitated.

## VIII. THE FBI MISPRISION OF FELONY

**Claim 85 Asserted Against Christopher Wray, Director, FBI, in his Individual and Official Capacities: Bivens Claim – Supervisory Liability and Misprision of Felony [5th Amendment / 18 U.S.C. § 4]**

Defendant Wray personally ratified the refusal to investigate documented judicial fraud and state-sponsored torture.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 86 Asserted Against Amanda Koldjeski, SAC, FBI Denver Field Office, in her Individual and Official Capacities: Bivens Claim – Supervisory Liability and Failure to Intervene [5th Amendment / 42 U.S.C. § 1986]**

Defendant Koldjeski facilitated the ongoing attempts on life by labeling "mutilation" and "incitement" as a "civil matter."

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 87 Asserted Against Federal Bureau of Investigation (FBI): Institutional Monell Liability and Misprision of Felony [18 U.S.C. § 4 / Bivens / 5th Amendment]**

Defendant FBI maintained an institutional policy of refusing to investigate documented judicial fraud and state-sponsored torture despite forensic proof.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

# IX. THE REGIONAL NEWS OPERATIONAL ARMS

**Claim 88 Asserted Against Lachlan Murdoch, CEO, Fox Corporation, in his Individual Capacity for Actions Taken Under Color of Law: Incitement to Murder and Joint Action (FOX-31/KDVR) [14th Amendment / 42 U.S.C. § 1983]**

Defendant **Lachlan Murdoch, CEO of Fox Corporation**, utilized **FOX-31 (KDVR)** as an operational arm to air a "deadly beating" narrative with actual malice, inciting assassination attempts.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 89 Asserted Against Perry Sook, CEO, Nexstar Media Group, in his Individual Capacity for Actions Taken Under Color of Law: Agency Liability and Supervisory Liability [42 U.S.C. § 1983 / 18 U.S.C. § 1962]**

Defendant **Perry Sook, CEO of Nexstar Media Group**, utilized regional affiliates (including KDVR) as operational arms to execute scripts that resulted in assassination attempts.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 90 Asserted Against Hilton Howell, CEO, Gray Media Group, in his Individual Capacity for Actions Taken Under Color of Law: Agency Theory and Joint Action (KNOP-2) [14th Amendment / 42 U.S.C. § 1983]**

Defendant **Hilton Howell, CEO of Gray Media Group**, utilized **KNOP-2** as an operational arm to broadcast scripts designed to "finish the job" through coordinated news incitement.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 91 Asserted Against Hilton Howell, CEO, Gray Media Group, in his Individual Capacity for Actions Taken Under Color of Law: Agency Liability and Joint Action [42 U.S.C. § 1983 / 18 U.S.C. § 1962]**

Defendant **Hilton Howell, CEO of Gray Media Group**, directed regional affiliates to function as an operational arm to execute a policy of public incitement.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -

**Claim 92 Asserted Against Josh D'Amaro, CEO, The Walt Disney Company, in his Individual Capacity for Actions Taken Under Color of Law: Agency Theory and Joint Action (ABC-7/KMGH) [14th Amendment / 42 U.S.C. § 1983]**

Defendant **Josh D'Amaro, CEO of The Walt Disney Company**, utilized **ABC-7 (KMGH)** as an operational arm to brand the Plaintiff a murderer.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 93 Asserted Against Almin Karamehmedovic, President, ABC News, in his Individual Capacity for Actions Taken Under Color of Law: Agency Liability and Joint Action [42 U.S.C. § 1983 / 18 U.S.C. § 1113]**

Defendant **Almin Karamehmedovic, President of ABC News**, utilized the regional operational arm to broadcast scripts designed for lethal removal.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 94 Asserted Against David Ellison, CEO, Paramount Global, in his Individual Capacity for Actions Taken Under Color of Law: Agency Theory and Joint Action (CBS-4/KCNC) [14th Amendment / 42 U.S.C. § 1983]**

Defendant **David Ellison, CEO of Paramount Global**, utilized **CBS-4 (KCNC)** as an operational arm to generate revenue from the fraudulent murder narrative.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 95 Asserted Against Wendy McMahon, CEO, CBS News and Stations, in her Individual Capacity for Actions Taken Under Color of Law: Agency Liability and Supervisory Liability [42 U.S.C. § 1983 / 18 U.S.C. § 1962]**

Defendant **Wendy McMahon, CEO of CBS News and Stations**, directed the news offense policy that utilized regional affiliates to execute lethal scripts.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- ---

**Claim 96 Asserted Against Michael J. Cavanagh, CEO, NBCUniversal, in his Individual Capacity for Actions Taken Under Color of Law: Agency Theory and Joint Action (NBC-9/KUSA) [14th**

**Amendment / 42 U.S.C. § 1983]**

Defendant **Michael J. Cavanagh, CEO of NBCUniversal**, utilized **NBC-9 (KUSA)** as an operational arm to broadcast lethal removal scripts.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -

**<u>Claim 97</u> Asserted Against Cesar Conde, Chairman, NBCU News Group, in his Individual Capacity for Actions Taken Under Color of Law: Agency Theory and Joint Action [42 U.S.C. § 1983 / 18 U.S.C. § 1962]**

Defendant **Cesar Conde, Chairman of NBCU News Group**, utilized the regional operational arm to provide the motivational engine for vigilantes.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 98</u> Asserted Against Hilton Howell, CEO, Gray Media Group, in his Individual Capacity for Actions Taken Under Color of Law: Vicarious Liability and Joint Action [18 U.S.C. § 1113 / 42 U.S.C. § 1983]**

Defendant **Hilton Howell, CEO of Gray Media Group**, utilized regional affiliates as operational arms to execute a corporate policy of lethal removal.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 99</u> Asserted Against Heath Freeman, President, Alden Global Capital, in his Individual Capacity for Actions Taken Under Color of Law: Libel Per Se and Joint Action (The Denver Post) [Colorado Common Law / 42 U.S.C. § 1983]**

Defendant **Heath Freeman, President of Alden Global Capital**, utilized **The Denver Post** as an operational arm to validate the fraudulent robbery narrative.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 100</u> Asserted Against Heath Freeman, President, Alden Global Capital, in his Individual Capacity for Actions Taken Under Color of Law: Supervisory Liability and RICO Participation [18**

**U.S.C. § 1962 / 42 U.S.C. § 1983]**

Defendant **Heath Freeman, President of Alden Global Capital**, personally ratified the policy of utilizing news fiction for revenue through defamation.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

## X. THE NATIONAL NEWS HUB-AND-SPOKE ENTERPRISE

**Claim 101 Asserted Against Josh D'Amaro, CEO, The Walt Disney Company, in his Individual Capacity for Actions Taken Under Color of Law: Agency Theory and Joint Action (ABC News National) [14th Amendment / 42 U.S.C. § 1983]**

Defendant **Josh D'Amaro, CEO of The Walt Disney Company**, utilized ABC regional affiliates as the operational arm of **ABC News National** to execute a policy of lethal removal.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 102 Asserted Against Josh D'Amaro, CEO, The Walt Disney Company, in his Individual Capacity for Actions Taken Under Color of Law: Supervisory Liability and Ratification [42 U.S.C. § 1983 / 18 U.S.C. § 1962]** Defendant **Josh D'Amaro, CEO of The Walt Disney Company**,

ratified the corporate policy of prioritizing lethal removal scripts across the pattern of litigation.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 103 Asserted Against David Ellison, CEO, Paramount Global, in his Individual Capacity for Actions Taken Under Color of Law: Agency Theory and Joint Action (CBS News National) [14th Amendment / 42 U.S.C. § 1983]**

Defendant **David Ellison, CEO of Paramount Global**, utilized CBS regional affiliates as the operational arm of **CBS News National** to brand the Plaintiff a murderer.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 104</u> Asserted Against David Ellison, CEO, Paramount Global, in his Individual Capacity for Actions Taken Under Color of Law: Supervisory Liability and Ratification [42 U.S.C. § 1983 / 18 U.S.C. § 1962]**

Defendant **David Ellison, CEO of Paramount Global**, authorized the continued hosting of heinous archives despite forensic proof of innocence.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 105</u> Asserted Against Michael J. Cavanagh, CEO, NBCUniversal, in his Individual Capacity for Actions Taken Under Color of Law: Agency Theory and Joint Action (NBCU News Group National) [14th Amendment / 42 U.S.C. § 1983]**

Defendant **Michael J. Cavanagh, CEO of NBCUniversal**, utilized NBC regional affiliates as the operational arm of the national desk to execute lethal removal scripts.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 106</u> Asserted Against Michael J. Cavanagh, CEO, NBCUniversal, in his Individual Capacity for Actions Taken Under Color of Law: Supervisory Liability and Ratification [42 U.S.C. § 1983 / 18 U.S.C. § 1962]** Defendant **Michael J. Cavanagh, CEO of NBCUniversal**,

personally ratified the refusal to retract the "murder" label across the national network.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**<u>Claim 107</u> Asserted Against Lachlan Murdoch, CEO, Fox Corporation, in his Individual Capacity for Actions Taken Under Color of Law: Agency Theory and Joint Action (FOX News Network National) [14th Amendment / 42 U.S.C. § 1983]**

Defendant **Lachlan Murdoch, CEO of Fox Corporation**, utilized FOX-31 and other affiliates as the operational arm of **FOX News National** to execute lethal removal scripts.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 108 Asserted Against Lachlan Murdoch, CEO, Fox Corporation, in his Individual Capacity for Actions Taken Under Color of Law: Supervisory Liability and Ratification [42 U.S.C. § 1983 / 18 U.S.C. § 1962]**

Defendant **Lachlan Murdoch, CEO of Fox Corporation**, personally authorized the "deadly beating" narrative across the pattern of litigation.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 109 Asserted Against Suzanne Scott, CEO, Fox News Network, in her Individual Capacity for Actions Taken Under Color of Law: Supervisory Liability and Ratification [42 U.S.C. § 1983 / 18 U.S.C. § 1962]**

Defendant **Suzanne Scott, CEO of Fox News Network**, authorized the continued hosting of inciting archives across the years of the enterprise.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 110 Asserted Against Hilton Howell, CEO, Gray Media Group Inc., in his Individual Capacity for Actions Taken Under Color of Law: RICO Participation [18 U.S.C. § 1962 / 42 U.S.C. § 1983]**

Defendant **Hilton Howell, CEO of Gray Media Group**, profited from "incitement to murder" revenue through national network exploitation.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 111 Asserted Against Lachlan Murdoch, CEO, Fox Corporation, in his Individual Capacity for Actions Taken Under Color of Law: RICO Participation and Joint Action (Americas Most Wanted) [18 U.S.C. § 1962 / 42 U.S.C. § 1983]**

Defendant **Lachlan Murdoch, CEO of Fox Corporation**, utilized **Americas Most Wanted** as an operational arm to brand the Plaintiff a "deadly fugitive" during a medical crisis.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

# XI. THE PRIVATE VIGILANTE AGENTS

**Claim 112 Asserted Against Jackie Shubert, Private Citizen, in her Individual Capacity for Actions Taken Under Color of State Law: Civil Conspiracy [42 U.S.C. § 1985 / 18 U.S.C. § 241]**

Defendant **Jackie Shubert** coordinated with police leadership to manufacture the deadly beating narrative despite knowledge of the forensic accident.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 113 Asserted Against Jackie Shubert, Private Citizen, in her Individual Capacity for Actions Taken Under Color of State Law: Defamation Per Se and Incitement [14th Amendment / Colorado Common Law]**

Defendant **Jackie Shubert** published false accusations for the purpose of inciting assassination attempts.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 114 Asserted Against Brian Derry, Private Citizen, in his Individual Capacity for Actions Taken Under Color of State Law: Civil Conspiracy [42 U.S.C. § 1985 / 18 U.S.C. § 241]**

Defendant **Brian Derry** reached a meeting of minds with state police to manufacture robbery fiction to justify extrajudicial punishment.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 115 Asserted Against Brian Derry, Private Citizen, in his Individual Capacity for Actions Taken Under Color of State Law: Defamation Per Se and Incitement [14th Amendment / Colorado Common Law]**

Defendant **Brian Derry** acted with actual malice to incite the vigilantes detailed across the pattern of attempts.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

## II. THE ONGOING PATTERN OF JUDICIAL FORGERY & INCITEMENT

**Claim 116 Asserted Against Monica Márquez, Chief Justice, Colorado Supreme Court, in her Individual and Official Capacities: Administrative Forgery and Fraud [42 U.S.C. § 1983 / 18 U.S.C. § 1512]**

The **prior affirmative acts** of Defendant **Monica Márquez** in ratifying a "mutilated" state record that suppressed forensic truth were the moving force behind the 2026 injuries. By ensuring the fraudulent 2020 narrative remained the official state record, **Monica Márquez** provided the legal pretext that incited third parties to repeat the historical 2020 abuses against the Plaintiff in 2026.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 117 Asserted Against Christopher Wray, Director, FBI, in his Individual and Official Capacities: Bivens Claim – Failure to Intervene and State-Created Danger [5th Amendment / 14th Amendment / 42 U.S.C. § 1986]**

The **prior failure** of Defendant **Christopher Wray** to investigate documented forensic proof of the state-sponsored hoax created the "state-created danger" that culminated in the 2026 phase of the enterprise. This omission by **Christopher Wray** directly caused incited third parties to carry out the 2026 physical assaults and property sabotage without fear of federal intervention.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 118 Asserted Against Phillip Brimmer, Judge, U.S. District Court, in his Individual Capacity: Bivens Claim – Judicial Incitement to Violence and Property Sabotage [5th Amendment / 18 U.S.C.**

**§ 1113]**

The **prior judicial acts** of Defendant **Phillip Brimmer** in forging narratives that characterized the Plaintiff as a killer were the direct cause of the 2026 violence. This branding by **Phillip Brimmer** served as the incitement for 2026 actors to strike the Plaintiff, deactivate his life-sustaining medical equipment, and level false accusations of rape and murder.

**Claim 119 Asserted Against Phillip Brimmer, Judge, U.S. District Court, in his Individual Capacity: Bivens Claim – Fraud upon the Court and Judicial Forgery [5th Amendment / 18 U.S.C. § 1503]**

The **prior acts** of Defendant **Phillip Brimmer** in adopting news-generated scripts to dismiss survival claims provided the "legal cover" that caused the 2026 escalation. By hiding forensic 911 proof from the federal record, **Phillip Brimmer** ensured that incited actors in 2026 felt shielded by the court while sabotaging the Plaintiff's property.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 120 Asserted Against Nancy Salamone, Magistrate/Judge, 20th Judicial District, in her Individual and Official Capacities: Fraud upon the Court and Judicial Forgery [42 U.S.C. § 1983 / 18 U.S.C. § 1512]**

The **prior acts** of Defendant **Nancy Salamone** in maintaining forged trial records that prioritized news fiction over forensic truth were the moving force behind the 2026 offenses. This conduct by **Nancy Salamone** ensured the fraudulent narrative remained active in the state record, causing third parties to strike the Plaintiff's home and property in 2026.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 121 Asserted Against Stanley Jerido, Parole Officer, Colorado Department of Corrections (CDOC), in his Individual and Official Capacities: Attempted Murder [42 U.S.C. § 1983 / 18 U.S.C. § 1113]**

The **prior acts** of Defendant **Stanley Jerido** in maintaining a fraudulent parole record that labeled the Plaintiff a "dangerous fugitive" were the direct cause of the 2026 medical sabotage. This conduct by **Stanley Jerido** caused incited actors to feel justified in deactivating the Plaintiff's insulin pump as a form of extrajudicial execution in 2026.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 122 Asserted Against Peter Michaud, Chair, Ballard Spahr LLP, in his Individual Capacity for Actions Taken Under Color of Law: Conspiracy to Falsify Records and RICO Participation [18 U.S.C. § 1512 / 18 U.S.C. § 1962]**

The **prior acts** of Defendant **Peter Michaud** in coordinating the forgery of discovery records were affirmative steps that caused the 2026 injuries. By concealing the scale of news incitement in previous litigation, **Peter Michaud** ensured that the public's "lethal removal" efforts would continue through the 2026 property sabotage and physical assaults.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 123 Asserted Against Josh D'Amaro, CEO, The Walt Disney Company (ABC National), in his Individual Capacity for Actions Taken Under Color of Law: Deprivation of Life and Liability for Agency/Joint Action [14th Amendment / 42 U.S.C. § 1983]**

The **prior corporate policy** enforced by Defendant **Josh D'Amaro** of branding the Plaintiff a "murderer" was the motivational engine for the 2026 injuries. This conduct by **Josh D'Amaro** incited third parties to strike the Plaintiff, sabotage his property, and level new accusations of rape and murder during the 2026 phase.

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

**Claim 124 Asserted Against David Ellison, CEO, Paramount Global (CBS National), in his Individual Capacity for Actions Taken Under Color of Law: Deprivation of Life and Liability for Agency/Joint Action [14th Amendment / 42 U.S.C. § 1983]**

The **prior act** of Defendant **David Ellison** in utilizing regional affiliates to brand the Plaintiff a "vicious murderer" was the moving force behind the 2026 property sabotage. This branding by **David Ellison** caused incited actors to deactivate the Plaintiff's life-sustaining medical equipment in 2026.

-----------------------------------------------------------

**Claim 125 Asserted Against Michael J. Cavanagh, CEO, NBCUniversal (NBC National), in his Individual Capacity for Actions Taken Under Color of Law: Deprivation of Life and Liability for Agency/Joint Action [14th Amendment / 42 U.S.C. § 1983]**

The **prior execution** of "lethal removal" scripts by Defendant **Michael J. Cavanagh** was the direct cause of the 2026 physical assault attempts. This conduct by **Michael J. Cavanagh** caused the public coordination to repeat the historical 2020 abuses, including the sabotage of the Plaintiff's home and property.

-----------------------------------------------------------

**Claim 126 Asserted Against Lachlan Murdoch, CEO, Fox Corporation (FOX National), in his Individual Capacity for Actions Taken Under Color of Law: Deprivation of Life and Liability for Agency/Joint Action [14th Amendment / 42 U.S.C. § 1983]**

The **prior corporate policy** enforced by Defendant **Lachlan Murdoch** of prioritizing sensational "murderer" branding over forensic truth was the moving force behind the 2026 physical attacks. This conduct by **Lachlan Murdoch** caused incited actors to carry out the property sabotage and medical deactivations documented in 2026.

-----------------------------------------------------------

**Respectfully Submitted this 31st Day of March, 2026**

/S/ Edward Hoid 31-MAR-2026

## E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

| # | Defendant Name | Title/Entity | Individual Demand |
|---|---|---|---|
| 1 | **Jason Malterud** | Detective, Longmont PD | $1,000,000 |
| 2 | **Jeff Satur** | Deputy Chief, Longmont PD | $1,000,000 |
| 3 | **Joshua Burke** | Detective, Longmont PD | $1,000,000 |
| 4 | **Rachael Sloan-Stoggsdill** | Records Manager, Longmont PD | $1,000,000 |
| 5 | **Zach Ardis** | PIO, Longmont PD | $1,000,000 |
| 6 | **Jon High** | Detective, Longmont PD | $1,000,000 |
| 7 | **Stanley Jerido** | Parole Officer, CDOC | $1,000,000 |
| 8 | **Andre Stancil** | Executive Director, CDOC | $1,000,000,000 |
| 9 | **Ryan Day** | Deputy District Attorney | $1,000,000 |
| 10 | **Michael Dougherty** | District Attorney | $1,000,000 |
| 11 | **Nancy Salamone** | Magistrate/Judge | $1,000,000 |
| 12 | **Ingrid Bakke** | Chief Judge | $1,000,000 |
| 13 | **Bruce Langer** | Judge | $1,000,000 |
| 14 | **Phillip Brimmer** | Judge, U.S. District Court | $1,000,000 |
| 15 | **Lewis T. Babcock** | Judge, U.S. District Court | $1,000,000 |
| 16 | **Nicole Collins** | Public Defender | $1,000,000 |
| 17 | **Megan Ring** | State Public Defender | $1,000,000 |
| 18 | **Benjamin Collett** | Public Defender | $1,000,000 |
| 19 | **Ryan Dawson-Erdman** | Public Defender | $1,000,000 |
| 20 | **Judge Hawthorne** | Judge, CO Court of Appeals | $1,000,000 |
| 21 | **Monica Márquez** | Chief Justice, CO Supreme Court | $1,000,000 |
| 22 | **Judge Fox** | Judge, CO Court of Appeals | $1,000,000 |
| 23 | **Judge Lum** | Judge, CO Court of Appeals | $1,000,000 |
| 24 | **Judge Johnson** | Judge, CO Court of Appeals | $1,000,000 |
| 25 | **Judge Lipinsky** | Judge, CO Court of Appeals | $1,000,000 |
| 26 | **Judge Moultrie** | Judge, CO Court of Appeals | $1,000,000 |
| 27 | **Ashley Kissinger** | Partner, Ballard Spahr LLP | $1,000,000 |
| 28 | **Kennison Lay** | Attorney, Ballard Spahr LLP | $1,000,000 |
| 29 | **Sherri Clark** | Paralegal, Ballard Spahr LLP | $1,000,000 |

| # | Defendant Name | Title/Entity | Individual Demand |
|---|---|---|---|
| 30 | **Peter Michaud** | Chair, Ballard Spahr LLP | $10,000,000,000 |
| 31 | **Ballard Spahr LLP** | Law Firm Entity | $1,000,000,000 |
| 32 | **Ken Lee** | Administrator, FRCC | $100,000 |
| 33 | **Colleen Simpson** | President, FRCC | $1,000,000 |
| 34 | **Christopher Wray** | Director, FBI | $1,000,000 |
| 35 | **Amanda Koldjeski** | SAC, FBI Denver | $1,000,000 |
| 36 | **Lachlan Murdoch** | CEO, Fox Corp | $1,000,000,000 |
| 37 | **KDVR (FOX-31)** | Regional News Station | $1,000,000,000 |
| 38 | **Perry Sook** | CEO, Nexstar Media | $1,000,000,000 |
| 39 | **Hilton Howell** | CEO, Gray Media | $1,000,000,000 |
| 40 | **Gray Media Group Inc.** | Corporate Entity | $1,000,000,000 |
| 41 | **KNOP-2** | Regional News Station | $1,000,000,000 |
| 42 | **Josh D'Amaro** | CEO, Disney (ABC) | $1,000,000,000 |
| 43 | **KMGH (ABC-7)** | Regional News Station | $1,000,000,000 |
| 44 | **Almin Karamehmedovic** | President, ABC News | $1,000,000,000 |
| 45 | **ABC News National** | Corporate Entity | $1,000,000,000 |
| 46 | **David Ellison** | CEO, Paramount (CBS) | $1,000,000,000 |
| 47 | **KCNC (CBS-4)** | Regional News Station | $1,000,000,000 |
| 48 | **CBS News National** | Corporate Entity | $1,000,000,000 |
| 49 | **Wendy McMahon** | CEO, CBS News | $1,000,000,000 |
| 50 | **Michael J. Cavanagh** | CEO, NBCUniversal | $1,000,000,000 |
| 51 | **NBCU News Group** | Corporate Entity | $1,000,000,000 |
| 52 | **KUSA (NBC-9)** | Regional News Station | $1,000,000,000 |
| 53 | **Cesar Conde** | Chairman, NBCU News | $1,000,000,000 |
| 54 | **Heath Freeman** | President, Alden Global | $1,000,000,000 |
| 55 | **The Denver Post** | Corporate Entity | $1,000,000,000 |
| 56 | **Fox News Network** | National Entity | $1,000,000,000 |
| 57 | **Suzanne Scott** | CEO, Fox News | $1,000,000,000 |
| 58 | **Americas Most Wanted** | Production Entity | $1,000,000,000 |
| 59 | **Jackie Shubert** | Private Citizen | $1,000,000 |
| 60 | **Brian Derry** | Private Citizen | $1,000,000 |

## Admissions of Torture & Offenses

1. **Sworn Admission of "Hell Torture":** Every defendant must sign an affidavit admitting to the torture of the Plaintiff.
2. **Admission of Family Mutilation Witnessing:** Explicit acknowledgment of the trauma caused by forcing the Plaintiff to witness family mutilation while in state custody.
3. **Admission of Systematic Failure:** CDOC and Andre Stancil must admit to a total breakdown of the duty of care.
4. **Admission of Defamation:** Every media entity (36–58) must admit to the dissemination of false/malicious narratives.
5. **Admission of Legal Malpractice:** Defendants 16–19 and 27–31 must admit to professional betrayal.
6. **Admission of Judicial Misconduct:** Every named Judge/Justice must admit to the deprivation of constitutional rights.
7. **Admission of Malice:** Ballard Spahr leadership must admit to acting with specific intent to harm the Plaintiff.
8. **Admission of Law Enforcement Abuse:** Detectives 1–6 must admit to constitutional violations and investigative failures.
9. **Public Video Confessions:** Every individual defendant must provide a recorded confession detailing their role in the harm.
10. **Public Apology:** Full-page apologies published in *The Denver Post* and on the homepages of every news affiliate station listed.

## Correction of Records & Restoration

11. **Total Expungement:** Immediate and absolute removal of all criminal records related to the underlying events.
12. **Certificate of Innocence:** The State of Colorado must issue a formal Certificate of Innocence.
13. **Correction of CDOC Files:** Purging of all negative, false, or inflammatory entries in the Plaintiff’s prison records.
14. **Correction of Court Records:** All transcripts must be amended to reflect the truth of the offenses admitted above.
15. **Media Retractions:** Each station must air prime-time retractions for a period of 7 consecutive days.
16. **De-indexing of False Information:** Defendants must pay for the permanent removal of defamatory articles from search engines.
17. **Credit Restoration:** Defendants must pay for professional services to restore the Plaintiff’s credit score to 800+.
18. **Identity Restoration:** Provision of all new state and federal identification at no cost.

19. **Educational Record Cleansing:** FRCC must purge all negative academic or disciplinary records related to this period.
20. **Civil Rights Restoration:** Full, immediate restoration of voting and firearm rights.

## Financial & Punitive Relief

21. **Lump Sum Payments:** Transfer of all itemized amounts listed in the table above within 72 hours.
22. **Personal Property Liens:** Immediate liens placed on the real estate of every individual defendant.
23. **Wage Garnishment:** Automatic garnishment for any entity or individual failing to pay within the deadline.
24. **Lifetime Health Trust:** Establishment of a multi-billion dollar trust for the Plaintiff's lifelong medical and psychiatric care.
25. **Family Trauma Fund:** $50,000,000 for the ongoing mental health support of the Plaintiff's family.
26. **Seizure of Corporate Assets:** Seizure of Ballard Spahr’s Denver and Philadelphia assets if the 11-billion-dollar total is not met.
27. **Relocation Package:** Defendants must pay for the Plaintiff and family to relocate to a secure, private location.
28. **Private Security Detail:** 24/7 security for the Plaintiff’s family for 10 years at the Defendants' expense.
29. **Legal Fee Reimbursement:** Full reimbursement of all costs incurred by the Plaintiff to date.
30. **Successor Liability Clause:** Demands transfer to the heirs or estates of any individual defendant who dies.

## Structural Resignations & Disbarment

31. **Resignation of Andre Stancil:** Immediate departure from the CDOC.
32. **Resignation of Peter Michaud:** Immediate departure from Ballard Spahr.
33. **Disbarment Proceedings:** Mandatory initiation of disbarment for every lawyer listed (16-19, 23, 24, 27, 28).
34. **Removal from Bench:** Impeachment or removal of every Judge/Justice listed.
35. **Stripping of Peace Officer Certification:** Permanent revocation of POST certification for detectives 1–6 and officer 7.
36. **Resignation of Dr. Colleen Simpson:** Immediate departure from FRCC.
37. **Termination of Ken Lee:** Immediate termination for cause from FRCC.
38. **Waiver of Qualified Immunity:** Every government official must sign a waiver of immunity for this action.
39. **Dissolution of Entities:** Filing for the dissolution of Gray Media Group and Nexstar for systemic defamation.

40. **Establishment of Oversight:** Appointment of a federal monitor for the CDOC.

## Procedural & Final Demands

41. **DEMAND FOR JURY TRIAL:** I demand a trial by jury on all issues so triable.
42. **Full Discovery Release:** Unredacted release of all internal memos, emails, and texts regarding the Plaintiff.
43. **Surveillance Disclosure:** Release of all prison and police footage during the periods of torture.
44. **Non-Disclosure Nullification:** Any prior agreements of silence are hereby declared null and void.
45. **Quarterly Compliance Audits:** Defendants must report on the progress of reforms for the next 10 years.
46. **Public Depositions:** Live-streamed testimony from every named CEO and Director.
47. **Creation of "The Torture Act":** Defendants must lobby for state legislation named after the Plaintiff.
48. **Naming Rights Restitution:** Renaming of a CDOC facility and an FRCC building to honor the victims.
49. **Federal Criminal Referral:** Defendants must self-report for human rights violations to the DOJ.
50. **No-Contact Injunction:** Permanent restraining orders against all 60 defendants.
51. **Audit of "Randall's Estate":** Full forensic audit of all assets related to Defendant #35.
52. **Alden Global Divestment:** Mandatory divestment from local news by Defendant #54.
53. **FBI Internal Review:** Mandatory DOJ review of the conduct of Defendants 34 and 35.
54. **Media Correction Fund:** A $100M fund established by news entities to train staff on avoiding defamation.
55. **Educational Scholarship:** A full endowment at FRCC in the Plaintiff's name.
56. **Travel Restitution:** Provision of private travel for the Plaintiff for all legal proceedings.
57. **Interest on Judgment:** 10% daily interest for any delay in the $22+ Billion payment.
58. **Successive Legal Action:** Right to file additional claims if further harm is discovered during discovery.
59. **Public Memorial:** A physical monument at the State Capitol for victims of custodial torture.
60. **Finality:** This demand represents the only path to resolution; no counter-offers will be considered.

---

**FAILURE TO COMPLY WITH THESE DEMANDS WITHIN REASONABLE TIME AND IN A LIFE SUSTAINING TIMING, AND IMMEDIATELY CONSTITUTES AN ADMISSION OF ALL ALLEGATIONS**

## F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

/S/ Edward Herbert Hoid,
(Plaintiff's signature)

31-MAR-2026
(Date)

(Revised February 2022)

# APPENDIX A

There are too many to list here a comprehensive drop box will follow with videos of gun fire assaults and a 3,000 page discovery and all axon and interrogation videos will all be inputted on the docket.

5:06 PM

gofundme



## Randal and Jackie Schubert medical bills

$2,305 raised

This fundraiser is no longer accepting donations. If you are the organizer, beneficiary, team member, or donor, sign in to see additional information.

Brianna Ciancio is organizing this fundraiser on behalf of Seth Schubert.

Donation protected

On November 8, 2020 Randy Schubert was riding his bike on a path in Longmont when he was jumped, robbed, and beaten. The physical damage to Randy has been to the extent that he required brain surgery and is in a coma; his assailants have still not been



## Longmont police search for suspect in robbery and ...

The Longmont Police Department is searching for a man they say beat a 71-year-old man to death and stole his bike.

Local News 4 years ago




Deals
Contests
Community
LIVE
DEVELOPING STORY
SEARCH FOR SUSPECT IN DEADLY ASSAULT
SUBSCRIBE NOW
Midday News Headlines
Your email
SIGN UP NOW
at the time stamp on the story
g for a man suspected of


PAROLEE ARRESTED THIS MORNING



Person of interest in a robbery case out of Colorado where the victim later died. (Longmont Fire, Police and Community Health and Resilience)

By Tony Keith

*Published: Nov. 18, 2020 at 7:11 PM MST*

LONGMONT, Colo. (KKTV) - What started as an apparent robbery has turned into a deadly encounter as police in Colorado ask for help with tracking down several persons of interest in the case.

According to police, someone was robbed on the Greenway between Lowes and the Recreation Center on the southeast side of Longmont back on Nov. 5. One of the persons of interest was last seen riding a green Bridgestone bike taken from the victim.

The Longmont-Times-Call is reporting the victim in the robbery was a 71-year-old man. Longmont police reported on Wednesday that the victim has since passed away.

If you know the person pictured at the top of this article or anyone pictured at the bottom, you're asked to call 303-651-8584. They are persons of interest in the case.

---

**America's Most Wanted Fans (an unofficial true crime media fan forum with focus on fugitive ma**

Home

Help

Search

Welcome Guest. Please Login or Register.

America's Most Wanted Fans (an unofficial true crime media fan forum with focus on fugitive manhunts

Forum-Exclusive Captures/Concluded Manhunts

Edward Hoid- Colorado- 2020 (CAPTURED)

**Edward Hoid- Colorado- 2020 (CAPTURED)**

Edward Hoid- Colorado- 2020 (CAPTURED) Nov 21, 2020 at 11:12pm

**Post by Scumhunter on Nov 21, 2020 at 11:12pm**



(Above photo credit: CBS Denver

From CBS Denver

---

https://www.denver7.com/news/crime/suspect-in-fatal-bicyclist-attack-in-longmont-found-arrested-on-separate-charges

NEWS**CRIME**

**Suspect in fatal bicyclist attack in Longmont found, arrested on separate charges**

[redacted]

undefined
undefined



E H (hoid-za-chemist@hotmail.com) is signed in

By: Stephanie Butzer
*Posted at 11:31 AM, Nov 27, 2020*

*and last updated 4:27 PM, Nov 27, 2020*

LONGMONT, Colo. — The suspect in a Longmont attack that left a 71-year-old bicyclist dead in early November has been arrested on separate charges.

On Friday morning, officers with the Longmont Department of Public Safety arrested Edward Herbert Hoid, 36, on a parole violation and other charges.

---

**Edward Hoid, Person Of Interest In Death Of Randall Schubert, Arrested After Disturbance At Longmont Shopping Area**

NOVEMBER 27, 2020 / 4:40 PM MST / CBS COLORADO

**LONGMONT, Colo. (CBS4) -** A man considered a person of interest in the death of a 71-year-old man has been arrested after a disturbance at a shopping center in Longmont early Friday. Edward Hoid, 36, was reportedly throwing rocks at businesses in The Village at the Peaks and accosted a security guard who told him to leave.

[Edward Hoid, Person Of Interest In Death Of Randall Schubert, Arr

Disturbance At Longmont Shopping Area]

November 27, 2020, 3:40 pm

Next 1 Dies In Serious Crash On Highway 287 Near Longmont
Previous Longmont Police Looking For Edward Hoid In Assault Investigation

**LONGMONT, Colo. (CBS4)** – A man considered a person of interest in the death



LOCAL NEWS

## Edward Hoid, Person Of Interest In Death Of Randall Schubert, Arrested After Disturbance At Longmont Shopping Area

NOVEMBER 27, 2020 / 4:40 PM MST / CBS COLORADO

**LONGMONT, Colo. (CBS4)** - A man considered a person of interest in the death of a 71-year-old man has been arrested after a disturbance at a shopping center in Longmont early Friday. Edward Hoid, 36, was reportedly throwing rocks at businesses in The Village at the Peaks and accosted a security guard who told him to leave.



NewsRoom

11/28/20 Denv. Post 6A
2020 WLNR 34216833

Denver Post (CO)
Copyright (c) 2020 The Denver Post Corp.

November 28, 2020

Section: ASECTION

Local Briefs

Man arrested in KILLING of 71-year-old

LONGMONT Police early Friday arrested a man identified as a person of interest in the death of 71-year-old Randall Schuber who was assaulted and robbed Nov. 5.

Edward Herbert Hoid, 36, was arrested about 1 a.m. Friday after officers were dispatched to The Village at the Peaks, 125 South Hover St., on reports of a man, later determined to be Hoid, throwing rocks at businesses. Numerous businesses ar vehicles in the area were broken into, according to the arrest affidavit.

Hoid ran from officers but complied with the arrest when officers told him to stop, the affidavit states.

Schubert was knocked off his bike north of the Longmont Recreation Center.



Hoid wanted in connection with Colorado murder. (Courtesy Photo)

By Melanie Standiford

*Published: Nov. 23, 2020 at 11:06 AM MST*

NORTH PLATTE, Neb. (KNOP) - Residents of Nebraska from North Platte to Kearney, and particularly those in Brady, can rest easy. The man suspected of being in the area, wanted in connection with the November 5 murder of a Colorado man, is in custody.

THE NORTH PLATTE TELEGRAPH

Search nptelegraph.com

Subscribe $1 for 6 months

E-edition News Obituaries Opinion Sports Life & Entertainment Jobs Wildfires 36° Clear Log In

Showing 5 results for:
Date Range:

All

Update Results

Follow this search
Showing: **5 of 5**

NATION & WORLD

**Freed Israeli hostage shares details; Rangers advance to World Series; autoworkers strike at Stellantis plant | Hot off the Wire podcast**

- Lee Media Studio, The Associated Press
- Oct 24, 2023
- 6 min to read

On today's daily podcast: 85-year-old Yocheved Lifshitz reveals details of her captivity, the Texas Rangers oust the Houston Astros in the ALCS and the UAW expands its strike.

LATEST HEADLINES

**Another icy day in the South; Alec Baldwin faces involuntary manslaughter charge; 'Dances With Wolves' actor arrested | Hot off the Wire podcast**

- Lee Digital Content Center, The Associated Press
- Feb 1, 2023
- 3 min to read

Get the latest on severe weather, felony charges for actor Alec Baldwin, a sex abuse case involving a former actor and sports highlights on our daily podcast.

LOCAL

**UPDATE: Police arrest Colorado man who is 'person of interest' in death investigation**



Edward Herbert Hoid (credit: Longmont)

Police say Hoid might be staying in Brady, Nebraska. He has an active felony warrant for parole violation. Investigators say he should be considered armed and dangerous.

**URL**

https://www.cbsnews.com/colorado/news/longmont-police-edward-hoid-assault/?intcid=CNM-00-10abd1h

**Timestamp**

LOCAL NEWS

# Longmont Police Looking For Edward Hoid In Assault Investigation

NOVEMBER 21, 2020 / 4:58 PM MST / CBS COLORADO

# photos of person of interest in attack that led to 71-year-old man's death

By **KELSEY HAMMON** | Boulder Daily Camera

PUBLISHED: November 18, 2020 at 2:56 p.m. | UPDATED: November 19, 2020 at 9:22 a.m.

The Longmont Police Department on Wednesday released more photos of a person of interest in a Nov. 5 assault and robbery of a 71-year-old man. Police said the elderly man, who was identified as Randall Schubert, later died from

| Report Officer | Printed At | |
|---|---|---|
| 0510/HIGH,JON | 09/06/2021 13:09 | Page 10 of 15 |

D0072020CR002138 DISCOVERY PAGE 168

20-8649 Supplement No 0007

## Longmont Police Department

### Narrative

I applied for a search warrant for phone "pings" for Edward's last known cell phone number of 720-487-3623 to locate him based on Edward's parole violation warrant. The warrant was signed by the Honorable Judge Archuleta. I served the warrant on T-Mobile around 1000.

signed a warrant after in prison no charges for 9 months

I was contacted by Randall's son who said he received a message left on some kind of Go-Fund-Me site for Randall. He sent me this message and I saw it said she was the sister of the suspect and she lived in Idaho. I called Candace and she gave me contact information for her sister, WITNESS-Amber Hold (Amber) who lived in Idaho. I called Amber and she told me the following: She did leave that message. She saw the photos on Fox News and knew he was Edward Hold, her brother.

Idaho sister saw fox Archeleta took the kids and abused my mom

20-8649 Supplement No 0007

**Longmont Police Department**

**Narrative**

I heard Chelsea had called regarding suspect identification of Edward, so I called her and she said the following: She saw the photos online on one of the news station websites regarding the 71 year old man. There were three photos; one with sunglasses and mask showing his nose and eyes leaning over a counter in a Walmart, one of his body, one of his face. The one where he was leaning over the counter his hands are distinct. He had a wrist tattoo but the jacket covered it. It was "clear as day" it was her brother. "Edward Herbert Hoid," DOB 03/19/84.

I called Edward's step-father WITNESS-Jerry Matsuoka (Jerry) and he said he last saw Edward many weeks ago prior to November.

He had seen the bike path suspect photos on KDVR. It did appear to be Edward but he was not 100% convinced because the suspect appeared to have bushier eyebrows, a little more flare to the nose, and was better dressed than Edward was usually dressed when he was homeless. Edward does have a tattoo on his wrist, [redacted]

ADVERTISEMENT

The stolen bike is described as a green Bridgestone and surveillance caught the suspect riding it after the incident.

"We are working on whether it was a crash or an assault. But in either incident, its tragic because normally when people crash their bike citizens come to help. They don't steal from them," Longmont Deputy Police Chief Jeff Satur said.

Investigators also have video of the suspect using the victim's credit card and dumping his cell phone.





On Thursday 111920 I received a voicemail from Barton saying he saw the Voice of Longmont and has a positive identification.

I went to Mida:
and he said th
hundreds of tir
truck so they v
with a yellow h
man sitting at
person. He sa

The bicycle wa
bicycle I was l
outside but he
and uploaded

I received a ca
regarding the
came into her
a similar mask
unrelated thing

WITNESS-Candace Nakamoto (Candace) called and told me the following: She saw the Denver Post news about case 20-8649. The photos were her brother, "Eddie Hoid."

11/18/2020 9:07am Denver7.com (ABC) [Elderly cyclist attacked, robbed in northern Colorado dies (denver7.com)] (2/4/24)

NEWS**LOCAL NEWS**

**Elderly cyclist attacked, robbed in northern Colorado dies**



Photo by: Longmont Police Department

AP

By: The Associated Press

*Posted at 9:09 AM, Nov 18, 2020*

*and last updated 6:49 AM, Nov 19, 2020*

AUTHORITIES IN NORTHERN COLORADO SAY AN ELDERLY MAN WHO WAS

ORIGINAL POST: Longmont Police are seeking the publics help in identifying these individuals who are persons of interest associated with a robbery which occurred on the Greenway between Lowes and the Recreation Center (SE Longmont) on Thursday, November 5th at approximately 5pm. One of the individuals was last seen riding a green Bridgestone bike taken from the victim. The victim sustained serious injuries in this incident.

If you know who these individuals are, or you witnessed this robbery and have not spoken to police, we are asking that you contact Detective Jon High at (303)651-8584 or the Longmont Emergency Communications Center at (303)651-8501. Please refer to Longmont Police Report #20-8649.



---

**11/21/2020** https://www.facebook.com/LongmontFirePoliceOEM/posts

UPDATE: On November 27, 2020, at... - Longmont Public Safety | Facebook (direct 11/21/2020 link) (third LPS posting)

**Longmont Public Safety**

UPDATE: On November 27, 2020, at approximately 1:10 a.m., officers from the Longmont Department of Public Safety, while investigating a suspicious incident, located and arrested Edward Herbert Hoid, age 36. Mr. Hoid has been charged with the parole violation and several other crimes he committed early this morning. Please see the attached arrest reports for additional details. As in any arrest, Mr. Hoid is presumed innocent. Mr. Hoid has not been charged in the death of Mr. Randall Schubert. Mr. Schubert's death is still a very active and serious investigation, and we are working closely with the Boulder County District Attorney's Office. We will continue to follow all leads until this investigation is resolved. Anyone who has information is asked to call the Longmont Emergency Communications Center at (303) 651-8501 or contact Detective Jon High at (303) 651-8584. Mr. Hoid is being held at the Boulder County Jail.

ORIGINAL POST: Longmont Police Services continues to investigate all leads involving the death of Randall Schubert, who died following an incident on November 5, 2020 on the green belt behind Lowes (Ken Pratt Blvd). The following press release has been issued to update our community on our investigation.

As a result of our investigation, and tips from the public, we have identified Edward Herbert Hoid, age 36. Mr. Hoid currently has a felony warrant for parole violation with nationwide extradition. Mr. Hoid should be considered dangerous and he should not be approached. Mr. Hoid, who has previously lived in Lyons, may have fled the state and we are working with other law enforcement agencies to locate him.

Mr. Hoid is described as a white male, 6'00" 180 lbs, with brown hair and blue eyes.

At this point, Mr. Hoid is wanted for the parole violation and has not been charged in the death of Mr. Schubert, and should be presumed innocent.

---



-chemist@hotmail.com) is signed in s photo of persons of interest in connection to the Nov. 5 assault and robbery of a 71-year-old man. (Longmont Police Department / Courtesy photo)

The 71-year-old Longmont resident was biking when the assault and robbery occurred about 5 p.m the greenway south of Lowes at 355 Ken Pratt Blvd. and north of the Longmont Recreation Center, police said.

The man's identification will be released from the Boulder County Coroner's Office. The autopsy ha

---

en established or adjusted for the reasons listed below and this report nullifies any

ward.

I served at supermax 621 days for news slander "high profile homicide"

Projected Date of Mandatory Release: 07/03/2028

um Maximum

| Day | Yrs | Mo | Day | Cons To | Jail Time | Jail Credit | NPT Date | Effective Date |
|---|---|---|---|---|---|---|---|---|
| 0 | 7 | 0 | 0 | | 621 | 621 | | 2023-05-12 |

n Governing Sentence(s), B = Both

sentence date news did not

ength

fox published the 8th, 13th, 16t, 18th, 19th, 21st, 27th

2023CV558 Declaration of FOX-31

"November 27 Article," and together with the November 19 Article and the November 21 Article, the "Articles"). That report explicitly attributed information about Hoid's arrest to "documents from the Longmont Police Department" and specifically stated that "Hoid has not been charged in Schubert's death." *Id.* at 1. This was the last Article FOX-31 published concerning Hoid. *See* Grandy Decl. ¶ 6.

Foll E H (hoid-za-chemist@hotmail.com) is signed in convicted of multiple crimes. *See* Case Nos.

**DECLARATION OF ASHLEY KISSINGER IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO DISMISS THE COMPLAINT**

I, Ashley Kissinger, depose and state as follows:

1. I am over the age of eighteen years old, and I have personal knowledge of the facts set forth in this Declaration.

2. I am a licensed attorney practicing out of the Ballard Spahr LLP offices in Colorado. I am licensed to practice law in Colorado, as well as in the states of California, New York, and Texas, and in the District of Columbia. I represent Defendants DP Media Network LLC, publisher of *The Denver Post* ("The Denver Post"), and Mac Tully, former President and CEO of The Denver Post, in the above-captioned matter.

Denver Post Declaration

Candyce reported in exhibits that she was alerted by denver post app and on the 19th, the step father presented a nov 18th publication and the 28th publication accussed I was arrested for the killing of a 71 year old

3. Attached hereto as Exhibit A are true and correct copies of the Sentence Orders against Plaintiff Edward Hoid entered in Case Nos. 2020CR002137 (Colo. Dist. Ct., Boulder Cnty.) and 2020CR002138 (Colo. Dist. Ct., Boulder Cnty.).

4. Attached hereto as Exhibit B are copies of the dockets, Reports and Recommendations, and dismissal Orders in the following cases initiated by Plaintiff Edward Hoid: *Hoid v. Fox News*, No. 1:23-cv-00670-LTB (D. Colo.); *Hoid v. CBS Evening News*, No. 1:23-cv-00711-LTB (D. Colo.); *Hoid v. ABC News*, No. 23-cv-01099-LTB (D. Colo.); *Hoid v. NBCU News Grp.*, No. 23-cv-01100-LTB (D. Colo.); and *Hoid v. AMW – Americas Most Wanted*, No. 23-cv-01101-LTB (D. Colo.).

5. Attached hereto as Exhibit C is a copy of an article published by The Denver Post in its

*Attorneys for Defendants:*
Ashley I. Kissinger, #37739
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO 80202
Telephone: (303) 376-2407
Email: kissingera@ballardspahr.com

Kennison Lay (*pro hac vice* forthcoming)
BALLARD SPAHR LLP
1 E. Washington St., Suite 2300
Phoenix, AZ 85004
Telephone: (602) 798-5573
Email: layk@ballardspahr.com

▲ COURT USE ONLY ▲

Case Number: 23CV576
Courtroom: 215

**DECLARATION OF LAURA A. FALLOON IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO DISMISS THE COMPLAINT**

I, LAURA A. FALLOON, depose and state as follows:

1. I am over the age of eighteen years old, and I have personal knowledge of the facts set forth in this Declaration and/or knowledge based on a review of relevant business records.

2. I am the Managing Editor at CBS-4, CBS Television Stations Inc.'s television station in Denver, Colorado.

3. CBS-4 published the following articles on its website, https://www.cbsnews.com/colorado, that mention Plaintiff:

CBS-4 Declaration

a. *Longmont police looking for Edward Hoid in Assault Investigation*, CBS-4 NEWS (Nov. 21, 2020), https://www.cbsnews.com/colorado/news/longmont-police-edward-hoid-assault. A true and correct copy of this article is attached hereto as **Exhibit A**.

b. *Edward Hoid, Person of Interest in Death of Randall Schubert, Arrested After Disturbance At Longmont Shopping Area*, CBS-4 NEWS (Nov. 27, 2020), https://www.cbsnews.com/colorado/news/edward-hoid-death-randall-schubert-arrested-disturbance. A true and correct copy of this article is attached hereto as **Exhibit B**.

4. Upon a diligent search of the archives of CBS-4, these are the only online articles mentioning Plaintiff that CBS-4 has published.

5. CBS-4 also broadcast two corresponding on-air segments on television on November 21, 2020 at 5 p.m. and recued (that is, replayed) on November 21, 2020 at 10 p.m. A true and correct copy of this segment is available at https://www.youtube.com/watch?v=4StZ8c6cZbk.

**11/13/2020** https://www.facebook.com/LongmontFirePoliceOEM/posts

UPDATE: On November 27, 2020, at... - Longmont Public Safety | Facebook (direct 11/13/2020 link

## Longmont Public Safety

UPDATE: On November 27, 2020, at approximately 1:10 a.m., officers from the Longmont D
Public Safety, while investigating a suspicious incident, located and arrested Edward Herbe
Hoid has been charged with the parole violation and several other crimes he committed ea
Please see the attached arrest reports for additional details. As in any arrest, Mr. Hoid is pr
Mr. Hoid has not been charged in the death of Mr. Randall Schubert. Mr. Schubert's death is
and serious investigation, and we are working closely with the Boulder County District Att
will continue to follow all leads until this investigation is resolved. Anyone who has inform
call the Longmont Emergency Communications Center at (303) 651-8501 or contact Detect
(303) 651-8584. Mr. Hoid is being held at the Boulder County Jail.

ORIGINAL POST: Longmont Police are seeking the publics help in identifying these individu
persons of interest associated with a robbery which occurred on the Greenway between Lo
Recreation Center (SE Longmont) on Thursday, November 5th at approximately 5pm. One
was last seen riding a green Bridgestone bike taken from the victim. The victim sustained s
this incident.

If you know who these individuals are, or you witnessed this robbery and have not spoken
asking that you contact Detective Jon High at (303)651-8584 or the Longmont Emergency
Center at (303)651-8501. Please refer to Longmont Police Report #20-8649.



NOV 18th

This was reported Nov 18th Fox denies it

10/18/23, 1:16 PM

Longmont police search for suspect in robbery and death of 71-year-old man | FOX31 Denver

I was not ide

Fox-31 #1




prior to R
dying Fox-3
reported on
Nov 13th
"Robbery and
attack"..
Please see
Nov 13th
Press Relea

# Longmont police search for suspect in robbery and death of 71-year-old man

by: Vicente Arenas, Web Staff
Posted: Nov 19, 2020 / 07:29 AM MST
Updated: Nov 21, 2020 / 11:23 AM MST

SHARE

*This is an archived article and the information in the article may be outdated. Please look at the time stamp on the story to see when it was last updated.*

**UPDATE:** Police have identified the man in the photos as Edward Hoid.

**ORIGINAL STORY:**

LONGMONT, Colo. (KDVR) — The Longmont Police Department is searching for a man suspected of being involved in the possible robbery and death of a 71-year-old man.

Police say Randall Schubert was found badly injured on Nov. 5 at about 5 p.m. on the Longmont Greenway near the Longmont Rec Center. He was hospitalized with serious injuries but died a few days later.

Investigators say the husband, father and grandfather had been robbed of his phone, wallet, credit cards and his bike.

"It's just been pretty devastating to everybody to have him go so soon cause of how healthy he was. He was as healthy as when he was 30-year-old," Randall's son Devin said.

NEWS > CRIME AND PUBLIC SAFETY

# Longmont police release new photos of person of interest in attack that led to 71-year-old man's death

By **KELSEY HAMMON** | Longmont Times-Call
PUBLISHED: November 18, 2020 at 2:56 p.m. | UPDATED: November 19, 2020 at 7:56 a.m.

**From:** Jeff Satur <Jeff.Satur@longmontcolorado.gov>
**Sent:** Saturday, November 21, 2020 10:34 AM
**To:** Brooklyn Dance <bdance@prairiemountainmedia.com>; Kelsey Hammon <khammon@prairiemountainmedia.com>; 4 News <kcncnews@cbs.com>; 7 News <newstips@thedenverchannel.com>; 9 News <desk@9news.com>; KDVR Tips <KDVRTips@kdvr.com>; Times Call <tcnews@times-call.com>; Robin Ericson <Robin.Ericson@longmontcolorado.gov>; news2@nbcneb.com <news2@nbcneb.com>; editor@nptelegrapg.com <editor@nptelegrapg.com>; dee.klein@nptelegraph.com <dee.klein@nptelegraph.com>; andrew.bottrell@nptelegraph.com <andrew.bottrell@nptelegraph.com>; Monte Whaley (monte@longmontleader.com) <monte@longmontleader.com>
**Cc:** Jeff Satur <Jeff.Satur@longmontcolorado.gov>
**Subject:** Press Release - Wanted Party

Hello All,

Please see the attached press release in reference to the Randall Schubert death investigation. For our media representatives in Nebraska, I have included some links for background. We have information he may be staying in Brady, NE, which is between North Platte and Kearney, which is why I included you in the email. I will also be sending information to the Nebraska State Patrol. I would appreciate if you could share this with your Nebraska affiliates along I-80. I do not have any vehicle information.

Feel free to call me if you have any questions.

Thanks, Jeff

*Each agency reported differently this is not a ridiculous / soit spree.*

https://www.timescall.com/2020/11/18/longmont-police-release-new-photos-of-person-of-interest-in-attack-that-led-to-71-year-old-mans-death/

https://kdvr.com/news/local/longmont-police-search-for-suspect-who-beat-71-year-old-man-to-death-stole-his-bike/

# APPENDIX B

1:26-cv-00313 plaintiff has dodged thousands of attempts and just like the following and notice this is an exact repeat

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00313-RTG

Edward Hoid ,
Plaintiff

v.

**Jury Trial requested:**
**(please check one)**
**_X_ Yes ___ No**

Lukas Butler ,
Loveland Police Department ,
Loree Schwartz ,
Ethan Doak ,
Josh Smith ,
Gregory Lammons ,
Bret Heidkamp (Crosstac Corporation),

Defendant(s)

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

**PLAINTIFF'S SECOND AMENDED COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**B. PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

**1)** Edward Hoid, P.O. Box 7222 Loveland, CO 80537
(Name and complete mailing address)

(970)692-6916 edward.h.hoid@gmail.com
(Telephone number and e-mail address)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Loveland Police Officer Lukas Butler
(Name and complete mailing address)

lukas.butler@cityofloveland.org
(Telephone number and e-mail address if known)

Defendant 2: Loree Schwartz #364142, PO Box 19352 Boulder, CO 80308
(Name and complete mailing address)

(305) 670-2112, loreeschwartz@gmail.com
(Telephone number and e-mail address if known)

Defendant 3: Loveland Police Department 810 E 10th Street Loveland, CO 80537
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 4: Josh Smith (Johnson Bakken Smith P.C.) 9200 Mineral Ave. Ste 450

(Name and complete mailing address)

(720)921-2070, jsmith@johnsonbakken.com
(Telephone number and e-mail address if known)

Defendant 5: Larimer County Magistrate Ethan Doak 201 Laporte Ave Fort Collins, CO
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 6: Larimer Judge Gregry Lammons 201 Laporte Ave Fort Collins, CO
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 7: Bret Heidkamp 1010 S. Lincoln Ave. Loveland, CO 80537
(Name and complete mailing address)

bret@crosstac.com
(Telephone number and e-mail address if known)

**C. JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

Fourth Amendment Rights Violations, Fourteenth Amendment Rights Violations, 18 U.S.C. § 1001, First Amendment Violations, conspiracy, attempted murder, et al.

___ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of.

If Defendant 1 is an individual, Defendant 1 is a citizen of __________________________.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of ________________________ (name of state or foreign nation).

Defendant 1 has its principal place of business in ______________________ (name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant*.)

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

## Table of Content for section "D. STATEMENT OF CLAIMS"

**Section I. (Introduction to Statement of Claims)…………………………..page 6-7**

**Section II. (Statement of the Claims)…………………………………….page 8-70**

**Section III. (Federal Claims Section Claims 1-36)………………………page 71-77**

**Section IV. (Supplemental Federal Claims Section 37-39)………………..page 78**

**Demand…………………………………………………………………79**

**Signature………………………………………………………………..80**

**Appendix A (Declaration by Witness Lackowski)………………………..81-87**

**Appendix B (Witness Lackowski Intimidation)…………………………88-97**

## D. STATEMENT OF CLAIMS

# I. INTRODUCTORY STATEMENT OF FACTS

This action involves a heinous, multi-layered conspiracy between **Heather Daniels, Cynthia Murphy, Loree Schwartz, and Bret Heidkamp**, who conspired with a singular purpose: to initiate a fraudulent and malicious lawsuit.

For **14 months**, the Plaintiff worked quietly within this circle, maintaining a low profile due to a documented history of **"news incitement" offenses** previously litigated in this Court. The conspiracy was unmasked when the Plaintiff, while repairing **Heather Daniels' computer**, discovered a digital trail showing Daniels was hunting for lawyers to sue a member of the Plaintiff's church using **false accusations of sexual abuse**.

Upon realizing the Plaintiff had discovered this plot and was ceasing work, the group struck with lethal intent. **Defendants engaged in an attempt on the Plaintiff's life**, resulting in **permanent physical injury**. Furthermore, the conspiracy extended to institutional sabotage: the defendants successfully coordinated the **termination of the Plaintiff's subsidies and essential medicine**, leaving the Plaintiff physically and financially vulnerable. This calculated "strike" has effectively **destroyed the Plaintiff's college education and future career prospects**, while **Judge Lammons** and the **Loveland Police** continue to provide the actors with judicial and physical cover. The Defendants are clearly bent frame of mind very radicalized and trying to cure N****rs and have plans to start some Montana militia again (Heidkamp), I have never held a gun and I never threw one punch when the public attempted to destroy me due to news prior, I cut fabric at work, Schwartz is Jewish and sells weed, Heidkamp constantly degraded my faith against the Jewish faith for Schwartz whom I never met. Heidkamp traffics assault rifles and specializes in shooting styles like that of the John Wick movies and has also never fought anyone, he makes it cool to imagine how many human beings one can kill with tactical weapons and given the radical hate and intentions for my faith it is strikingly similar to that of a fat greasy deranged and radical individual who drove into my church in Michigan and shot parents for shielding their kids with tactical weapons like the dozens Heidkamp owns and distributes, the man in Michigan then walked up to a six year old girl, poured gasoline on her after she watched her parents be shot by the same kind of guns Heidkamp possess and distributes, the man in Michigan burned the girl to death in Church. The defendants had some satisfaction after watching it on the news and this is why I quit, plus I got disability for medical reasons. These facts are for the Court to consider and not for me to assume, but there does

appear to exist an imminent threat like before when I reported to this Court case 1:25-cv-02228, I don't know the cause or the Defendants reasoning except without my knowledge they were in fact conspiring to sue my church's tithing money like people began doing on behalf of dead people from 50 years ago and while only possessing handwritten civil petitions like in this case.

Due to these events all my news and other cases are being revived and brought before this court again very soon and as well the US Supreme Court I have two entitled petitions for review which I am refining currently and which are at issue to some extent there.

Plaintiff wishes to report that the Defendants did contact a parole officer, Dolan, and they forced him to come to my home, they not knowing my background with parole, parole called me and told me not to worry. Officer Dolan did come to my home and he and reentry got me this, my first home in my entire life due to illness. Dolan and Courtney Lau of re-entry have supplied plaintiff with remedial efforts because of the past, thy got my drivers license for the first time in my life too in response. I am disqualifying parole and CDOC from other litigations because they have made thigs right with me. This magistrate knows what I am talking about and what they made right fully, I will never complain about them again they could replace this governor and practice in Colorado. They have changed for the better for the mistakes past and for people. Plaintiff needs to file that motion in case 1:23-cv-00462, the other defendants in that case are not going anywhere though.

# II. STATEMENT OF THE CASE

Edward Hoid increased production and saves the business while on a "ticket to work" from disability. Edward Hoid has prosthetics, was untreated Type One Juvenile Diabetic until November 2024, at age 40 diagnosis self. Seven skull fractures, Autism, blind left eye, brain damage, is currently under life threatening circumstances, Appendix will be attached containing all conversations at Crosstac and medical charts.

70 percent of earnings afford Edward Hoid lifesaving medicine in combination with eventual Medicaid and disability.

At time of hire, Cameron worked in sewing room with Karen. Candice worked on shop floor. Edward Hoid operates cutting table in a different area and remote in the shop also works alone while all others work together in separate sewing room.

At time of hire Edward Hoid travels by foot to Crosstac from 800 N. Garfield Ave Loveland. Karen begins supplying transportation to and from and also to 80 doctors' visits. Karen prepared Edward Hoid's meals and saved Edward Hoid's life.

I Edward Hoid was determined to make the Owner Bret Heidkamp proud and to earn his keep while deteriorating and dying but maintains positive attitude and is deeply involved in Church.

February 2025, Heather Daniels, is very abusive towards all, may have a drinking problem, Heather Daniels has a tendency to scream insult and throw objects at employee's feet and in trash cans. Cameron encountered this and quit, walking out and the reason for the abuse by Heather Daniels being that Cameron had obtained stable housing and because Cameron is gay.

Candice walks out due to Heather Daniels constantly reporting she is a fat welfare bitch and attacking Candice's livelihood and home, around March 2025, Cindy Murphy is hired.

Joe, a 68-year-old male was hired February 2025, Heather Daniels accused him of being a liability for having a stroke at home and gets Joe fired after colluding with the owner.

Once the other parties are fired and run away, Heather Daniels turns the focus to Karen. Karen quits in February 2025. I start walking to work again.




Heather turns the abuse towards Edward Hoid working at another location in the shop with machines. Heather Daniels has called police 4 times on passing public and since November 2025 through January 2026. Police do arrive every time. Every time, Edward Hoid snuck out the back door and gave money to the people afterward, cameras record on outside of building, Edward Hoid will seek the issuance of subpoena for all recorded video at Crosstac for dates January 2025 through January 2026.
Crosstac employs home sewers. Heather screams at them and they all take my number to cut Heather Daniels out due to fear. Exhibited in Appendix C, Ozden and Karen.

February 18, 2025

I Edward Hoid acting as goofy and reciting dumb and dumber movie remarks and singing and such was operating cutting table producing parts for home sewer Ozden. Edward Hoid cut a piece of fabric incorrectly and Ozden called to request a new piece of fabric. Heather storms 200 feet across the shop from her desk in her area. Heather Daniels begins shouting, "can't you count distance, why did you send the wrong part to Ozden this is why you need to get back into school, I have you on camera cutting the wrong piece, you're stupid" Heather Daniels throws the fabric roll at Edward Hoid and throws the parts bin on the floor and screams, "Fuck". Edward Hoid is impaired and disabled, stress kills Edward Hoid, and all are on notice of this as Bret the owner has been working with the Dept. of Vocational Rehabilitation ever since Edward Hoid's hire.




For being struck in the face and being abused as an at-risk person Edward Hoid being surrounded by women, walks out. Heather Daniels begs Edward Hoid to return and admits to abuse and cruelty. See above. Bret (the owner) becomes cautious Edward may sue and Edward wouldn't have had it been resolved.

Heather Daniels does beg enough Edward returns to work. Edward Hoid is an at-risk person with Autism.

Edward Hoid removes his own toe walking to work due to untreated Type One. Edward Hoid meets

Maxwell Hemric and Maxwell has late stage Parkinsons and shakes a lot. Maxwell supplies Edward with rides to work. The first time Maxwell dropped Edward Hoid off at work, Heather Daniels being ever desiring to call police on anyone, leans out the door at the business. She observes Maxwell Hemric shaking while leaving. Heather Daniels approaches Edward Hoid and shouts, "what's wrong with you he can't drive he is going to kill people, I am going to call the police and have his license revoked". I Edward Hoid report the disturbing comments to owner Bret; Bret is hardly ever present. Heather Daniels alerts her husband who did arrive drunk and drove his Ford F-150 while drunk spying on Maxwell hoping for excuse to call police and harass Maxwell, it is qualifying stalking an abuse of at-risk people, terminally ill people of which I am one. Heather's husband returns drunk. Karen advises Edward of what they were doing to Maxwell Edward Hoid states I'll file felony charges. Karen tells this to Heather Daniels and Heather Daniels reports to the owner that Edward Hoid and Maxwell Hemric are junkies and that Maxwell is posing a threat to life for having Parkinsons. Edward Hoid monitors ketones and glucose levels in urine and saliva 3 times a week and the testing also reports drugs. Edward Hoid can't use drugs and doesn't.




When Heather Daniels husband returned drunk, Heather Daniels and the husband, I don't care to research his name, propose pouring concrete for Bret the owner because of financial hardships, they never do.




For lack of success of achieving police involvement, either Heather Daniels or her husband contacts Summit Stone, Maxwell's treaters and they wind up having Maxwell assessed and his impairments were not increased, Maxwell lost his vehicle in the process and his very brittle life spirals out of control, Edward Hoid and Maxwell Hemric lost contact. Maxwell is an at-risk person. Edward Hoid contacts Summit Stone and advises that Maxwell had been placed in circumstances that required Maxwell to sell his medications and food subsidies for survival. The antics destroyed his livelihood and our home.

Edward Hoid desperately needed the work while using the only "ticket to work" he will ever have from

disability. Edward Hoid lost the second half of the household income and suffered. It is harassment and causing injuries. Similarly, the above mentioned who did quit were suffering losses through similar offenses committed.

Edward Hoid gets stuck working there under fear and Heather Daniels repeatedly defames Edward Hoid to the employer attempting to achieve damages and deprivations, Edward Hoid worked for free at times, because he just cared about the people, and has no one else in his life after the news. Edward Hoid is a great employee and Bret; the owner couldn't and would not fire him. The content of Heather's false statements is heinous and abusive.


3:08
5G 90
Bret The Boss
ed, we need you here. 100% of you not text Ed or email Ed but I'm here and focused and ready to work Ed. we need to have a conversation about quality in kidding as soon as you get here. are you planning on being here tomorrow for sure?
Yes.
please get good sleep.
K
if you had got a bigger u-haul it would have been less trips. 😂
And yeah whatever I need to improve I will. I am looking at classroom time that fits my schedule.
RCS message

Edward Hoid invites his Church Bishop, police interviewed, to the job to meet Bret. Heather asks what cult we represent. Bret and the Bishop become friends and they fly planes together. Heather Daniels becomes threatened. My Church has been undisputedly persecuted, reference our children being lit on fire in Michigan at church. YouTube published ads all day every day, law firms proposing that the Church is super rich and that anyone willing to falsely accuse a member of my Church of sex abuse would become rich. Thousands of people did sue the tithing money, and many of those people were actually not living when they sued somehow, and for claims without police reports and dating back 40 years ago. Heather Daniels computer at work was malfunctioning one day and Edward Hoid repaired it, in the search history Heather Daniels had searched for LDS Sex Abuse attorneys and stories. Subpoena is needed.

Edward Hoid is actively prosecuting numerous Federal actions, involving abuses committed against his children and the cause is policy. 1:23-cv-00462, 1:25-cv-08851, 1:25-cv-04771, 2:25-cv-00686, 2:25-cv-00799, US Supreme Court Dockets, and begins to see relief for the children.

4:51 5G 90%

District of Utah

## Notice of Electronic Filing

The following transaction was entered on 9/15/2025 at 4:21 PM MDT and filed on 9/15/2025

**Case Name:** Hoid v. KNOP-2 News et al
**Case Number:** 2:25-cv-00799-CMR
**Filer:** Edward H Hoid
**Document Number:** 1

**Docket Text:**
**COMPLAINT against ABC News, ABC-7 News, Americas Most Wanted, Zach Ardis, Lewis T Babcock, Mark Bailey, Phillip Brimmer, Joshua Burke, CBS News, CBS-4 News, Sherri Clark, Benjamin Collett, Nicole Collins, Ryan Dawson-Erdman, Ryan Day, Eric Elliff, FOX-31 News, FNU Fox, Google, Gray Media Group, Richard Gurley, FNU Hawthorne, Jon High, Stanley Jerido, FNU Johnson, KNOP-2 News, Ashley Kissinger, Bruce Langer, Kennison Lay, FNU Lipinsky, Longmont Times-Call, FNU Lum, Jason Malterud, FNU Moultrie, NBC-9 News, NBCU News Group, George L. Russell III, Nancy Salamone, Jeff Satur, Rachel Sloan-Stoggsdill, Leslie Southwick, Ballard Spahr, The Denver Gazette, The Denver Post, Paula Xinis (Originally received by the court on 09/15/2025). (Fee Status: IFP Pending) filed by Edward H Hoid. (Attachments: # (1) Civil**

Reply Forward

7:48 5G 48%

Activity in Case 1:25-cv-03711-UNA HOID v. XINIS et al Motion for Leave to Proceed in forma pauperis Inbox

DCD_ECFNotic... Nov 4
to DCD_ECFNotice

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

Reply all Forward

99+


2:44 63%

during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 10/28/2025 at 11:19 AM EDT and filed on 10/28/2025
**Case Name:** Hoid v. KNOP-2 News et al
**Case Number:** 1:25-cv-08851-LTS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**NOTICE OF CASE REASSIGNMENT - SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case..(kgo)**

**1:25-cv-08851-LTS Notice has been electronically mailed to:**

Edward Hoid edward.h.hoid@gmail.com

**1:25-cv-08851-LTS Notice has been delivered by other means to:**

Reply all Forward

99+

The first relief supplied, Edward Hoid, working with the Department of labor and Bret the owner was able to have student loans from the past discharged and for career advancements at Crosstac while they propose tax credits to the owner as well. The Department of Labor recognizing my form of autism is savant and similar to albert einstein they supply Edward Hoid tuition and massive support.


12:37
76%
Your TPD Discharge Application Has Been Approved
Dear EDWARD,
We have approved your Total and Permanent Disability (TPD) discharge application.
Your loans and/or TEACH Grant service obligation will be discharged based on your total and permanent disability. Your loan holder(s) will discharge your loan and return any loan payments that were received after your disability date to the person who made the payments. If you
Reply
Forward




Heather Daniels becomes very unnoticeable and Edward Hoid starts classes. Edward Hoid achieves honor roll while working full time and prosecuting massive federal actions, while attending 80 doctors' visits, dies twice and while healing his family and children.

Heather Daniels becomes enraged over the fact that either her son or brother, I don't remember can't finish school because he can't get student loans. She approaches Edward Hoid in July, 2025, again launching out of her chair, storming across the shop and shouts, "you're welcome, my taxes pay for this and my son (or brother) can't go to school, what are you going to do with it anyway, he wants to be a geologist".

Edward Hoid reports the offense to the department of labor and the owner. The owner becomes very cautious Heather Daniels was setting him up for suit, and that was not going to happen. Edward Hoid is retaining representation.



Hi Edward,

HKM Employment Attorneys has shared the following intake form that needs to be completed within the next 24 hours. We can not proceed with your case and assisting you in your legal matter until we receive this information back. If you are unable to complete this form online, then please reply to my email or call and discuss at 8007911007

If the link is not clickable, then please Copy/Paste the link below to your web browser(Chrome, Safari, etc), Intake Form to be completed:
https://hkm.lawruler.com/QuestionCodeE.aspx?c=8e5edc5f38093bc2b5929eb68d67b6ed1bb51f174290d332cd75f899dcac4cf7

Thanks!

HKM Employment Attorneys

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

Edward Hoid has never threatened anyone or done anything but a great job.

For lack of Bret the owner's participation in causing Edward Hoid injury, Heather Daniels solicits false accusations with Cindy Murphy. The two women begin to go to lunch together. The two women return on a day Edward Hoid was at class and they approach Bret the owner. They report false statements attempting to harm Edward Hoid and disrupt progress. Trying to render Edward Hoid unable to attend college and work, they reported that I Edward Hoid was attempting sex with dogs and that I was using meth, and that they fear me, and that I am always threatening to kill people. By this point Edward Hoid making strides for a significant duration. Bret the owner approaches Edward Hoid, Edward Hoid has no

time to even think or make threats, Edward Hoid now begins seeing relief for self and children due to success in Courts, and social security. When Edward Hoid returns to work after three days of not working, Bret the owner pulls Edward Hoid aside and questions him about raping animals and reports the ladies are in fear for their life. Edward Hoid advises Bret, he will not tolerate it and reports he is going to quit. Bret begs Edward Hoid not to leave, he thinking accurately that Edward Hoid intends to reimburse Bret for being a role model.

Edward Hoid documents the offenses with the Department of labor and advises Bret of such, Bret becomes fearful.


8:17
5G 82

Out of Office Re: License for cnc cert Add label

esley - CDLE, Amber 10/13/2025
Hello I am currently out of the office and will be returning October 10th. -- Want to

Edw 10/17/2025
to Chesley

Hi Amber,
I am sorry to bother you with this,
I have been roughing it out for survival at work. The employer also did propose to you some time ago, career advancement and I have maintained the same lawful and acceptable conduct since.

An elderly women working in the sewing room, has been becoming extremely combatative towards three hispanic women we hired to work in the same position. She began a slew of hate offenses spanning a few months, calling the women f'n beaners and obstructing them and yelling at them calling them rats and

Reply
Forward
99+

8:40 5G 78

lawful and acceptable conduct since.

An elderly women working in the sewing room, has been becoming extremely combatative towards three hispanic women we hired to work in the same position. She began a slew of hate offenses spanning a few months, calling the women f'n beaners and obstructing them and yelling at them calling them rats and beaners. It's gone on for three months.
The woman then turned it towards me because I speak Spanish and has been getting in my face and calling me an f'n idiot and accessing me of the same. We hired two other ladies working in other areas. They hate the fact that I got into college, and the fact that I am very I'll and am getting excessive accomodations.

Those two women, without any cause, reason or knowledge began confering with the first. I just show up and want to do my job and I struggle with it due to illness, and it goes without saying my illness becomes so much worse when emotional stress is introduced. They know this.

I twitch at times and I moan a little at times, but I don't work with them.

When I mentioned the racism and abuse to the owner, it winds up nobody had done so already.
Because I did, the second two women began to point at me and began going on breaks together and began to tell the owner that I am like a serial killer, rapist and that they feel threatened by me, and they pointed out my involuntary twitching and conditions caused by my severe illness, then tried to make me look gross because of it.

The employer is hardly there, however if I have been working there longer then they and have maintained the same activities for so long, suddenly when the

Reply Forward

A more complete record is in appendix.
At this time another woman is working with three Mexican women in the sewing room. The woman becomes hostile towards them; she begins screaming at everyone for months calling them "fucking beaners" and "rats" the woman begins stalking the ladies and blocking them from exiting the building even displaying hostility and willingness to fight. I don't know why. The woman is elderly and I attempt to ease the situation as I do speak Spanish. Cindy begins expressing desire to quit, Edward Hoid doesn't care and keeps working hard. Edward Hoid is eventually able to deescalate the situation and did not want anything to do with it. This is hostility incited by Heather Daniels, the management always provoking and attacking households. Maria Vaga, storms out crying. The other two are gone now. They can't speak English.

Bret is advised that reports are in and becomes afraid of the one person who loves him most, Edward Hoid.

When the employees begin to witness Edward Hoid achieve some relief and success for the first time in Edward's life, they become very threatened.

Edward Hoid begins charity. Heather Daniels begins hunting homeless and calling police on them daily.

One day a homeless person attacks women with a hammer nearby in Loveland at a tanning salon. Two days later a homeless person exits Sinclair gas station across the street from the job. He is screaming, "fuckin bitch I will kill you", the man travels along the side walk in front of the job and is shouting, he picks up a boulder and turns back. Edward Hoid approaches the man and grabbed the rock from his hand. Edward Hoid points and directs the assailant to travel in the other direction, Heather Daniels reports in civil protection order that Edward Hoid pushed the man and that's not true and it's on recording, Heather Daniels reports that this causes her to report that Edward Hoid, an employee, is capable of extreme violence, there are no incident reports or contracts at the job, Candice was on contract for being fat and lazy according to Heather Daniels. Heather Daniels reports in the civil protection order that there were no other incidents involving Edward Hoid, due to cameras being everywhere and recording at all times. Heather Daniels reports in civil protection order that Edward Hoid threatens her child's life with no details and provides no details to police for lack of actual events occurring. Under penalty of perjury Heather Daniels reports on civil protection order accusations, falsely accusing Edward Hoid of sex abuse and attempted murder and threats against life, none true and when asked for exact details, she will not be able to supply such as there are none. Heather Daniels files on record and under oath, false accusations of

sex offense and violent offense about Edward Hoid attempting to cause damages and prevent the reporting of crime by Edward Hoid. It is felony offense to falsify legal records and that is why the certification under penalty is printed in bold text on these petty civil applications for protection orders. Edward Hoid never lies and is not reliant upon affirmative defense such as hearsay, Edward Hoid has the benefit of candid camera footages. Heather Daniels will need to supply proof of the threats she proposes and exact details in Court or face felony charges. It is a felony in the State of Colorado to make reports to police falsely accusing rape, sex offense and violent crimes. This also is harassment and given my critical condition, it is in fact my life in danger. Heather Daniels had a handwritten, gibberish, temporary civil protection order, falsely accusing Edward Hoid of violent crime and threats of sex abuse served at Edward Hoid's home, where the landlord viewed the fraudulent document being served by Sheriffs accusing Edward Hoid of heinous offense that obviously never took place, this is malicious intent, Heather Daniels intends to publish the false statements in view of landlord hoping Edward Hoid would lose his home. Edward Hoid was served immediately after discharge from the emergency room, all parties are on notice that emotional distress causes Edward Hoid to encounter life threatening circumstances and Heather Daniels further leverages on disability and life-threatening illnesses while assaulting Edward Hoid in this manner, hoping to and actually causing permanent injury.




Edward Hoid cuts back to part time hours with approval. Heather Daniels begins yelling at Edward Hoid that he is lazy and that he needs to stop his “court crap” and college and focus on the job.

January 2026 Cindy Murphy asks Edward Hoid, “why hasn’t someone killed this mother fucker” referring to a defendant of mine, Jared Polis 1:23-cv-00462. Cindy tampers with active legal and federal action. Heather Daniels and Cindy have deleted their Facebook accounts, per advice of Lukas Butler. Wednesday, January 14th 2026 Edward Hoid engages in a remote place with lawyers and Wyoming Courts on phone conference, while compromising relief Edward Hoid’s children will and have now been supplied for sex abuse per policies. Heather Daniels ease dropped on that legal and confidential conferral and did overhear the topic being Edward Hoid’s children who were abused because of news. This is stalking and child abuse when Heather Daniels reports on civil protection order that I was erratic and full of gibberish involving the abuse of my children. I saw Heather sneak around ease dropping and this is habitual activities by Heather Daniels and she does this with several others; all ran out of the job due to it all. Heather Daniels has repeatedly attacked others households and caused degradations, Candice, Cameron, Ana, Maria, Maria, Yolanda, Joe, Edward Hoid, all willing to testify and don’t forget Maxwell. Heather Daniels abuses at risk persons and did cause Edward Hoid life threatening circumstances. Edward’s impairments are some of the easiest to provoke and are deadly. Proof is supplied in Appendix.

Thursday, January 15th, 2026 Edward Hoid is awarded some relief. Edward Hoid does present to Bret and reports that he wants to contribute greatly and that he wanted to in order to show his respect and gratitude for Bret. Heather Daniels becomes enraged. Thursday January 16th, Heather Daniels follows Edward Hoid around shouting at him all day, calling him crazy and a junky, despite Calculus 3 being my current class load. Cindy Murphy is standing near Edward Hoid in the cutting area, Edward Hoid’s area of the shop. Edward Hoid does report he does not need to work and that he would do so for free in order to increase the health of the company for the others benefit. The activities were degrading, offensive and long-lasting repeated offenses all day long. Cindy simply hung her head shaking it in disbelief all day while she tried to avoid Heather Daniels who was becoming aggressive and hateful. Edward Hoid discusses paying off Karen’s car because she is old. Cindy missed a lot of work just prior due to her husband having a cardiac episode. Edward Hoid asks Cindy if she needs help financially. It drives Heather insane and she is triggered to hostility and harassment. Edward Hoid witnesses Heather Daniels approach Bret the owner. Edward Hoid has completed all possible work. Heather looks at Edward while speaking with Bret, Bret looks in Edward’s direction and Heather is glaring with disgust and I don’t know why. Edward attempts to approach Bret to report that good news is at hand and that he was going home as always. Again, there is no reliance on hearsay, cameras are rolling everywhere and recording. Heather Daniels obstructs Edward Hoid shouting with aggression and disgust, “you can go, we don’t want you here”. She was obviously defaming and soliciting Bret the owner. Edward Hoid is weak and ill and simply avoids confrontations. Edward Hoid leaves pleasantly, on camera January 15th 2026. Edward

Hoid goes onto purchase a car and hand out charity that evening. Edward Hoid goes home and rests.

Friday January 16th, 2026, Edward Hoid arrives in a new car. Cindy is aggravated and does not want to report to Heather. Edward Hoid enters, clocks in on time as usual, Edward Hoid goes to the break room where Cindy is. Edward Hoid states, you asked why people won't kill Jared Polis, Edward Hoid reports, I did get some action regarding policy that caused the harms I won't mention again involving my minor children, Edward Hoid reports no one wants to end up in orange, but changes are happening and that I had shined a light on the subject and that Utah and Wyoming are addressing it, let them deal with it, trying to lift Cindy's spirit.

Cindy returns to Heather Daniels side in a different area than Edward's. Edward Hoid approaches the two ladies. Edward Hoid requested glue from Heather Daniels. Heather Daniels grunts while gritting her teeth, "we don't have glue, what do you need glue for" Edward Hoid states, "for foam tops", Heather Daniels grunts, "it's called spray glue, get away from me I will bring it to you". Cindy looks down shaking her head and reports, "I will help you".

Cindy and Edward leave the location and travel to the gluing site, 50 feet away from Heather. Heather brings a can of glue and looks away while scoffing and gave the glue.

Heather leaves. Cindy and Edward glue the product. Cindy, on camera, standing over the product and Edward Hoid on his knees applying glue, shakes her head and motions with her hand and neck, that she is done and wants to quit. Edward Hoid states, "I know, I can't believe how she is acting I have not seen her this bad yet". Heather Daniels is ease dropping and Cindy leaves to her isolated area in the shop.

Edward Hoid approaches Cindy over the laser machine on camera and states "I think she is dangerous and envious. She has nothing to envy, she does not envy what I suffered and that being my kids being abused and me being violently attacked in the past, what does she think she wants the same for her family, she could not withstand". Cindy is at the same time texting Heather.

Edward Hoid leaves Cindy and goes back to the glue station on camera, Heather Daniels jumps out of her chair and storms towards Edward Hoid shouting at the top of her lungs and flailing her arms screaming bloody murder, "you threatened my family mother fucker, you're a bitch nobody cares about your stupid kids you're a Mormon they would have been raped by your bishop anyway" "you are threatening my family I am calling the cops". Edward Hoid becomes excited and shouts "do it, I did not threaten your family, call the police or I will", Edward Hoid then shouts, "I didn't threaten your family, what did you hear all the way over there, what were my words, what threats did I make, please tell me exactly what I said, I was not speaking to you or near you, yesterday you were acting disgusting and you are not treating me this way anymore". Heather Screams, "mother fucker you just threatened my family", Edward Hoid

turns to Cindy and shouts, “did I threaten her family? I have a witness Heather”, Heather shuts up and Cindy exclaims, “I did not hear anything, I can’t take this I am done I don’t want to be part of this”, on camera, and Cindy storms out the back door.

Heather is silent for a few seconds Edward Hoid shouts, “you’re acting like a piece of shit”, Heather screams at ear piercing levels, “I’m calling police you threatened to kill my family”, Edward Hoid shouts on camera, “that’s it Heather I quit”. Edward Hoid leans and slides past Heather Daniels to the time clock and punches out while Heather Daniels continues screaming bloody murder, Edward Hoid walks past Karen who begins snorting and scoffing and then Heather Daniels shouts, “wait, we are good to you” Edward Hoid replies, “I quit”. Heather Daniels screams again, “well fuck you then, get the fuck out, don’t come back bitch, get the fuck out, get the fuck out I’m calling police”. Edward Hoid immediately leaves and reports to state social workers and Attorney General’s Office again.

12:27 5G 63

E

Edward Ho... Yesterday

to abigail.smith, br...

I Edward Hoid am considering disqualifying only andre stancil from the above case number, not wieser of polis.

Parole has become familiar and and I am being accussed of murder, rape and threatening to kill, by public, everyday because of bews and internet, obviously not by police though at times the lublic get them involved and obviously never charges, this has been for years.

Parole is accomodating me actually.
Another hand written petition, following a different one the day prior a civil one and by an individual does these things right now, and again. It reports that i am full of gibberish reporting that i am sukng government and news. This is because i dont disclose details in public, though at times people ease drop.
I dont talk about my situation with layman public because it is scary to most. I have yet to prosecute any of the thousands of individuals who have attacked me these ways, calling police and accussing me of threatening and of rape and when they cant achieve anything with police, they petition petty hand written temp civil pro orders.
I dont want to hurt individuals and if i ever suing an individual it would wreck their life. Thats why i dont.
I deal with this all day everyday. Parole's Dolan in Fort Collins and Elizabeth Alverez have been good about it.

Reply all Forward

99+


9:11
5G 70
Courtney
Hey Edward, I do really care about what you are going through but I am limited on how I can help you in this situation. If the situation does escalate I am always willing to be a personal reference if the police were to call but I do believe things will work themselves out
Okay thats fine and more than enough i am suing all the news i can handled mild police
I was having an episode just now a deadly one, im alright though
Have you gone through any counseling or classes to go over techniques for grounding yourself when these moments come?
Yes its physical i filed a case in that
Text message

Edward Hoid forgets laptop in the break room, Edward Hoid returns to retrieve personal and legal property. Heather Daniels begins screaming, "Ed Fuck you bitch get the fuck out you threatened to kill my family" on camera Edward Hoid shouts I need my property and travels directly to the break room and retrieves property and leaves.

Edward Hoid's illness was agitated and he winds up hospitalized. This is a threat against life and property and abuse against at risk person.



Below displays, after police requested details, due to Heather Daniels attempting to make false police reports accusing Edward Hoid of rape and violent crime, Heather Daniels knowing that Edward Hoid would be calling police, Edward Hoid landed in life threatening circumstances because of the foregoing events described and recorded on cameras, Heather Daniels abuses law while entering false accusations of sex offense and violence on a civil protection order, she reports that I threatened her child's life, she needs to produce exact details and can't. She reports threats of sex abuse and physical abuse; she needs to produce proof and exact statements or details of the claims and can't.


6:58

Edward H... 2 days ago
to abigail.smith, br...

From Edward Hoid • edward.h.hoid@gmail.com
To abigail.smith@coag.gov
brian.lanni@coag.gov
christopher.synsvoll@coag.gov
Date Jan 22, 2026, 10:42 AM
View security details

I Edward Hoid am considering disqualifying only andre stancil from the above case number, not wieser of polis.

Parole has become familiar and and I am being accussed of murder, rape and threatening to kill, by public, everyday because of bews and internet, obviously not by police though at times the lublic get them involved and obviously never charges, this has been for years.

Parole is accomodating me actually.
Another hand written petition, following a different one the day prior a civil one and by an individual does these things right now, and again. It reports that i am full of gibberish reporting that i am sukng government and news. This is because i dont disclose details in public,

Reply all Forward

25




The civil protection order attempts to prevent me from reporting crime, the civil protection order is false and falsely reports accusations of capital and sex offense about Edward Hoid, the civil protection order is felonious crime committed by Heather Daniels against Edward Hoid and is harassment. The court hearing will charge Heather Daniels for the offense; she will be asked to report what the threats were and how she is able to suggest anything of the sort due to her being 50 feet away from Edward Hoid until she jumps up and attacks Edward Hoid who was in a different area of the shop. Heather Daniels chose to

approach Edward Hoid and falsely accuse him, and could not by any means have heard Edward Hoid threatening anyone, and Edward Hoid did never, regardless, on camera Edward Hoid was alone when Heather Daniels reports that he was making threats to others, this is on recording.






Here is time stamp of me texting the business owner and at 7:45 a.m. after I had run back inside for my property and after quitting.

Heather Daniels supplied video of the argument and the exact time Edward Hoid declared he quits and left immediately. Heather Daniels reports she told Edward Hoid to leave and that is not the case Edward Hoid left and quit.

It is a felony offense to forge false legal documents in Colorado and enter them on record. The civil protection order is false and egregious it will be closed, and Edward Hoid wishes to pursue felony charges. The forged and false document enters false accusation about Edward Hoid in Courts. That is felony offense and is an assault committed against Edward Hoid.



INCIDENT CHECKLIST

This form is provided to help you prepare for your hearing. You may keep it or you may file it with your complaint. IF YOU DO FILE IT, IT WILL BECOME A PART OF THE PUBLIC RECORD AND WILL BE SERVED ON THE RESPONDENT AS A PART OF THE COMPLAINT

| Type of Abuse | Location Where Abuse Occurred | Date(s) of Incident(s) | Physical Injury, If Any | Police Contact? |
|---|---|---|---|---|
| Name-calling/Directed Use of Obscenities | 10105 Lincoln Ave Loveland, CO | 1/14/26 | none | yes |
| Threatening/Harassing Phone Calls | | | | |
| Threat to Injure Self | | | | |
| Threat to Injure Others | 1010 S Lincoln Ave Loveland, CO | 1/14/26 | no | yes |
| Threat by Physical or Sexual Abuse to Children | 10105 Lincoln Ave Loveland, CO [illegible] | 1/14/26 | no | yes |
| Threat by Displaying or Pointing Weapon, or by Access to Weapon | | | | |
| Threat by Cruelty to Animals | | | | |
| Threat by Following | | | | |
| Threat by Damage to Property | | | | |
| Throwing Things | | | | |
| Grabbing | | | | |
| Shoving or Pushing | | | | |
| Forcing Sexual Contact | | | | |
| Physically Abusing Children in Household | | | | |
| Sexually Abusing Children in Household | | | | |
| Slapping (with an open hand) | | | | |
| Punching (with a closed fist) | | | | |
| Kicking | | | | |
| Using Weapon | | | | |
| Biting | | | | |
| Choking or Strangling | | | | |
| Beating | | | | |
| Forcing Other to Stay in Closet, Room, Homes, or Other Locations | | | | |

Date: 1/14/26 Petitioner: Heather Day

JDF 401 R3/18 INCIDENT CHECKLIST

Here Heather Daniels falsely accuses Edward Hoid of sex abuse and violence towards children. In Colorado to make imminent threats against life and property is a felony, Menacing, however police, Heather Daniels would not supply proof to police, so she hand wrote it on a temporary civil protection petition, hoping to achieve me being labeled and persecuted for false accusations because she could not supply proof and get Edward Hoid charged or arrested for Menacing since Heather Daniels knew that she could not and because Edward Hoid didn't even threaten her, He quit because of her screaming and abusive treatments. Edward Hoid is retaining counsel, employment attorney, for addressing the conditions of employment.


...ident that causes me to ask for a Civil Protection Order occurred on or about ________ (date), at about 7:30a (time), in Larimer (County), when ...Hod (name of person) did the following to me and/or the above named ...ted Persons: **Be specific:** *What was the threat or acts of violence? Where did this occur? Were the minor children or other Protected Persons present? Was a weapon involved?*

Edward Hod came to work acting erratically, talking about his children being raped by Jared Polis, suing the government and other jibberish. I ignored it until I heard him threatening to "take out their spouse, take out their children, destroy their home and destroy them." I walked over to tell him that he can't talk like that at work when he started yelling at me saying that he was directing those threats towards me, my family and my life. I immediately told him to leave the premises and never return.

b) The most serious incident that causes me to ask for a Civil Protection Order occurred on or about 1/14/26 (date), at about 7:30a (time), in Larimer (County), when Edward Hod (name of person) did the following to me and/or the above named Protected Persons: **Be specific:** *What was the threat or acts of violence? Where did this occur? Were the minor children or other Protected Persons present? Was a weapon involved?*

Edward threatened my life, my son's life, my husband, my home and my property. My child was not present. This occurred at our place of employment and no weapons involved.

c) Any other past incidents of violence or threats? **Be specific:** *What was the threat or acts of violence? Where did this occur? Were the minor children or other Protected Persons present? Was a weapon involved?*

No past incidents towards myself but he frequently talks about threatening others and I witnessed him pushing a pedestrian on the sidewalk across the street from our work on January 7, 2026 @ 11:30am. I believe him very capable of violence due to witnessing that incident and his many, many conversations of threatening other people. He is mentally unstable and I have many texts of proof.

d) Are you aware of any other Protection Orders currently in effect against you or the other person?
☐ Yes ☒ No If **Yes**, list any relevant information, such as the issuing Court, State, and date of the order

5. I believe that I and/or the other Protected Persons named in this action are in imminent danger from Edward Hod (name of person):

☒ Harm to my/our life or health if he/she is not restrained as requested

☐ Physical or emotional harm to my/our emotional health or welfare if he/she is not excluded from the family home or the home of another

JDF 402 – Complaint/Motion for Civil Protection Order R: January 8, 2025 Page 2 of 4
(1) Court Copy (2) Petitioner Copy (3) Respondent Copy

Here Heather Daniels reports that I threatened her home, her child, her husband and herself, I did nothing of the sort, it is on camera recordings too, and according to this statement, somehow, I managed to clock in at 7:05, on a ticket to work from the social security administration due to disability, I managed to place my back pack and computer in the break room, walk to Cindy, threaten to kill Jared Polis(actually Cindy did that, I have been prosecuting Polis for 3 years), then walk all the way across the shop ask for glue which was refused, go to another location in the shop while waiting for glue, spray glue on two, 3 foot by 6 foot fabric panels, glue them together, while Cindy pretends to complain about Heather Daniels, go up to Heather Daniels in another location in the shop(I did not, she came to me screaming), and threaten in detail to destroy her home, kill her, kill her husband, kill her son, and then quit at 7:15 a.m. Then return

for my computer and go sit in the parking lot and text the owner at 7:45 a.m. So, all in under 10 minutes or so. Also, it is reported I was acting erratically and that's a lot of characteristics for walking in the door. Here Heather Daniels contradicts herself by reporting that she had not encountered any previous incidents, then reports that I had continually threatened people. Here also reports that Heather Daniels threw me out and that does not explain me clocking out after 10 minutes of being in the place and quitting due to abuse obviously. Also, it is obvious Heather is lying and I am really good at defeating lies placed with civil protection orders because I have done so with about a thousand others in about 3 years, all of which accuse me of rape and murder and threats because of what is on the internet and what was cast by the news. Here Heather Daniels displays that she had ease dropped on my phone conversation with Courts involving my children and Courts two days prior, this Court is familiar with my children who were abused because of news and I have an active case involving Jared Polis and it has stood for three years and when Heather Daniels proposes I am talking gibberish about that active case, it is demonstrated that I don't speak about it and that the only information she had was from sneaking around and listening to my confidential and legal phone conversations, I don't like to speak about the case because it frightens normal people. Here Heather Daniels demonstrates that it is the internet and news that drove her to these things, and again a person, Heather Daniels misinforms police with the news and the police react to the news just like years prior for which I am prosecuting that.

This Court is well familiar with the news events that I am speaking of I have prepared an Appendix containing big cases which are active and are associated with the news offenses Heather Daniels basis the offenses on. So, to this 10th District Court, here we go again, right?

Being supplied are the entireties of texting between all parties.
In the Appendixes is reporting to State law and Departments several occurrences which were documented. Please be Advised plaintiff is retaining Counsel for civil litigations regarding labor laws and personal injury.

Edward Hoid contacts Loveland Police upon discharge from hospital on Tuesday January 20th, 2026, Edward Hoid also has an infection, which is common for Edward Hoid due to untreated life-threatening illnesses. Edward Hoid contacts treaters and they attempt to treat. Edward Hoid discloses the events listed in the foregoing. Edward Hoid contacts police to report the crimes described in the foregoing. Loveland Police Officer Lucas Butler contacts Edward Hoid. Edward Hoid is not allowed to report the offenses by Lucas Butler verbally, Edward Hoid supplies notice of illnesses and impairments. Edward Hoid advises Church Bishop and documenting State department social workers that they will be contacted

by police as well these State law employees have been recording all the events during differing months spanning a year. Edward Hoid supplies their contact information as well as Cindy Murphy, Bret Heidkamp, Church Bishop Brague and Karen Lakowski (present during the incidents triggering Edward to quit).

It is initially, and falsely reported on temporary civil protection order and to police that Heather Daniels overheard me threatening to kill her family and destroy her home to Cindy Murphy. Lucas Butler did not contact State representatives as prescribed during me reporting crime which is documented by those State employees, Lucas Butler was supplied with news slander by Heather Daniels, Lucas Butler did contact the Church Bishop, the Bishop reports I am not a killer or a risk, so Butler then concentrates on soliciting false statements from Heather Daniels and Cindy Murphy. I am not certain if Butler contacted Bret the owner who was out of State during the incidents. Edward Hoid supplies affidavit to the Court and to Lucas Butler describing undisputed offense.

Lucas Butler reports back to Edward Hoid that he had contacted everyone, and he did only actually contact Cindy Murphy and Heather Daniels, Lucas Butler reports to Edward Hoid that everyone present reports to him, "verbatim, that you were shouting at the top of your lungs threats to kill Heather Daniels family, (untrue and on camera I quit)", also, "you only attack the no contact order", threatening me with violating that order, I Edward Hoid am entitled to redress regardless, Lucas Butler obstructs justice. Edward Hoid is at risk and Autistic, Lucas Butler abuses at risk person and is guilty of coercion and conspiracy. And so now it wasn't Heather Daniels over hearing me make threats to Cindy Murphy, Lucas Butler, having been supplied with news offense from years prior, makes reports that I was screaming so loud, threats to kill, that everyone heard and had reported such to Lucas Butler. Lucas Butler did not contact Karen Lakowski, the other party present.

I report to Lucas Butler that it is misprision, that I am at risk and that the reports are crime.

Karen Lakowski contacts Edward Hoid while Edward is at dinner with the Church Bishop.




Edward Hoid contacts Lucas Butler and gets permission and displays that he is not going to abridge the unlawful civil protection order.




Lucas Butler, having already generated false reports and hoping to revive the news offenses and false imprisonments from years prior, major federal litigations currently, forged false statements and reports stating that he contacted everyone and all reported that that I was screaming threats. Lucas Butler would attempt to have me falsely imprisoned for news offense and obstruct justice.




Karen Lakowski reports that on the following day, Lucas Butler returns to Crosstac and pulls Cindy Murphy and Heather Daniels aside and not Karen, for the foregoing reasons and Lucas Butler instructs the two women to compose a story that they will present. Lucas Butler tells the women what to report and while having the video footage viewed so that the three can aid the news and charge me with crimes, this is the response to me reporting undisputed and State documented crimes committed against Edward Hoid, again, I never threatened anyone ever, I do not have the strength or health for all of it, I attend full time college, while working and falling into pieces due to life threatening illness and I have Autism.

Lucas Butler advises Heather Daniels to install a door bell on the business in order to give the impression that she feels threatened. Karen Lakowski is told by Heather Daniels that if she wanted to quit, Bret, the owner would give her unemployment on January 23rd, 2026 and that being after Lucas Butler again visited the business to supply false statements and reports he generated on police reports to Heather Daniels.

One item of convenience and unnecessary, Lucas Butler has effectively tolled my claims in Federal Court against news and State and Federal Officials, this is a continually inflicted and severe injury caused by the

news and State.
I contact very accommodating and professional supervision, officer Dolan. Dolan has me take a drug test. I advise Dolan that I am being accused of rape and murder and threats almost every day for years now, because of the news. Dolan advises me to keep away and I already intended to do so, I barely made it out alive of the circumstances the news placed me under. Dolan advised he doesn't want me to be harmed anymore and he came to my home and I got my driver's license fixed. I have the upmost respect for Dolan. Dolan had advised against me working at Crosstac at the time of hire due to the news, I had to be able to afford my medicine while awaiting disability though. I lost toes and died a few times affording medicine.

Heather Daniels, Cindy Murphy and possibly Bret the owner may present to county court involving handwritten, false reporting accusations of sex abuse and violence by Edward Hoid on the temporary civil protection order prepared by Heather Daniels, the parties may attempt to solicit from the court lodging false accusations of sex offense and violence onto a permanent order and record, the civil protection order can join the thousand others I have incurred, all reporting falsely and being the cause of news and unlawful police. It makes no difference to Edward Hoid whomever will be amended into Federal prosecutions involving judges, police, news, government etc.

The foregoing statements and accounts are lodged into Federal prosecutions taking place currently in the Federal Courts in the District of Columbia, Southern District of New York, The District of Utah, The District of Colorado, also into active United States Supreme Court reviews and Dockets and to the Larimer County District Attorney's Office. The Colorado Attorney General's Office is informed as well, so are state district courts in Utah and Wyoming.
Because Lucas Butler refuses me protections and law, the Larimer County District Attorney is compelled to charge the assailants for stalking, abuse, assault and possibly attempts of manslaughter given that the parties are all on notice of the life-threatening crimes they commit involving illness and medicine, and because it is the case that the parties committed abuses against said medicines and at-risk persons.

**Background**

I Edward Hoid am extremely preoccupied and while that preoccupation is killing me, and the world knows. I Edward Hoid do not have a capacity for cruelty and aggression, further more emotions like the rest of the world, I am Autistic and very impaired, See Appendixes.

January 2025, I Edward Hoid was released from Larimer County Halfway House following being

unlawfully held in Maximum Security prison without charges for imaginary high-profile homicide (review appendix and related cases within), and where I was tortured and died. The result of a crazy woman presenting news offenses to police in Longmont Colorado, just as Heather Daniels does in this case.

I Edward Hoid present to Parole supervision in Fort Collins Colorado. Officer Dolan and Elizabeth Alverez are briefed on the circumstances and advise me to not work at Crosstac. I Edward Hoid had just prior gotten hired at Nordson Medical, I was working there for 9 days, and the news offense was discovered on the internet, I was called by Manpower, the staffing firm for Nordson, they informed me that I could not return to work because of the discoveries of the internet publications accusing me of murder. My illness was agitated by the events and I incurred hospitalizations immediately. This has been an ongoing detriment and torment for years. The manager at Nordson is Heather Daniel's sister.
I was unable to survive the elements and had to find income to afford medicine at all cost, including removing another piece of toe, and impacted life expectancy, also even if it meant facing the incited public again. I never speak of the dilemma to anyone, ever, it is discovered through the internet and remembered since the offenses were cast news reports by every outlet and in surrounding states for about a month.

January 2025, I did report Nordson to Crosstac as work history. Heather Daniels investigates and presents to Bret Heidkamp in January 2025 the news slander. Bret Heidkamp is married to a lawyer. When Heather reported to Bret, he responds, I know he is suing the news and there's a lot of silver lining with this one. Regardless my conditioning and relentless desire to survive resulted in good work. Nothing is ever mentioned to me, nor disclosed by me about my cases and experiences until November 2025, when Bret approaches me and reports, "I looked you up", I did not disclose details.

February 2025, Heather Daniels runs Candice out of the job attacking her children and subsidies, Candice is hired at Woodward Governor. Cameron is chased off by Heather Daniels for being gay. I Edward Hoid bought a television and begin watching TV for the first time ever. I become known as Reacher, like the television show because Bret the owner and I begin joking about the show. Heather becomes jealous about the owner's dog's infatuation with me. Heather Daniels assaults and abuses Edward Hoid, Edward walks out of the job, the owner and Heather Daniels beg Edward to return. When Edward returns, Bret the owner tells Edward that we are armed and we will take you out if you ever leave again. Heather Daniels and Bret are armed and are people which are bent frame of mind, the cause being the news, racism and mental illness, Heather Daniels in example calls police on Haitians in Greeley Colorado, for

being foreign while I Edward Hoid did supply the wrong address to Heather Daniels, who did drive around in my neighborhood weekly and reported to me every Monday that she was in my neighbor witnessing the "N%$#@4" taking over my neighborhood. Heather Daniels got my real address from a handwritten petition and temporary civil protection order. The individuals do perpetuate the hate and racism onto their families and I do believe Colorado as experienced enough of the youth…you know where I am going with this. Heather Daniels stalked Cameron at Chipotle, trying to confirm he had gotten a job there after he walked out of Crosstac. I attempted to report this to Lukas Butler and in turn he engages in a pattern of misconduct placing the public in danger. I only cut fabric and have never been armed or held a gun.

March 2025 Cynthia Murphy is hired. I was under the impression that she was cool and nice. Cynthia begins to immediately defame the other employees with Heather Daniels. Edward Hoid makes several Court appearances addressing incitement and torture. Bret's wife reports to Bret what the matters involve using her access to case docketing information.

June 2025 Edward's Church delivers food to Edward Hoid's home. Bret and Heather demand that they wanted the food too, Edward brings the food to work for the employees. Heather Daniels and Bret begin demanding Edward Hoid stock the work fridge with food subsidies which accommodate Edward's illnesses. Edward purchases food with wages instead. Cynthia Murphy enjoyed the food. Heather Daniels notices Maxwell Hemric's illness and attempts to deprive Max of his driver's license. Edward Hoid reports this to Bret. Bret explains that Max isn't a good driver for having Parkinsons. They do achieve Max losing his vehicle. Edward Hoid complains to Cynthia. Cynthia complains that they are doing this while Heather's husband is driving drunk to the job and while stalking Max.

August through October, while I was attending full time advanced college, working on a ticket to work, fighting massive cases and dying, Bret begins to display his friend's child who had breasts removed for sex transition. Cynthia Murphy begins to describe what a "furry" is. Edward Hoid simply recites movies and sings Christian rap songs while working to drown out ringing ears. Cynthia and Heather conspire outside work, and report to Bret the reasons that the dogs love me so much is because I am a zoophile. They report the news to Bret and that I am dangerous. The events were reported to the Department of Labor. Bret approaches Edward Hoid and asks him about the claims, Edward threatens to quit and sue. Bret begs Edward not to. Edward also alerts the State social workers who insist that police, if called get a reference from them.

Heather Daniels had been ease dropping legal and confidential phone calls with courts and lawyers; Heather Daniels had noticed that Bret enjoyed Edward's Church Bishop and begins hate speech accusing the Church of being pedophiles. By now it is obvious that Bret is extorting Edward Hoid. Bret begins attempting to obstruct disability. A few Federal cases are unlawfully censored; Bret gets the impression that I would not be useful and would not be able to make him super rich.

December 2025, Edward Hoid is approved disability and reports to employer, also reports that he can no longer work full time and that he had enrolled in the next college classes, Calculus 3 and Organic Chemistry 2. Bret asks Edward if he plans to make meth.

January 2026, Edward demonstrates that he is finished with working, I cannot physically work anymore, using emergency disability funding, Edward Hoid buys a car due to prosthetics and it makes all parties jealous and enraged as though I don't need the aid and transportation. Bret is absent most days and Heather and Cynthia conspire to remove Edward Hoid in a manner that could prevent Edward from redress for all the offenses he suffered. Heather Daniels falsely accuses Edward Hoid of threatening to kill her and her family as is described in the foregoing. Heather Daniels solicits while leveraging on years old news offense, false reporting by police in response to Edward Hoid reporting crimes to police. Lukas Butler breaches the temporary civil protection order while soliciting crime and stalking Edward Hoid.

Heather Daniels attacks Edward's home, family and church. Bret attacked Edward's livelihood and legal affairs with participation from his wife. Cynthia Murphy coerces an Autistic person and falsely reports with Heather to police. Police, Lukas Butler begins to compose false reports and will not allow Edward redress or protections. Lukas Butler participates in previous offenses committed by Longmont Police and news. At times I have been forced to give others the impression that I won and am winning immensely and that I would compensate for helping me, in order to evade assaults and abuses stemming from news slander, and for survival. In the end Edward speaks with Bret via text he denies all knowledge but does report, I know Heather is concerned for her safety, Edward Replies, "stop that, nobody does this to me anymore". Bret did envy my Bishop for having a bigger better plane than his, "I wish a church would buy me a plane".

**Facts and Amended Complaint**

As I reported in the foregoing, I was hospitalized and was in and out for potentially life threatening complications triggered by the offenses and complications existing during the offenses, even on the date

in question, it is undisputed that I quit due to abuse and fraud, Lukas Butler, when I called after discharge from the hospital directly following me quitting and running away from crimes being committed against me, I was reporting crime and the need to get my medicine, he refused to contact the State Departments who had been documenting the offenses in order to report them at the right time, these State Department case managers helped me keep quiet the news incitement I had just suffered. I am under a watchful eye at all times by 8 doctors, three care networks, college, State Departments and supervision, as well 60 doctors visits per year. Lukas Butler was supplied with all these State and Law workers contact information with their demands he contacts them, also Lukas Butler was supplied with Karen Lakowski's and Cindy Murphy's and Heather Daniel's contact information. For me reporting crime Lukas Butler turns to the news and Heather Daniels, the assailant and Lukas Butler began analyzing the malicious, false statements Heather Daniels published in view of my landlord on a false, hand written temporary civil protection order accusing me of attempting murder, threatening to kill children and of sex abuse of children. Lukas Butler called me back and reports that he contacted everyone present, he did not, he reports that everybody reports that you were screaming the threats so loud everyone could hear it. He then reports that I did quit, he watched the video of me quitting, I then report to Lukas Butler that the handwritten petition states that Heather Daniels threw me out. Also Lukas Butler reports that he saw the video when I was gluing material together alone and after Cindy Murphy helped me and while signaling on video with her hand and neck that she quits because of Heather Daniels falsely accusing my Church of being pedophiles and basing it on advertisements Heather Daniels search history on her computer confirms she had become obsessed with LDS persecution involving people falsely claiming the church and its members are rapists. The other reason Cindy Murphy was signaling she quit was because Heather Daniels reported nobody cares if your children are raped because of your church. Lukas Butler admitted to seeing these interactions, it wound up being 37 minutes worth. Heather Daniels reported that I came into work acting erratic and that was proven false immediately to the Loveland Police Lukas Butler, in the foregoing it is explained why claims are asserted against Lukas Butler, his response to falsely reporting that Karen Lakowski reported that I was threatening Heather Daniels, when Karen Lakowski immediately contacted me and reported that she would testify that I did not and that she would testify that she did not report to Lukas Butler that I was screaming threats, is explained in the foregoing. The handwritten petition was proven to be malicious and false and actually criminal acts; I also insisted that I was under life threatening circumstances and that I need my insulin and pump which were misplaced when I quit. Lukas Butler instead, ridicules me, with the news and so Karen Lakowski, the other party present who proves that Lukas Butler is a liar, and is bent on attacking disabilities and poor people while compensated by those people's tax money, it is even proven that Lukas Butler is allowed access to tax money before the tax payers can use the tax money for protection and to get lifesaving medicine. In the Appendixes is the

reporting of crime, to Lukas Butler, the affidavit I emailed to Lukas Butler during these events. Keep in mind Lukas Butler proved that when Heather Daniels published she threw me out, Lukas Butler admits that I quit and punched out after warning Heather Daniels that I was going to call the police, also that Lukas Butler was reporting falsely to me that all the parties present over heard me screaming that I would kill Heather Daniels, her children(she has none), her husband, burn her house down, then when Karen Lakowski contacts me and testified, the other party present that that was not true, and then 3 other former employees testify on my behalf, the petition is already proven false and malicious with intentions of damaging my home and that was successful and my non-existent finances which has occurred. The medicine is to be explained in what follows.

The following exhibit displays that I was hospitalized on this day January 19th, 2026 due in part to being deprived of life saving medicine and being restrained from it maliciously and that this is the same day I quit following the hate speech and abuse. Also, it displays that due to IV antibiotic drip, I should have been in the hospital and not enduring the abuse. I am very weak and I have mental conditions that agitate my life-threatening illnesses cyclically. It takes heinous acts to agitate my illnesses, and when this occurs, when I am treated with hostility, I pant, wave my hands, pace, I start trembling and I run somewhere so I can rebalance the chemistry of my body. Every person involved with me ever, knows this very well and even enters agreements with governmental departments who incentivize the people for knowing, while my case managers help me to conceal the news offenses long enough, I could get disability and help.


11:08 5G 94

ED After Visit Summar...

AFTER VISIT SUMMARY uchealth

Edward H. Hoid MRN: 3560969 1/19/2026 UCHealth Emergency Care - Greeley Hospital 970-652-2160
CEID: UCH-P5DN-4GHB-6VDV

Instructions

Your medications have changed today

Pharmacy Statement - Please Read: If you do need to change your prescription from one pharmacy to another, you will need to call the pharmacy where you want to pick up your prescription to complete the transfer. Not all prescriptions can be transferred. Please verify that we have the correct pharmacy on file to avoid difficulty in filling your prescription. Refer to your medication list for detailed instructions on how you take the medications.

Read the attached information
KRAMES Cellulitis, Discharge Instructions for (English)

Pick up these medications at KING SOOPERS PHARMACY 62000032 - GREELEY, CO - 2712 11TH AVE
• linezolid
Your estimated payment per fill: $0
Address: 2712 11TH AVE, GREELEY CO 80631-8443
Phone: 970-353-9780

Schedule an appointment with Lauren McVeigh, MD as soon as possible for a visit in 2 days (around 1/22/2026)
Why: For wound re-check
Specialty: Family Medicine
Contact: 1025 Pennock Pl
Suite 114
Fort Collins CO 80524-3257
970-495-8800

Today's Visit

Reason for Visit
Cellulitis

Diagnosis
Cellulitis of right upper extremity

Lab Tests Completed
BLOOD CULTURE Peripheral Vein
BLOOD CULTURE Peripheral Vein
BMP Basic Metabolic Panel
CBC with Auto Differential
Venous Blood Gas

Lab Tests in Progress
Biobank Sample

Imaging Tests
CT UPPER EXTREMITY W CONTRAST-RIGHT

Procedures
Insert peripheral IV

Medications Given
cefTRIAXone (ROCEPHIN) 1 g/10 mL reconstituted vial Last given 1/19/2026 10:41 PM
iopamidol (ISOVUE-370) Last given 1/19/2026 11:17 PM
linezolid (ZYVOX) Last given 1/20/2026 12:11 AM
Ns Stopped 1/19/2026 11:28 PM

Weight
180 lb

Edward H. Hoid (MRN: 3560969) • Printed by [106344] at 1/20/2026 12:21 AM ©2025 Epic Systems Corporation Page 1 of 14

We improve lives.

What's Next

MAR 23 2026 RETURN PATIENT with Katharine Patrick, PA-C
Monday March 23 8:30 AM (Arrive by 8:15 AM)

UCHealth Diabetes and Endocrinology Clinic - Harmony Campus
2121 E Harmony Rd Ste 230
Building A
Fort Collins CO 80528-3400
970-224-3636

Diagnoses this visit
Your diagnosis was: CELLULITIS OF RIGHT UPPER EXTREMITY

Note To Patients About HC Codes
Some diagnoses on this report may show the (HC code) abbreviation. This stands for Hierarchical Condition Category codes. HC codes are used for population health reporting and do not directly affect patients.

Below displays Karen Lakowski, quit because Lukas Butler continually returned and colluded with Heather Daniels and Cindy Murphy, this because I am a little quicker on the trigger of not letting people violate law against me and my civil rights, I filed lawsuits immediately from the hospital. Lukas Butler told Heather Daniels to tell Karen to quit and get unemployment. Karen Lakowski returned to work on the 23rd of January just to retrieve my insulin and she took a picture and sent it to me.




It is explained that the owner, Bret Heidkamp's wife is a lawyer, it is explained that the second day I was executing my ticket to work and employment (every portion of income is offset due to 100 percent of income affording critical care proven in the appendixes to this complaint), the owner tells the manager Heather Daniels that his wife says "Edward Hoid is suing all the news, a lot of silver lining with this one", then he is massively incentivized by the Department of Vocational Rehabilitation. The Owner's

wife's name is Loree Schwartz. She is a practicing defense lawyer out of Florida and practices in Colorado.

A civil hearing was set in the Larimer County Court for January 28th, 2026. The lawsuits I filed were at issue already. Bret Heidkamp defrauded and sabotaged my ticket to work and prospect of not staying disabled. I managed to keep up my end of the deal and advanced to calculus and organic chemistry, the DVR pays the tuition for the company to benefit by.

I am in and out of the hospital, I have managed to coordinate several treatments for autism, untreated Type One Juvenile Diabetes and multiple other life threatening, life long untreated illnesses.

I immediately composed notices and filed them with County Magistrate Ethan Doak. I alerted him of several critical care appointments that I had upcoming which had been scheduled for a long time, I proved that the handwritten petition is fraudulent and malicious, I notified Ethan Doak of the civil actions filed. I notified Ethan Doak that I was supposed to be in the hospital on the 28th of January due to illness and infection resulting from the original offense, I requested he simply close the case in lieu of further damages. I notified Ethan Doak on record 10 days in advance. Ethan Doak refused to reset the hearing date. I refused to allow these people to permanently lodge false accusations of rape and murder onto my permanent record through a civil handwritten and fraudulent petition and through a county magistrate. If I did not make the appearance that is exactly what would have happened uncontested. This was the plan of Loree Schwartz.

I delayed life saving treatment to make the appearance on January 28th, 2026. I arrived at the Court at the last second, Loree Schwartz made an entry of appearance. My Defendant's wife. I barged into the court room, stumbling, waving my arms and lacking the typical motor skills and control that I always lack. I immediately report that I was supposed to be in the hospital, I am very sick, and that this petition is fraudulent and malicious, Ethan Doak confirmed he got my notices. Loree Schwarts has an audience of Bret Heidkamp, her husband, Heather Daniels and Cynthia Murphy. Loree Schwarts immediately jumps up and shouts, "Judge this is a vindictive litigator", then she turns to her husband Bret and whispers have your attorney contact me, his defense attorney Josh Smith and his firm. I immediately turn toward the woman and ask her name, and I exclaimed, "what did you just say about me"? I did not know it was Loree Schwartz I had never, in 14 months met her.

My doctor called me; I cannot turn off my phone it is my insulin pump. I was experiencing standing blood sugars of greater than 1000 for a few days and I had a life-threatening septic infection that results from longstanding high blood sugars and when that medicine is deprived and attacked. The Magistrate

asked who it was, I put the treater on speaker phone and he reported that I am under strict directive to go to the hospital, and yes, I can perform duties while incapacitated and that is a fact, but the ones I don't need to, I should not. The hearing was reset; I went to the hospital as can be seen below. Everybody was hoping I would not make an appearance and contest. Magistrate Ethan Doak began ridiculing my disabilities, he began to assert that I was acting aggressive while my doctor was checking on me, I reported to my doctor that I do not feel well, my infection abscessed and that my blood sugars were standing at 1000. I am not ever reporting mild discomforts, I am untreated Type One, I am autistic and the two, when agitated deliver me to instant agony and confusion. For me stumbling around dying with notice supplied, Ethan Doak asserts I am aggressive even while on the phone with my critical care coordinator addressing the life-threatening circumstances.



12:07

ED After Visit Summar...

AFTER VISIT SUMMARY

uchealth

**Edward H. Hoid** MRN: 3560969
CEID: UCH-P5DN-4GHB-6VDV

1/28/2026 UCHealth Emergency Care - Greeley Hospital 970-652-2160

## Instructions

Your medications have changed today

**Pharmacy Statement - Please Read: If you do need to change your prescription from one pharmacy to another, you will need to call the pharmacy where you want to pick up your prescription to complete the transfer. Not all prescriptions can be transferred. Please verify that we have the correct pharmacy on file to avoid difficulty in filling your prescription. Refer to your medication list for detailed instructions on how you take the medications.**

Read the attached information
KRAMES Cellulitis, Discharge Instructions for (English)

Pick up these medications at UCHealth Pharmacy - Greeley Hospital
- cephalexin

Your estimated payment per fill: $0

Address: 6767 W 29th St, Greeley CO 80634
Hours: 8 a.m. to 9 p.m. Mon-Fri, 9 a.m. to 7 p.m. Sat-Sun
Phone: 970-652-2125

Schedule an appointment with Lauren McVeigh, MD as soon as possible for a visit
Specialty: Family Medicine
Contact: 1025 Pennock Pl
Suite 114
Fort Collins CO 80524-3257
970-495-8800

## What's Next

MAR 23 2026 RETURN PATIENT with Katharine Patrick, PA-C
Monday March 23 8:30 AM (Arrive by 8:15 AM)

UCHealth Diabetes and Endocrinology Clinic - Harmony Campus
2121 E Harmony Rd Ste 230
Building A
Fort Collins CO 80528-3400
970-224-3636

## Today's Visit

Reason for Visit
Wound Check

Diagnosis
Cellulitis of right arm

Lab Tests Completed
BLOOD CULTURE Peripheral Vein
BLOOD CULTURE Peripheral Vein
Basic Metabolic Panel
CBC plus WBC Differential
POCT Lactate

Procedures
Insert peripheral IV

Medications Given
cefTRIAXone (ROCEPHIN) 1 g/10 mL reconstituted vial Last given at 2:17 PM

Weight
180 lb

## Patient Portal

**My Health Connection**

View your After Visit Summary, schedule appointments, send messages, and refill medications by downloading the UCHealth Mobile App for Apple or Android.

Edward H. Hoid (MRN: 3560969) • Printed by [89015] at 1/28/2026 2:17 PM ©2025 Epic Systems Corporation Page 1 of 9

We improve lives.

## Diagnoses this visit

Your diagnosis was: CELLULITIS OF RIGHT ARM

## Note To Patients About HC Codes

Some diagnoses on this report may show the (HC code) abbreviation. This stands for Hierarchical Condition Category codes. HC codes are used for population health reporting and do not directly affect patients.

Before I left the Court Room I told Ethan Doak, I won't allow you to lodge false accusations of rape and attempting murder onto my record. Loree Schwartz immediately began colluding with Josh Smith about my illnesses, and about how they could falsely report in this civil county court in a way that would sabotage my current proceedings involving Bret Heidkamp Loree's husband. They distributed the pleadings of my active Federal Cases, including images of my children. Loree Schwartz acquired my

medical charts and doctors phone numbers from my notices and notes written to the Magistrate concerning my critical care. She shared this information with Josh Smith and it was published to my Defendants and Josh Smith's entire law firm. Ethan Doak knew and conspired with Loree Schwartz and Josh Smith, two lawyers to violate my civil rights during the next proceedings.

I went onto try to repair my housing subsidies, my care and help Karen Lakowski financially with my subsidies and file for her unemployment. I mentioned the previous employees during the January 28th hearing and Heather Daniels did attempt to contact them, none would communicate with her and all testified for Karen and myself.

The next hearing in civil court was set for February 4th, 2026. I had to reschedule my intake for autism in order to make the appearance.

I arrived at the Court House. I was very ill, I slide and move around a lot and I pant, I do a good job of containing it while in crowded areas. The Court Room was under construction. The Clerk advised every person to wait in the hallway and that we would all go into another Court Room. A Loveland Police officer sat on the bench in the handicap place next to me. Heather Daniels spotted me from about 20 feet away and began shouting, "help, he is violating the protection order", I turned away from her, I went to the Clerk and reported it, the Clerk told me I was supposed to be there so the Loveland Police Officer left. We enter the Court Room and Ethan Doak immediately reports, that I was going to need to file a complaint after this one, he was right.
I began by reporting with documentation, that I would be moving strangely and that I was impaired. Loree Schwartz jumps up and states diabetes is not impairing, Mr. Hoid is just worried that his parole will be violated. Days prior Loree Schwartz contacted parole, a supervision that is known to be unlawful by this Court, but parole has remedied a lot with me, and they did come to my home and let me know that I was not in trouble, and that Loree Schwartz or Loveland Police were accusing things. I wind up getting my drivers license fixed after the interaction is all, I am under a spot light.

There was an audience and a magistrate assistant shaking their heads in disgust following this hearing.

Loree Schwartz was allowed to set three witnesses, some of whom were not present during Heather Daniels assault, I was not allowed to present Karen Lakowski's testimony, the other party present, and none of the actual employees who all walked out of the job for racism, abuse and Heather Daniels calling the Loveland Police on all of us and every person that walks by. It was Heather Daniels that published a

hoax with counterfeited news icons, on Facebook, reporting that a man who had attacked women with a hammer in Loveland Colorado was released on P.R. bond. She presented the hoax to me, Officer Dolan will testify that I requested to know where the assailant was released to, and he was not actually released, Heather Daniels had repeatedly sent me outside to intercept homeless people, whom I would give my money to, and she would call the police on them and report rape, robbery and drug dealing, between the months of November and December 2025 Heather Daniels had Police arrive four times for her accusing passing homeless people of violent crime, she reported that a homeless man exiting a neighboring gas station screaming and cussing at the clerk and picking up a rock while at the same time Heather Daniels is convincing me that the homeless hammer attacker is loose and is picking up a rock, I did go across the street and took the rock and pointed the homeless person in the other direction, Heather Daniels reports this as extreme violence in the petition published in view of neighbors and my landlord see below; I did manage to get an affidavit from all the homeless people including the one with the rock all testify that Heather Daniels has been calling police on them and accusing them of rape, robbery and murder falsely, I simply went to the nearby homeless shelter to get these.




This is all information I reported to Loveland Police initially who chose to use the malicious acts as an excuse and means to restrain me from life saving medicine and cause deliberate injuries. This is a habitual malpractice of the Loveland Police. This was also information supplied in advance to the civil petty court Magistrate.

During this hearing, Ethan Doak called every available Sherriff's deputy to stand very close to me and

lunge at me, tax money well spent, my insulin delivery device began to alarm. I was urgent low. I was directed to consume glucagon and glucose so the pump could give me a constant and calculated dose of life saving medicine. At the same time Karen Lakowski texted me hoping to be a witness. Ethan Doak shouted at me and signaled to the deputies to move in on taking the glucagon and glucose, he shouts, "what is that, you can't have that", I told him that it was medicine an that I have to take it. The deputies backed off mildly, then Ethan Doak demanded that I turn off my device and signaled the deputies to turn it off, I alerted the deputies that it is my life saving insulin delivery device and I can't turn it off. They shrugged and made me turn it off immediately after I took glucagon and glucose per directives. I am autistic and when my Type One Juvenile Diabetes is agitated these days, my feet, face and hands begin to throb and burn like fire, I began stepping on my feet and trying to subdue the peripheral neuropathy that was agitated while my blood sugar spiked to over a thousand due to consuming the emergency glucagon and turning off the insulin delivery by force. I alerted Ethan Doak that I knew he was deliberately agitating my life-threatening illnesses and that I would file claims if it did not stop. Loree Schwartz commented like I was faking and trying to avoid this hearing.

**Heather Daniels Testimony**

Loree Schwartz sat Heather Daniels. Bret Heidkamp supplied a 2.5-minute-long video, no audio, it is doctored and zoomed and is only 2.5 minutes in duration.

Heather Daniels reported on the petition that I only threatened her the one time and that I was constantly threatening everyone else, everyone only possibly being Karen Lakowski and Cynthia Murphy. Heather Daniels reported this on the stand, the video publishes two and a half minutes, me after having been assaulted and having my children being exploited and having arrived to work 35 minutes prior happy and sick, I got my first car in life despite prosthetics for 10 years, the video is zoomed in to conceal Karen Lakowski's presence and does not include the work and interactions with Cynthia Murphy it also excludes me being nice and happy and being initially attacked by Heather Daniels. The video shows me pacing and swinging, waving my arms around and me looking at Cynthia Murphy in her area of the shop, I was complaining and threatening to quit, Cynthia Murphy is in the video waving at me to calm down and to not quit, Heather Daniels comes barging into the video and this is where she begins shouting, "you threatened to kill me and my family", in the video I begin shaking my arm and pointing at Cynthia Murphy and I stated, "I have a witness", Cynthia Murphy gets out of her chair and leaves while shaking her head reporting, "I did not hear anything". On the video Heather Daniels is standing in the middle of the exit and I then approached Heather Daniels and one seconds worth of mouth movement and speech are recorded, "I point at the exit and I exclaimed, "You're a piece of S**T, I quit" then I left and clocked

out, Heather Daniels is seen watching me and stating, “we are nothing but good to you Ed”, On the video I kept leaving and said “not this time”, I had left and it is documented in February 2025 and October 2025, documented even these people begging me to stay and it is documented with my case management involving the agreements between Bret and the DVR. Heather Daniels immediately on video turns and yells at my back, “Get the F**k out then”, I left and returned to get my laptop, Heather Daniels was screaming at me so I left in a hurry and was obstructed by Heather Daniels screaming and threats to call police from retrieving my insulin and pump. While in the stand, after Josh Smith and Loree Schwartz colluded with Heather Daniels about what to report, she reports that I exactly threatened, “I am going to kill you, I am going to kill your husband, I am going to kill your child and I am going to come burn your house down”. No person in the video was saying anything let alone all of this without moving their mouth, there is of course no audio, but the petition doesn’t only falsely report me making these threats, it reports falsely about my children and sex offense.

It was my turn to cross examine, I did stumble mildly, I can’t control my volume at times, the deputies lunged at me, I asked the following questions, continually interrupted by the Magistrate who would not allow actual witness testimonies.

I had the video replayed, the video is fraudulent but I had it played and I asked Heather Daniels to repeat exactly what I threatened, the long drawn-out statements she just made. I asked her to point to the exact moment on the video, and then I asked her if she realized that my mouth isn’t moving. I asked her to recall accusing my Church of being pedophiles and ridiculing my children regarding sex offense just prior, I then rephrase and asked where is the rest of the video and I asked why are you lying? Her only reply was that she is not lying.

I then asked Heather Daniels, why she reported that I was accusing that Jared Polis raped my kids? She was enlightened to my active Federal cases by Loree Schwartz in the past, she reports that I was always talking about my kids and them being raped and how I am suing the news and government. I point out that the previous day, I was on a confidential and legal conferral with various Courts regarding children thought to be mine.

Heather Daniels ease dropped that conversation I had on my break time outside and thought she was sabotaging redress for my children when exploiting them in fact, I point out that the children she is referring to, are not my children, see below, I never could have or did report to Heather Daniels that they were or anything about my current and active prosecutions.

Social Security Administration
**Retirement, Survivors and Disability Insurance**
Important Information

Office of Central Operations
6401 Security Boulevard
Baltimore, Maryland 21235-6401
Date: February 4, 2026
BNC#: 26T2345G16173-HA

0002385 00134501 1 MB 0.672 0128M1T2R7PN T604 P29
EDWARD H HOID
1815 28TH ST UNIT H
GREELEY CO 80631-8252

We are writing to you about your Social Security benefits.

**What You Should Know**

We stopped taking money out of your benefits for child support, alimony, or court ordered victim restitution.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $995.00 for February 2026 around March 3, 2026.
- After that you will receive $995.00 on or about the third of each month.

**If You Disagree With The Decision**

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal in writing.
- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

C

See Next Page

I point out that the confidential phone conferral she had ease dropped with malicious intent involved a person attending a telephonic divorce hearing while living in Larimer County, they falsely reported that two children were mine and that I earn six figures, I was defrauded and impersonated. See below;

7:30 5G 62

chrome-native://pdf/ 38

We base benefit estimates on current law, which Congress has revised before and may revise again to address needed changes. Learn more about Social Security's future at ssa.gov/ThereForMe.

### Earnings Record

Review your earnings history below to ensure it is accurate because we base your future benefits on our record of your earnings. There's a limit to the amount of earnings you pay Social Security taxes on each year. Earnings above the limit do not appear on your earnings record. We have combined your earlier years of earnings below, but you can view your complete earnings record online with *my* Social Security. **If you find an error**, view your full earnings record online and call **1-800-772-1213**.

| Work Year | Earnings Taxed for Social Security | Earnings Taxed for Medicare (began 1966) |
|---|---|---|
| 1991-2000 | $5,158 | $5,158 |
| 2001-2005 | $17,264 | $17,264 |
| 2006 | $21,290 | $21,290 |
| 2007 | $19,556 | $19,556 |
| 2008 | $25,600 | $25,600 |
| 2009 | $7,372 | $7,372 |
| 2010 | $0 | $0 |
| 2011 | $5,580 | $5,580 |
| 2012 | $10,325 | $10,325 |
| 2013 | $15,486 | $15,486 |
| 2014 | $13,863 | $13,863 |
| 2015 | $10,118 | $10,118 |
| 2016 | $13,250 | $13,250 |
| 2017 | $425 | $425 |
| 2018 | $0 | $0 |
| 2019 | $6,278 | $6,278 |
| 2020 | $1,032 | $1,032 |
| 2021 | $0 | $0 |
| 2022 | $5,066 | $5,066 |
| 2023 | $0 | $0 |
| 2024 | $2,113 | $2,113 |

### Taxes Paid

Total estimated Social Security and Medicare taxes paid over your working career based on your Earnings Record:

**Social Security taxes**
You paid: $10,818
Employer(s): $11,136

**Medicare taxes**
You paid: $2,596
Employer(s): $2,596

### Important Things to Know about Your Social Security Benefits

- Social Security benefits are not intended to be your only source of retirement income. You may need other savings, investments, pensions, or retirement accounts to make sure you have enough money when you retire.
- You need 40 credits of work (at least 10 years) to qualify for retirement benefits. The amount of your benefit is based on your highest 35 years of earnings. If you have fewer than 35 years of earnings, years without work count as 0 and may reduce your benefit amount.
- To keep up with inflation, benefits are adjusted through "cost of living adjustments."
- If you get retirement or disability benefits, your spouse and children also may qualify for benefits.
- If you and your spouse both work, use the *my* Social Security Retirement Calculator to estimate spousal benefits.
- If you are divorced and were married for 10 years, you may be able to claim benefits on your ex-spouse's record. If your ex-spouse receives benefits on your record, that does not affect your or your current spouse's benefit amounts.
- If you receive a pension from earnings not covered by Social Security, your benefits may have been reduced prior to January 2024. The *Social Security Fairness Act* ended the Windfall Elimination Provision and Government Pension Offset. Learn more at ssa.gov/benefits/retirement/social-security-fairness-act.html .
- Learn more about benefits for you and your family at ssa.gov/benefits/retirement/planner/applying7.html .
- The *Statement* is updated annually. It is available online, or by mail upon request.

**SSA.gov** | Follow us on social media ssa.gov/socialmedia
Form SSA-7005-SM-OL (04/25) | Enclosures: Publication No. 05-10704

# Retirement Ready

ssa.gov

That is my lifetime earnings. At the time I began to lose the ability to walk and while I was untreated for life threatening disabilities in 2010, I earned essentially nothing ever and was left dying and crawling around in gutters without medicine, being arrested for drinking water due to DKA. The obligation was set at $1,200 per month beginning in 2013, I never earned as much as the obligation one single month during the entire 12 years it was enforced and had all subsidies, aid and miniscule earnings intercepted. I had crawled into child support offices begging and demanding relief and correction and that never took place, then they attempted to defraud my social security disability, but through that phone call I prevented it. I reported that the two children may have suffered due to news incitement offense, the State of Utah and Wyoming and various departments are all over it now. Regardless I pointed out that it was actually my sister's kids who were molested due to policy and news and that Heather Daniels falsely reported on the petition while making these remarks, the petition is hands down fraudulent and malicious. The photos of these children have been passed around by Josh Smith and Loree Schwartz while they search for a means to provoke or excite me. These children are victims of egregious offense. The first statements on Heather Daniels malicious petition report that I was erratic and was accusing Jared Polis of raping my kids and then it reports that I am full of gibberish regarding lawsuits I never disclosed to Heather Daniels. I finished. No audio.

Loree Schwartz then exclaims, "did he just follow you in this Court and was he being aggressive in Court", the Judicial assistant begins to squint and so does the audience who were present in the Hallway, Heather Daniels reports that I came within feet and was very aggressive and I object stating there are cameras, the magistrate warns me, "I already told you, that you would be filing a complaint".

**Cynthia Murphy Testimony**

Loree Schwartz presents Cynthia Murphy, not addressing the matters at hand ever, Loree Schwartz asked Cynthia Murphy if I am armed and dangerous. I have never held a gun. Cynthia Murphy replied, yes, he took a gun out of his trunk one day, (before I even had a car), then she reports that I went out behind the shop, located in densely populated industrial city limits, and that in broad day light, downtown Loveland, I was shooting a gun behind work. That was it.

I presented facts when it was my turn. I asked Cynthia Murphy to explain what kind of gun; she could not so I did. Below displays the "gun" that I retrieved from my roommate's trunk one day at work so I could blow plastic darts at cardboard on my breaks outside while I avoided the other people. Loree Schwartz has now lodged false accusations that I am armed and dangerous, trying to kill children and that I am faking my life-threatening illnesses, this was with cooperation with Bret Heidkamp's, (Loree's

husband) defense attorney involved in my prosecution of Bret, mind you, I am always under a microscope, every second of every day.



I asked the question, and while my blood sugar was rocketing because the magistrate made me deactivate my insulin pump at a critical moment, I asked Cynthia, “what did I ever do to you, why are you lying”? The Magistrate first interrupts me and says I can’t ask this question, Cynthia replied anyway and reported, “you never did anything to me”, I asked “what did I threaten to do to you” Cynthia replies, “I never said you threatened me, you have never threatened me”, I replied then why is Heather Daniels reporting on the fraudulent petition that I have never threatened her prior but that everyone is always telling her that I am

threatening them"? She had no reply and I pointed out another falsehood on the petition and the magistrate was participating and was simply familiar with Loree Schwartz, he is paid with tax money, he kept up his end of the deal and falsified the record trying to sabotage my current lawsuits against all these parties and this proves that the current representation is colluding with the other parties and has conspired to commit civil rights violations such as deactivating my life saving device hoping to make me miss an appearance. I asked Cynthia one last question, "why are you jealous of my subsidies"?

**<u>Bret Heidkamp Testimony</u>**

Bret Heidkamp is married to Loree Schwartz. Bret Heidkamp was not a witness and was never present. Loree Schwartz questions Bret. Bret first brags about his guns and life and the Magistrate cut him short. Loree Schwartz asked Bret if he is an expert on guns, he replies yes and then begins to report that he saw one of my hand fashioned darts associated with my toy blow gun, he had never seen the blow gun. He explains the plastic fin and reports that I made it and that it could kill somebody. Refer to the image above. This is Josh Smith, Loree Schwartz and Magistrate Doak conspiring to enter false accusations that I am armed and dangerous on civil findings with hopes and intentions of sabotaging my lawsuits at issue against Bret Heidkamp. If I did not attend the hearing the Magistrate would make findings consistent with all the false statements and would do so without me contesting.
I laughed and showed the blow gun pictures.

Bret Heidkamp, not answering any questions begins to report that I have an unauthorized laboratory and that I am making meth and weapons. Bret reports that he was pre-med at one time in ancient history and that he knows what the compounds are. I object and display my current college class schedule, Bret never could pass Organic Chemistry, but I did for him and it was paid for by the State for him and his company, I am currently enrolled in Calculus 3 and Organic Chemistry 2. Bret has no idea what the compounds sent to me by the College for my classes are. This does prove how envious and threatened Bret is by me for no reason except prejudice and fraud.

I only asked Bret one question and that is if he planned to reimburse the DVR for my tuition and the equipment and services they paid for as this was the agreement we had all made on paper over a year prior. Bret became very demanding and upset that the DVR would not give him cash incentives instead of paying my tuition, and I passed every advanced class.

I repeatedly told Magistrate Doak that he is putting me under life threatening circumstances and that my brain was becoming impaired, Doak was in a hurry to make findings that the accusations that I am armed and dangerous, trying to rape and kill children and am following Heather Daniels home from work, even though I supplied my 60 after work doctors' visits and class schedule, the findings are illegal and were lodged in order to sabotage my current prosecutions. This involved Doak forcing me to turn off my life saving medical device. Doak made findings that my body language, which was due to life threatening illness being deliberately provoked, suggested that I am trying to rape and kill Heather Daniels.

Suddenly the implants for my insulin pump began alarming, this is usually when my doctors start calling because they monitor the readings from the insulin pump Doak made me deactivate with intentions of causing life threatening circumstances so Doak could reset the hearing at a time I could not attend so he could make his findings final without contest. The Magistrates assistant did not want to transcribe what Doak was telling her to, as well she jumped in her seat when the emergency sirens began to sound from my implants. Doak said I could leave, the deputies were obstructing me and I told them to move so I could go to the hospital. On the way out I told Doak I would be suing him for this and he laughed; I then reported that I had intake for Autism scheduled for the following day if I wasn't stuck in the emergency room again. Doak scheduled for the next day during the reported chronic care appointment, he told me on the way out to supply another doctors note. Loree Schwartz jumps up and blurts out, you can't be serious, he just ate a sugar tablet.

I did go to the doctors and we treated the life-threatening Type One Complications deliberately caused by Loree Schwartz, Josh Smith and Ethan Doak for fraudulent purposes.

**Adams, Brian** Wed, Feb 4, 12:11 PM (13 days ago)

This e mail message is to confirm that I received a call at 12:00 pm on 2/4/26 and consulted with Edward Hoid regarding his elevated blood sugar level as well a

**Adams, Brian** <Brian.Adams1@uchealth.org> Wed, Feb 4, 12:17 PM (13 days ago)

to me

Edward Hoid has a scheduled intake Behavioral Health appointment at North Range Behavioral Health on 2/5/26 at 8:45 am.

Brian Adams, BSW, CAT
Care Coordination Specialist

UCHealth, Community Health Improvement
1025 Pennock Place, Suite #107
Fort Collins, CO 80524
**O** 970.495.7187
**C** 970.237.1857
**F** 970.495.7189
brian.adams1@uchealth.org
**uchealth.org**

uchealth

Doak still scheduled the next hearing for February 5th, 2026 at the same time as my autism intake and critical care, also while I was getting the injuries he just caused deliberately, treated.

This notice was supplied on the 4th of April.

I filed the notice with the Court and with Bret Heidkamp, who supplied the notice and my medical charts to Josh Smith and his firm representing him, and then Loree Schwartz intercepted my treaters phone number from the notice she was not supplied, Loree Schwartz called my Care Coordinator and attempted to coerce him to reschedule my critical care and to not supply the care.


4:16
5G
18
(970) 237-1857
I get those all the time
Ok
4:10 PM
Who is Lori Schwartz?
The owners wife
She left me a message, do I have the ok to call her back
?
No she is trying to restrain me from medicine. I just sent the owner the note you gave me and she got it from him.
So you don't want me to call her back
RCS message

Cross reference the phone numbers.

I had to choose life and I attended the autism appointment.




The hearing was not reset, instead the parties did achieve what they conspired to achieve, disrupting critical care and in order to have a hearing without my appearance so that they could sabotage my current prosecutions. Doak refused me accommodations and did deliberately cause me life threatening circumstances while conspiring with Loree Schwartz and Josh Smith to violate my civil rights, this is deliberate tampering with life saving medicine and I will be reporting to police attempted manslaughter my treater is a mandatory reporter and wants to discuss the offenses and not my care at our next

appointment.

Loree Schwartz made the hearing and I could not, after the disgraceful events, she contacts my care Coordinator again and threatens that I am going to jail now and blamed my care for it.

I have appealed the matters and reported to the Attorney General thus far, I will be reaching out to the FBI for many reasons.

Josh Smith and Loree Schwartz published photos of my children and my medical charts to the public and several lawyers without consent as well.

LARIMER COUNTY DISTRICT COURT [ ref:!00Dt004XX8.!500cs01UVPml:ref ] Inbox ×

C COAG Complaints
to me

Fri, Feb 6, 4:23 PM (11 days ago)

Hello EDWARD HOID,

Thank you for your phone follow-up regarding your complaint. Your additional submission has been added to our files. We will review the information contained in your reports as part of our work to collect data and identify patterns or practices of unlawful conduct.

I intend to subpoena the search history from Heather Daniels work computer as it displays her searching LDS sex abuse cases and she intended to falsely accuse me of rape and murder for being a member of that Church, and I will have to subpoena other documents and recordings as well. This case relates to active cases 1:23-cv-00462, 1:23-cv-00616 and there is an absolute pattern of shameful offenses by tax payer funded law enforcement and lawyers stealing welfare and attacking the weak and disabled persons. One outcome is visible if one walks out of the Alfred A Arraj Courthouse and finds that they can't spot a single child or living disabled person living a good life in Denver, CO, the same is true everywhere in Colorado.

Doak, Schwartz, Butler and Smith conspired with Lammons and this is obvious see Appendix B which displays this, and it involved taking my medicine I can't live without to silence me and sabotage redress.

# III. FEDERAL CLAIMS SECTION

**CLAIM 1: 14th Amendment – Substantive Due Process (Tactical Interference with Medical Care)**

- **Against:** Loree Schwartz.
- **Basis:** Defendant Schwartz, acting as a state-actor-in-concert, intentionally sabotaged Plaintiff's medical treatment by providing fraudulent data to his physician and care coordinators to force the cancellation of life-sustaining appointments. This "tactical incapacitation" was designed to ensure Plaintiff was physically unfit to defend his rights in court, leading directly to the first of three emergency hospitalizations. *See Miranda v. Munoz*, 770 F.2d 255 (1st Cir. 1985).

**CLAIM 2: 14th Amendment – Substantive Due Process (State-Created Danger)**

- **Against:** Lukas Butler.
- **Basis:** Defendant Butler affirmatively created a life-threatening environment by refusing to facilitate the retrieval of Plaintiff's misplaced insulin and pump. Butler's actions changed Plaintiff's status from "safe" to "critical" while mocking his "at-risk" status, causing a metabolic collapse. *See Kennedy v. Ridgefield City*, 439 F.3d 1055 (9th Cir. 2006).

**CLAIM 3: 14th Amendment – Substantive Due Process (Bodily Integrity)**

- **Against:** Ethan Doak.
- **Basis:** Defendant Doak violated the fundamental right to bodily integrity by ordering the physical deactivation of Plaintiff's insulin pump during a judicial proceeding. This order was a non-consensual medical intervention that directly induced a life-threatening emergency and subsequent hospitalization. *See Guertin v. Michigan*, 912 F.3d 907 (6th Cir. 2019).

**CLAIM 4: 14th Amendment – Deliberate Indifference to Serious Medical Needs**

- **Against:** Lukas Butler and Loveland Police Department.
- **Basis:** Defendants acted with deliberate indifference to a known, substantial risk to Plaintiff's life by ignoring his medical crisis to prioritize personal animus and a news-based agenda, failing to facilitate care required under state-mandated protective protocols. *See Estelle v. Gamble*, 429 U.S. 97 (1976).

**CLAIM 5: 14th Amendment – Equal Protection (Disability Animus & Pretext)**

- **Against:** Ethan Doak and Lukas Butler.
- **Basis:** Defendants utilized Plaintiff's autistic body language and diabetic seizures as a "pretext" for findings of dangerousness, intentionally mischaracterizing medical emergencies as "aggression" to deny Plaintiff equal protection. *See City of Cleburne v. Cleburne Living Ctr.*, 473 U.S. 432 (1985).

**CLAIM 6: 14th Amendment – Equal Protection (Class of One)**

- **Against:** All Defendants.
- **Basis:** Defendants subjected Plaintiff to intentional, irrational differential treatment. No other similarly situated diabetic or autistic individual was subjected to the coordinated deprivation of medication and forced deactivation of medical devices. *See Village of Willowbrook v. Olech*, 528 U.S. 562 (2000).

**CLAIM 7: 1st Amendment – Retaliation (Fraudulent Use of Civil Process)**

- **Against:** Loree Schwartz and Josh Smith.
- **Basis:** The filing of knowingly false petitions alleging "capital crimes" was a retaliatory act designed to punish Plaintiff for his legal advocacy and to sabotage his housing and medical subsidies. *See Nieves v. Bartlett*, 139 S. Ct. 1715 (2019).

**CLAIM 8: 1st Amendment – Retaliation (Weaponization of Prior Slander)**

- **Against:** Lukas Butler.
- **Basis:** In response to Plaintiff reporting workplace crimes, Defendant Butler weaponized years-old news slander as a pretextual justification to refuse his mandatory investigative and protective duties. *See Mt. Healthy City Sch. Dist. Bd. of Educ. v. Doyle*, 429 U.S. 274 (1977).

**CLAIM 9: 1st Amendment – Right to Petition (Access to Courts)**

- **Against:** All Defendants.
- **Basis:** The coordinated effort to physically bar Plaintiff from the courtroom through medical sabotage and insulin deprivation represents a total denial of the fundamental right to be heard. *See Boddie v. Connecticut*, 401 U.S. 371 (1971).

**CLAIM 10: 42 U.S.C. § 1985(2) – Conspiracy to Obstruct Justice (Witness Intimidation)**

- **Against:** Loree Schwartz, Josh Smith, and Bret Heidkamp.
- **Basis:** Defendants conspired to deter Witness Karen Lackowski from providing truthful testimony by threatening her with fabricated "forgery" and "unemployment" disputes. *See Kush v. Rutledge*, 460 U.S. 719 (1983).

**CLAIM 11: 42 U.S.C. § 1985(3) – Conspiracy to Deprive Equal Protection**

- **Against:** All Defendants.
- **Basis:** Defendants entered into a "meeting of the minds" to target a disabled "at-risk" adult for the purpose of stripping him of civil liberties. *See Griffin v. Breckenridge*, 403 U.S. 88 (1971).

**CLAIM 12: 42 U.S.C. § 1986 – Failure to Prevent Conspiracy**

- **Against:** Lukas Butler and Loveland Police Department.
- **Basis:** Having knowledge of the witness intimidation and the power to prevent the medical deprivation, these Defendants failed to act.

**CLAIM 13: ADA Title II – Failure to Accommodate (Public Entity)**

- **Against:** Loveland Police Department and Ethan Doak.
- **Basis:** Defendants failed to provide reasonable accommodations for Plaintiff's autism and diabetes, instead using disability symptoms as a basis for judicial force. *See 42 U.S.C. § 12132*; *Tennessee v. Lane*, 541 U.S. 509 (2004).

**CLAIM 14: ADA Title III – Coercion and Interference**

- **Against:** Loree Schwartz and Josh Smith.
- **Basis:** Defendants utilized coercion to interfere with the Plaintiff's medical providers, seeking to deny him essential disability-related services. *See 42 U.S.C. § 12203*.

**CLAIM 15: Section 504 of the Rehabilitation Act**

- **Against:** Loveland Police Department.
- **Basis:** Discriminatory refusal of emergency medical aid and retrieval of equipment based on the Plaintiff's disability by a federally funded entity. *See 29 U.S.C. § 794*.

**CLAIM 16: 4th Amendment – Malicious Prosecution**

- **Against:** Lukas Butler.
- **Basis:** Instituting legal processes based on fabricated "sex offense" allegations without probable cause to sabotage Plaintiff's reputation. *See Thompson v. Clark*, 142 S. Ct. 1332 (2022).

**CLAIM 17: 4th Amendment – Unreasonable Seizure (Medical Sequestration)**

- **Against:** Lukas Butler and Loree Schwartz.
- **Basis:** By isolating Plaintiff from his medication, Defendants restricted his movement and ability to travel to court, amounting to a constructive seizure. *See Brower v. County of Inyo*, 489 U.S. 593 (1989).

**CLAIM 18: Civil RICO (18 U.S.C. § 1964)**

- **Against:** Loree Schwartz, Josh Smith, and Bret Heidkamp.
- **Basis:** Defendants operated an enterprise engaged in a pattern of racketeering, specifically witness tampering (18 U.S.C. § 1512) to protect business interests. *See Sedima, S.P.R.L. v. Imrex Co.*, 473 U.S. 479 (1985).

**CLAIM 19: Monell Liability (Custom of Failure to Protect)**

- **Against:** Loveland Police Department.
- **Basis:** The LPD maintained a custom of failing to train officers on mandatory protections for "at-risk" adults under C.R.S. § 18-6.5-103. *See Monell v. Dept. of Soc. Servs.*, 436 U.S. 658 (1978).

**CLAIM 20: 14th Amendment – Procedural Due Process**

- **Against:** Loree Schwartz and Josh Smith.
- **Basis:** Utilizing fraudulent state processes to deprive Plaintiff of vested property interests in subsidies without a valid hearing.

**CLAIM 21: Abuse of Process (Tactical Sabotage)**

- **Against:** Loree Schwartz and Josh Smith.
- **Basis:** Utilizing the Civil Protection Order process for the "ulterior purpose" of sabotaging Plaintiff's litigation and subsidies. *See Cook v. Sheldon*, 41 F.3d 73 (2d Cir. 1994).

**CLAIM 22: Intentional Infliction of Emotional Distress (Outrageous Conduct)**

- **Against:** All Defendants.
- **Basis:** Coordinated efforts to induce a life-threatening medical demise in an "at-risk" adult, resulting in three hospitalizations, exceeds all bounds of decency. *See Rugg v. McCarty*, 476 P.2d 753 (Colo. 1970).

**CLAIM 23: Tortious Interference with Prospective Litigation**

- **Against:** Loree Schwartz.
- **Basis:** Intentional interference with Plaintiff's medical reality to corrupt the judicial record and sabotage claims against Heidkamp. *See Christopher v. Harbury*, 536 U.S. 403 (2002).

**CLAIM 24: Negligence Per Se**

- **Against:** Lukas Butler.
- **Basis:** Violation of mandatory reporting and protective duties owed to "at-risk" adults under C.R.S. § 18-6.5-103.

**CLAIM 25: Civil Conspiracy (Common Law)**

- **Against:** All Defendants.
- **Basis:** Coordination to use unlawful means (fraud, medical deactivation) to achieve the unlawful end of the Plaintiff's physical and legal demise.

**CLAIM 26: 14th Amendment – Violation of the Right to Liberty**

- **Against:** Loree Schwartz and Lukas Butler.
- **Basis:** Defendants acted in concert to prevent Plaintiff from moving or seeking aid by cutting off medical supplies. *See Zinermon v. Burch*, 494 U.S. 113 (1990).

**CLAIM 27: 6th Amendment – Interference with Defense Testimony**

- **Against:** Loree Schwartz and Bret Heidkamp.
- **Basis:** Intimidation of Witness Karen Lackowski constitutes a direct interference with Plaintiff's right to present his defense. *See Washington v. Texas*, 388 U.S. 14 (1967).

**CLAIM 28: Fraud on the Court (Deliberate Falsification of the Record)**

- **Against:** Ethan Doak.
- **Basis:** Defendant Doak intentionally entered false statements into the official record, characterizing a medical crisis he affirmatively caused as "violence." *See Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944).

**CLAIM 29: Subornation of Perjury & Fabricated Evidence**

- **Against:** Loree Schwartz.
- **Basis:** Schwartz knowingly presented fraudulent petitions to the court to facilitate the entry of the false record while Plaintiff was medically incapacitated.

**CLAIM 30: 14th Amendment – Failure to Intervene**

- **Against:** Lukas Butler and Loveland Police Department.
- **Basis:** Officers who allowed the conspiracy to deprive medical care and falsify records are liable for failing to protect constitutional rights. *See Byrd v. Brishke*, 461 F.2d 714 (7th Cir. 1972).

**CLAIM 31: Constructive Fraud (Breach of Fiduciary Duty to Truth)**

- **Against:** Ethan Doak and Loree Schwartz.
- **Basis:** Defendants breached their duties as officers of the court by manufacturing a fraudulent record of "violence" during a medical emergency. *See Scane v. McGrath*, 313 P.3d 104 (Colo. App. 2013).

**Claim 32: Conspiracy to Obstruct Justice (42 U.S.C. § 1985(2))**

- **Against:** Judge Lammons, Loree Schwartz, Butler, Bret Heidkamp, and Ethan Doak.
- **Basis:** Defendants conspired for the purpose of impeding, hindering, obstructing, or defeating the due course of justice in the State of Colorado with the intent to deny the Plaintiff the equal protection of the laws. The specific object of this conspiracy was to sabotage the Plaintiff's active lawsuit currently presiding in Judge Lammons' court. Defendant Judge Lammons utilized his judicial office to facilitate the fraudulent Daniels/Murphy litigation as a "counter-strike" to ensure the Plaintiff's pending claims were neutralized and dismissed. See *Kush v. Rutledge*, 460 U.S. 719 (1983); *Haddle v. Garrison*, 525 U.S. 121 (1998).

**Claim 33: Deprivation of Civil Rights Under Color of Law (42 U.S.C. § 1983)**

- **Against:** Judge Lammons, Loveland Police Department, and Loree Schwartz.
- **Basis:** Defendants, acting under color of state law, deprived the Plaintiff of rights secured by the 14th Amendment. Defendant Lammons abandoned all judicial neutrality to sabotage the Plaintiff's litigation from the bench, validating a fraudulent petition to justify the dismissal of the Plaintiff's valid claims. Simultaneously, the Loveland Police provided the necessary "color of law" cover by refusing to investigate the physical threats and witness tampering intended to prevent the Plaintiff from defending their active lawsuit. See *Monroe v. Pape*, 365 U.S. 167 (1961); *Pulliam v. Allen*, 466 U.S. 522 (1984).

**Claim 34: Conspiracy to Deprive Equal Protection (42 U.S.C. § 1985(3))**

- **Against:** Judge Lammons, Loree Schwartz, Bret Heidkamp, Butler, Ethan Doak, and the Loveland Police Department.
- **Basis:** Defendants conspired for the purpose of depriving the Plaintiff of equal protection of the laws and equal privileges and immunities. Defendant Lammons acted as the judicial anchor for the conspiracy, coordinating the sabotage and dismissal of the Plaintiff's active lawsuit with the physical "strike" carried out by Defendants Heidkamp and Doak. This coordination resulted in permanent physical injury, the destruction of the Plaintiff's college career, and the removal of life-sustaining medical subsidies. See *Griffin v. Breckenridge*, 403 U.S. 88 (1971).

**Claim 35: Fraud Upon the Court and Litigation Sabotage**

- **Against:** Judge Lammons, Loree Schwartz, and Butler.
- **Basis:** Defendants engaged in a scheme to interfere with the judicial machinery by introducing manufactured "rape" allegations into the state court record for the express purpose of sabotaging the Plaintiff's standing and credibility in their active pending lawsuit. Defendant Lammons' knowing facilitation of this fraud has corrupted the integrity of the state judicial process and directly resulted in the loss of the Plaintiff's medical subsidies and physical safety. See *Hazel-Atlas Glass Co. v. Hartford-Empire Co.*, 322 U.S. 238 (1944); *Bulloch v. United States*, 763 F.2d 1115 (10th Cir. 1985).

**Claim 36: Denial of Access to Courts (1st & 14th Amendments)**

- **Against:** Judge Lammons, Loree Schwartz, Butler, and the Loveland Police Department.
- **Basis:** Defendants acted in concert to systematically frustrate the Plaintiff's right to petition the government for a redress of grievances. By intentionally dismissing valid claims (including the "Children on Fire" litigation) and protecting fraudulent state-level claims, Defendant Lammons and the co-conspirators effectively foreclosed the Plaintiff's ability to seek judicial relief, resulting in the total disruption of the Plaintiff's education and health. See *Christopher v. Harbury*, 536 U.S. 403 (2002); *Boddie v. Connecticut*, 401 U.S. 371 (1971).

# IV. SUPPLEMENTAL FEDERAL CLAIMS

**Claim 37: Attempted Murder & Conspiracy to Commit Bodily Harm**

- **Statutory Basis:** Supplemental State Tort 42 U.S.C. § 1985
- **Context:** The "strike" by **Smith, Schwartz, Heidkamp and Doak** was not merely for intimidation; it was a lethal assault intended to silence a key witness. This resulted in **permanent physical injury** that hampers the Plaintiff's daily life and academic pursuits.

**Claim 38: Intentional Interference with Life-Sustaining Benefits**

- **Statutory Basis:** 42 U.S.C. § 1983 (Deprivation of Property/Liberty Interests)
- **Context:** Defendants coordinated with state-level actors to ensure the Plaintiff's **subsidies and medical access** were cut. This was a "slow-kill" tactic designed to force the Plaintiff into submission or death by depriving them of the medicine required to manage their health and injuries.

**Claim 39: Tortious Interference with Educational Prospects**

- **Context:** By timing the physical assault and the loss of subsidies to coincide with the Plaintiff's college enrollment, the defendants deliberately destroyed the Plaintiff's educational path and future earning capacity.

**I Edward Hoid declare under penalty that the foregoing is true and accurate.**

/S/ Edward Hoid 15-MAR-2026

## E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

**1) Compensatory and General Damages**

**Against:** All Defendants, jointly and severally.

**Basis:** For permanent physical disability resulting from the "strike," the total destruction of the Plaintiff's college education, loss of past and future earnings, and severe emotional distress caused by the coordinated sabotage and the fraudulent "rape" narrative. **Amount: $10,000,000.00 (Ten Million Dollars), (and to cover every second my life is cut short for fraud and no other cause).**

**2) Emergency Preliminary and Permanent Injunction**

**Against:** Judge Lammons and the Larimer County District Court.

**Basis:** To enjoin Judge Lammons from any further presiding over or interference with the Plaintiff's state litigation, and to prohibit any further acts of sabotage designed to prevent the Plaintiff from securing the judgment and payment owed in that matter.

**3) Mandatory Injunction for Medical Subsidies**

**Against:** All relevant State and Municipal Defendants.

**Basis:** For the immediate restoration of the Plaintiff's medical subsidies and life-sustaining benefits that were removed as a retaliatory "strike" to endanger the Plaintiff's life.

**4) Order for Forensic Seizure**

**Against:** Heather Daniels.

**Basis:** For the forensic seizure of Heather Daniels' computer and electronic devices to preserve evidence of the manufactured "rape" allegations and the coordinated "news incitement" campaign used to sabotage the Plaintiff's legal standing.

**5) Further Relief**

**Basis:** For any other relief this Court deems just and proper, including costs and fees associated with this action, Heidkamp is evading taxes and defrauding unemployment as well are the other Defendants.

## F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

/S/ Edward Herbert Hoid,
(Plaintiff's signature)

31-MAR-2026
(Date)

(Revised February 2022)

# APPENDIX A

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case Number: 1:26-cv-00313-RTG

Edward Hoid

Plaintiff(s),

v.

Lukas Butler,
et al

Defendant(s).

---

**Declaration of Witness Karen Lackowski, Individually on Behalf of Edward Hoid**

---

I, Karen Lackowski, declare as follows:

1) My name is Karen Lackowski. I am over the age of eighteen years, am of sound mind and am otherwise competent and in good standing to testify. All of the facts contained in this Declaration are based on personal knowledge and involvement, unless otherwise stated, and are true and correct, and if called as a witness I could and would testify as follows.

2) I live in and am a citizen of Colorado.

3) I currently live in Fort Collins, Colorado in Larimer County.

4) I have been a citizen of Colorado for more than 10 years.

5) I worked with Edward Hoid constantly, full time at Crosstac located at 1010 S. Lincoln Ave. Loveland, CO 80537, owned by Bret Heidkamp, manager Heather Daniels.

6) Edward Hoid and Karen Lackowski worked together closely between the dates of Dec 24th, 2024 and January, 2026, the month both Edward Hoid and Karen Lackowski were forced to flee the job due to abuse, discrimination and attacks against livelihoods and subsidies by Bret Heidkamp and Heather Daniels.

7) Employee Candice fled in March of 2025, employee Cameron fled in January 2025, employee Justin fled in March 2025, several other employees and persons have been adversely impacted by Bret Heidkamp and Heather Daniels including the most recent, Edward Hoid and Karen Lackowski.

8) I Karen Lackowski was present at work at Crosstac with Heather Daniels, Cynthia Murphy and Edward Hoid on January 16th, 2026.

9) Bret Heidkamp is rarely present, Bret Heidkamp was not in the State of Colorado on January 15th, 2026 through January 19th, 2026.

10) Edward Hoid did not enter work acting erratically on January 16th, 2026 Heather Daniels falsely accused this after Edward Hoid quit and fled from abuse and assault. I am a witness, Edward Hoid entered happy and excited that he bought a new car for the first time in his life for known prosthetics even.

11) I Karen Lackowski supplied support to Edward Hoid, who was in critical condition when we met, I supplied transportation to and from work for Edward Hoid for 8 consecutive months, and I supplied transportation to and from emergency rooms and doctors' visits at least 50 occasions between December 2024 and January 2026. I prepared Edward Hoid meals for 3 months and transported Edward Hoid to disability services appointments regularly and out of pocket and for Edward Hoid and his known dangerous and life-threatening illnesses, I expect nothing in return, I am in good standing.

12) Heather Daniels has forced Edward Hoid to flee the job in February 2025, (documented on the docket), in October 2025, (documented on the docket) as well on January 16th, 2026.

13) I Karen Lackowski witnessed Edward Hoid vocally declare that he had enough, Heather Daniels had been attacking Edward Hoid for days in pure strife and envy. She attacked Edward's illnesses, mental impairments including known by all parties always, Autism. **EDWARD HOID QUIT DUE TO ABUSE ON JANUARY 16th, 2026,** Edward Hoid has even entered the following text with Bret Heidkamp (owner) when he quit and while sitting in the parking lot wanting to retrieve his medicine and property.




14) Heather Daniels hand wrote a civil petition days after Edward Hoid quit the police did not file any reports until Edward Hoid called them between January 19th, 2026 or January 20th,

2026, this was retaliatory and was due to Edward Hoid reporting he would be calling the police, but Edward Hoid apparently and proven so, became hospitalized.

15) I Karen Lackowski am advised that the malicious hand written petition reports that Edward Hoid entered work acting erratically, I am a witness he did not, and that is recorded video that has been chopped and edited by Bret Heidkamp according to Edward Hoid, and in fact the cameras would have recorded Edward Hoid as he entered work on January 16th, 2026.

16) I Karen Lackowski am advised that the malicious hand written petition publish in view of Edward Hoid's landlord and subsidies through service by Heather Daniels, reports that Edward Hoid is always declaring that Jared Polis raped his children, Edward's children wind up not being his, and I declare that this is untrue and that I Karen Lackowski was closest with and to Edward Hoid the entire 14 months we worked together, Edward Hoid never, not one time made any statements of the sort.

17) I Karen Lackowski declare that repeatedly throughout the 14 months Edward Hoid and I Karen Lackowski worked very closely together that, Heather Daniels and Cynthia Murphy would conspire and coerce Edward Hoid's impairments and they would attack Edward Hoid with heinous subject matter and Edward Hoid never threatened or reacted with aggression he has no capacity, his disabilities are known, Edward Hoid begins flapping his arms, panting, tip toe-ing and runs away and has only ever remarked, all three times as he walks out, "I QUIT".

18) I Karen Lackowski witnessed Edward Hoid attend and excel in full time college and while working full time and attending around 100 doctors' visits in 2025 while he had no vehicle until October 2025 and got his first home in life in Greeley, CO. I am advised that it is accused Edward Hoid follows employees' home, and how is this possible given his load and I was his transportation and I did not follow any employees home.

19) I Karen Lackowski am advised that Loveland Police Officer Lukas Butler reported to Edward Hoid, for Edward Hoid attempting to report crimes against illness and the handwritten petition sabotaging subsidies, following him quitting, that I Karen Lackowski reported verbatim, "Edward Hoid screamed threats of sex abuse and to kill Heather Daniels, Heather Daniels child (late teen, one), to kill Heather Daniels husband and to burn down their homes". Lukas Butler did not get these statements from me, Karen Lackowski and in fact did not get any statements from me, Karen Lackowski. Edward Hoid quit he did not make any threats.

20) I Karen Lackowski was in closest proximity to Edward Hoid and could hear him better than any party after Heather Daniels provoked him, I could hear him complaining and threatening to quit and these were loud enough for every party to hear, Cynthia Murphy left, Edward Hoid advised that he was pacing and waving his arms and was threatening to quit, I Karen Lackowski concur and am a physical and present witness and the only real witness in this situation, **I KAREN LACKOWSKI DECLARE UNDER OATH THAT ON JANUARY 16TH, 2026 EDWARD HOID DID NOT IN FACT THREATEN ANYTHING TO ANY PARTY INCLUDING HEATHER DANIELS.**

21) I Karen Lackowski witnessed Heather Daniels publish a hand written civil petition for restraining Edward Hoid for known to be egregious, false statements and accusations made on the handwritten petition, days after Edward Hoid quit and for retaliatory and malicious purposes in order to attack Edward Hoid's subsidies, home, job and ultimately medicine for qualifying disability.

22) I Karen Lackowski quit Crosstac for the same events and abuses as Edward Hoid at the same time Edward Hoid quit.

23) I Karen Lackowski witnessed Loveland Police Officer Lukas Butler return to collude with Heather Daniels and Cynthia Murphy multiple times for Edward Hoid reporting crimes including on January 21st, 2026, Lukas Butler reviewed video surveillance and individually conspired with Heather Daniels and Cynthia Murphy, in person at Crosstac while I was present.

24) On January 21st, 2026 after colluding with Lukas Butler, Heather Daniels reported to me Karen Lackowski that she had deleted her Facebook accounts, and that if I quit, I could have unemployment.

25) I Karen Lackowski did not want to quit, several visits and conferences between the assailants placed me at risk and there is an undisputed pattern of Heather Daniels attacking employees homes and livelihoods, I am a senior citizen and like Edward Hoid but to lesser extent I can't cope with the abuse, I quit on January 23rd, 2026 I returned to retrieve Edward Hoid's life saving medicine, and I Karen Lackowski did exactly that.

26) I Karen Lackowski declare, having the best knowledge of Edward Hoid of any other person, that Edward Hoid is a very brittle, generally weak disabled person, not judging his size and appearance, Edward is very ill and is progressing phenomenally and socially despite his impairments, there is not one occasion, me Karen Lackowski being Edward's transportation and present every single work day for 14 consecutive months with Edward Hoid, that Edward Hoid did not make a single threat ever and not on January 16th, 2026.

27) I Karen Lackowski personally witnessed Heather Daniels call Loveland Police and having them arrive on four separate people of the public who were poor and just passing by with the property, and between September 2025 and January 2026, Heather Daniels would report the people were robbing apartments and doing drugs and were committing crimes

and they were not in fact, Edward Hoid snuck these people and others money and would buy them shoes and supply charity he could not afford to them.

**Witness Signature**

I Karen Lackowski do hereby make these declarations and statements under oath that to the best of my knowledge and with supporting facts and evidence, the statements are true and accurate, I Karen Lackowski also certify to the best of my knowledge, information, and belief that this declaration: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the declaration otherwise complies with all requirements.. I Karen Lackowski also declare that these statements are not for purposes of solicitation against Karen Lackowski. I Karen Lackowski sign the Declaration on March 8th, 2026 at Fort Collins, CO and respectfully submit the Declaration. (originals are stored)

/S/ *Karen Lackowski* 08-MAR-2026

Karen Lackowski

(970)581-4136

lackowsill@gmail.com

# APPENDIX B

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case Number: 1:26-cv-00313-RTG

Edward Hoid

Plaintiff(s),

v.

Lukas Butler,
et al

Defendant(s).

---

**Plaintiff's Notice of Potential Witness Tampering and Intimidation**

---

Comes now Edward Hoid's notice of possible witness intimidation by Defendants directly and or indirectly, all for this Court to decide.

On March 8th, 2026, a Declaration and Statements by Witness Karen Lackowski were filed into Federal case 1:26-cv-00313.

Karen Lackowski was present at Crosstac in Loveland, CO working with Edward Hoid on January 16th, 2026.

Both are actually victims of events at work and following both fleeing the job. Edward Hoid's particular circumstances are extremely destructive when agitated and all the parties in the case were and are aware of this then they deliberately agitated unfathomable circumstances with intentions of causing demise and or devastation.

Karen Lackowski agreed to supply information and statements she made herself, and proof will

be briefly supplied in follows, on Edward Hoid's behalf and Karen agreed to make the statements declarations, formatted lawfully and per all requirements, as she has direct knowledge of material fact.

**Below is statement 19 of Karen Lackowski's Declaration;**

19) *I Karen Lackowski am advised that Loveland Police Officer Lukas Butler reported to Edward Hoid, for Edward Hoid attempting to report crimes against illness and the handwritten petition sabotaging subsidies, following him quitting, that I Karen Lackowski reported verbatim, "Edward Hoid screamed threats of sex abuse and to kill Heather Daniels, Heather Daniels child (late teen, one), to kill Heather Daniels husband and to burn down their homes". Lukas Butler did not get these statements from me, Karen Lackowski and in fact did not get any statements from me, Karen Lackowski. Edward Hoid quit he did not make any threats.*

Karen Lackowski declared that the statements were hers except where reported otherwise, every statement was made by Karen Lackowski and advisements were reported as well, both parties conferred for hours in person, over the phone and did Q and A with hundreds of texts.

Statement 19 reports that Karen was advised that Lukas Butler (Defendant) reported that all present parties reported that Edward Hoid was screaming threats to kill children and Heather Daniels etc. Below is that advisement, Edward Hoid (blue), Karen (black):


10:08

5G 25

Karen

I won't care who knows what,,, once I'm out!

I know

Really quick, you said Butler went into Crosstac on the 21st right? He also told me on the phone that he contacted all three and that all three told him I was shouting threats which you were there and know i didnt but maybe thats why he went back.

Because he said that and then realized you and i are working out things. I think you should not talk to them very much

But it was the 21st right

This is all because of the news and internet.

Every where else in my life is better.

He was only there once that I know of. I

RCS message

**Below is the statement, it took a long time to record all Karen's statements;**



**Preparing a declaration for a witness based on their own statements is a common practice used by both attorneys and *pro se* litigants to ensure their testimony meets court formatting standards.**

The Declaration was lawfully drafted for a witness, on March 8th, 2026 audio read aloud was conferenced between Karen Lackowski and Edward Hoid, playing the declaration twice and everything sounded good and so the unsigned declaration was emailed to Karen Lackowski for review.




Karen can't print and can't work computers well so she was advised that;

**Under federal law, (the Esign act), electronic signatures are generally as valid as "wet ink" signatures if there is clear intent to sign and consent.** The "/S/" was advised as the conformed signature, the unsworn declarations under penalty of perjury are permitted according to 28 USC § 1746. Karen Lackowski retains original.


7:31
5G
22
Karen
to have you.
Thank you. For all the things described.
I emaiked the signed
Got it
K im gonna crank out some calculus and then tomorrow morning i will navigate a ton of things for you and me.
Just saying....
You know why
I'll be waiting😉
Aue ite den😎
Aye ite den, oh yeah
😎
What are you saying
RCS message

**Karen Lackowski was advised exactly what case the Declaration was made to. (Blue Edward Hoid)**



**Potential Tampering and Witness Intimidation**

The Declaration is authentic. This Case involves Defendant Loree Schwartz, now the question is raised, because I was not threatening to kill kids and burn down homes and I actually quit, review the Amended Complaint, Loree Schwartz, Bret Heidamps wife, lawyer and Defendant in this case for conspiring against rights when she inadvertently used my care coordinators phone number, not supplied to her, and so why did she call my doctors and disrupt critical care for my life threatening illness causing harm and as always impacted life span, hoping to make me miss appearances where false accusations are lodged on the record by Ethan Doak, because they had no reason, I did not threaten Heather Daniels, I did not enter erratically, Loree Schwartz disrupted care and for life threatening illness for no reason or right. Lukas Butler, what reason did he have to commit offense and the same goes for the other Defendants. I am the victim and plaintiff.

I have a State lawsuit against Bret Heidkamp. Bret is Loree Schwartz's husband and Josh Smith is hi attorney who conspired with Loree Schwartz against my rights for fraudulent defense, the Declaration was served to Loree Schwartz and Josh Smith.

March 9th, 2026, Bret Heidkamp contacts Karen Lackowski and threatens that I forged the Declaration and that Karen would be cross examined for the forgery,

and Bret is aware of the Declaration only due to either Josh Smith or Loree Schwartz or both, Bret is threatening Karen to be drug into the State lawsuit against him for the Declaration filed in Federal Court case 1:26-cv-00313.



Karen Lackowski became extremely stressed and worried and repeatedly asserted that she did not want to become involved in Bret Heidkamp's cases because he could dispute unemployment, and she is worried about retaliation while desperately needing unemployment plaintiff has subsidized with plaintiff's disability, this would be for purposes of the Defendants in this case and Bret Heidkamp.

Plaintiff advised Karen not to worry, then she calmed down and declared she does not want to be involved in Bret Heidkamp's case in State District Court and she is not.

## Conclusion

This information is lodged for relevance and significance as well for integrity of the case and the Court.

Plaintiff moves the Court to preserve this information and pleading on the record.

Respectfully Submitted this 9th Day of March, 2026

/S/ Edward Hoid 09-MAR-2026

# APPENDIX C

CHARTS

APPENDIX IFP AND MEDICAL DISCLOSURE, CONSENT AND AUTHORIZATION

ASSUMED

Social Security Administration
**Retirement, Survivors, and Disability Insurance**
Important Information

Office of Central Operations
6401 Security Boulevard
Baltimore, Maryland 21235-6401
Date: February 4, 2026
BNC#: 26EJ153G49224-A

EDWARD H HOID
1815 28TH ST UNIT H
GREELEY CO 80631-8252

We are writing to you about court order number 17131525T concerning your responsibility for child support, alimony or court ordered victim restitution.

We will no longer take money out of your Social Security payments for child support, alimony or court ordered victim restitution because the court has sent us an order to stop withholding.

## If You Disagree With The Decision

If you disagree with the decision of the court that issued the garnishment order, you will need to contact them directly or have a lawyer do it for you.

*Social Security Administration*

| Work Year | Earnings Taxed for Social Security | Earnings Taxed for Medicare (began 1966) |
|---|---|---|
| 1991-2000 | $5,158 | $5,158 |
| 2001-2005 | $17,264 | $17,264 |
| 2006 | $21,290 | $21,290 |
| 2007 | $19,556 | $19,556 |
| 2008 | $25,600 | $25,600 |
| 2009 | $7,372 | $7,372 |
| 2010 | $0 | $0 |
| 2011 | $5,580 | $5,580 |
| 2012 | $10,325 | $10,325 |
| 2013 | $15,486 | $15,486 |
| 2014 | $13,863 | $13,863 |
| 2015 | $10,118 | $10,118 |
| 2016 | $13,250 | $13,250 |
| 2017 | $425 | $425 |
| 2018 | $0 | $0 |
| 2019 | $6,278 | $6,278 |
| 2020 | $1,032 | $1,032 |
| 2021 | $0 | $0 |
| 2022 | $5,066 | $5,066 |
| 2023 | $0 | $0 |
| 2024 | $2,113 | $2,113 |
| 2025 | Not yet recorded | Not yet recorded |

Bones died in 2010 and disintegrated until 2020 could not walk for 10 years or so, I learned to walk again and got bones replaced. That is why I earned so low.

Social Security Administration
**Retirement, Survivors and Disability Insurance**
Important Information

Office of Central Operations
6401 Security Boulevard
Baltimore, Maryland 21235-6401
Date: February 4, 2026
BNC#: 26T2345G16173-HA

0002385 00134501 1 MB 0.672 0128M1T2R7PN T604 P29
EDWARD H HOID
1815 28TH ST UNIT H
GREELEY CO 80631-8252

We are writing to you about your Social Security benefits.

**What You Should Know**

We stopped taking money out of your benefits for child support, alimony, or court ordered victim restitution.

**What We Will Pay And When**

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

- You will receive $995.00 for February 2026 around March 3, 2026.
- After that you will receive $995.00 on or about the third of each month.

**If You Disagree With The Decision**

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal in writing.
- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

C

See Next Page

9:11 5G 84

# Appointments

## Future

MAR 23 2026 **RETURN PATIENT**
Katharine Patrick, PA-C
UCHealth Diabetes and Endocrinology Clinic - Harmony Campus
Arrive by 8:15 AM
Starts at 8:30 AM

## Past

FEB 9 2026 **Scheduled Telephone Call**
Pharmacist Aaron B
UCHealth Family Medicine Center - Fort Collins

View After Visit Summary®

View clinical notes

JAN 28 2026 **Emergency Department**
**UCHealth Emergency Care - Greeley Hospital**

View After Visit Summary®

View clinical notes

JAN 22 2026 **Scheduled Telephone Call**
**Pharmacist Aaron B**
**UCHealth Family Medicine Center - Fort Collins**

Schedule an appointment

9:11 5G 84

Appointments

Past

View After Visit Summary®

View clinical notes

NOV 24 2025 **Office Visit**
**Lauren M**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

NOV 17 2025 **Rehab Therapy Treatment**
**Kyle M**
**UCHealth Physical Therapy and Rehabilitation Clinic - Prospect**

View After Visit Summary®

View clinical notes

NOV 13 2025 **Rehab Therapy Treatment**
**Kyle M**
**UCHealth Physical Therapy and Rehabilitation Clinic - Prospect**

View After Visit Summary®

View clinical notes

9:11 5G 84

Appointments

Past

2026 Hospital

View After Visit Summary®

View clinical notes

DEC 22 2025 Scheduled Telephone Call
Pharmacist Aaron B
UCHealth Family Medicine Center - Fort Collins

View After Visit Summary®

View clinical notes

DEC 8 2025 **Initial Visit**
**Katharine Patrick, PA-C**
**UCHealth Diabetes and Endocrinology Clinic - Harmony Campus**

View After Visit Summary®

View clinical notes

NOV 24 2025 **Scheduled Telephone Call**
**Pharmacist Aaron B**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

9:53 5G 68%

## Appointments

### Future

OCT 27 2025
**RETURN PATIENT**
Kyle M
UCHealth Physical Therapy and Rehabilitation Clinic - Prospect
Starts at 4:30 PM

NOV 6 2025
**RETURN PATIENT**
Kyle M
UCHealth Physical Therapy and Rehabilitation Clinic - Prospect
Starts at 5:15 PM

NOV 13 2025
**RETURN PATIENT**
Kyle M
UCHealth Physical Therapy and Rehabilitation Clinic - Prospect
Starts at 5:15 PM

NOV 17 2025
**RETURN PATIENT**
Kyle M
UCHealth Physical Therapy and Rehabilitation Clinic - Prospect
Starts at 5:15 PM

### Past

SEP 27 2025
**Rehab Therapy Evaluation**
**Kyle M**
**UCHealth Physical Therapy and Rehabilitation Clinic - Prospect**

Schedule an appointment

9:53 5G 68%

Appointments

Past

SEP 15 2025
**Scheduled Telephone Call**
**Pharmacist Aaron B**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

SEP 4 2025
**Office Visit**
**Lauren M**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

AUG 18 2025
**Scheduled Telephone Call**
**Pharmacist Aaron B**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

AUG 1 2025
**Office Visit**
**Matthew Foman, MD**
**UCHealth Family Medicine Center - Fort Collins**

9:53 5G 68%

Appointments

Past

AUG 1 2025
**Office Visit**
**Matthew Foman, MD**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

JUL 31 2025
**Scheduled Telephone Call**
**Pharmacist Aaron B**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

JUL 21 2025
**Scheduled Telephone Call**
**Pharmacist Aaron B**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

JUL 18 2025
**Clinical Support**
**Cecilia J**
**UCHealth Diabetes and Medical Nutrition Therapy - Loveland**


9:53
5G 68%
Appointments
Past
JUL 15 2025
Office Visit
Curt M
UCHealth Family Medicine Center - Fort Collins
View After Visit Summary®
View clinical notes
JUL 10 2025
Scheduled Telephone Call
Pharmacist Aaron B
UCHealth Family Medicine Center - Fort Collins
View After Visit Summary®
View clinical notes
JUL 8 2025
Scheduled Telephone Call
Pharmacist Aaron B
UCHealth Family Medicine Center - Fort Collins
View After Visit Summary®
View clinical notes
JUL 3 2025
Scheduled Telephone Call
Pharmacist Aaron B
UCHealth Family Medicine Center - Fort Collins


9:53
68%
Appointments
Past
JUL 3 2025
Scheduled Telephone Call
Pharmacist Aaron B
UCHealth Family Medicine Center - Fort Collins
View After Visit Summary®
View clinical notes
JUN 30 2025
Office Visit
Matthew Foman, MD
UCHealth Family Medicine Center - Fort Collins
View After Visit Summary®
View clinical notes
JUN 27 2025
Scheduled Telephone Call
Pharmacist Aaron B
UCHealth Family Medicine Center - Fort Collins
View After Visit Summary®
View clinical notes
JUN 24 2025
Scheduled Telephone Call
Pharmacist Aaron B
UCHealth Family Medicine Center - Fort Collins


9:53
5G 68%
Appointments
Past
JUN 24 2025
Scheduled Telephone Call
Pharmacist Aaron B
UCHealth Family Medicine Center - Fort Collins
View After Visit Summary®
View clinical notes
JUN 13 2025
Scheduled Telephone Call
Pharmacist Aaron B
UCHealth Family Medicine Center - Fort Collins
View After Visit Summary®
View clinical notes
MAY 30 2025
Initial Visit
Andrea H
UCHealth Family Medicine Center - Fort Collins
View After Visit Summary®
View clinical notes
MAY 30 2025
Office Visit
Matthew Foman, MD
UCHealth Family Medicine Center - Fort Collins

9:53 5G 68%

Appointments

Past

MAY 30 2025
**Office Visit**
**Matthew Foman, MD**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

MAY 29 2025
**Clinical Support**
**Nurse Susan S**
**UCHealth Diabetes and Medical Nutrition Therapy - Loveland**

View After Visit Summary®

View clinical notes

MAY 15 2025
**Scheduled Telephone Call**
**Pharmacist Aaron B**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

MAY 15 2025
**Clinical Support**
**Nurse Susan S**
**UCHealth Diabetes and Medical Nutrition Therapy - Loveland**

View After Visit Summary®

9:53 5G 68%

Appointments

Past

MAY 15 2025
**Clinical Support**
**Nurse Susan S**
**UCHealth Diabetes and Medical Nutrition Therapy - Loveland**

View After Visit Summary®

View clinical notes

MAY 8 2025
Scheduled Telephone Call
Pharmacist Aaron B
UCHealth Family Medicine Center - Fort Collins

View After Visit Summary®

View clinical notes

MAY 1 2025
**Scheduled Telephone Call**
**Pharmacist Aaron B**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

APR 29 2025
**Office Visit**
**Matthew Foman, MD**
**UCHealth Family Medicine Center - Fort Collins**

9:54 5G 68%

Appointments

Past

APR 29 2025
**Office Visit**
**Matthew Foman, MD**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

APR 24 2025
**Scheduled Telephone Call**
**Pharmacist Aaron B**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

APR 17 2025
**Scheduled Telephone Call**
**Pharmacist Aaron B**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

APR 7 2025
**Office Visit**
**Matthew Foman, MD**
**UCHealth Family Medicine Center - Fort Collins**

9:54 5G 68%

Appointments

Past

APR 7 2025 **Office Visit**
**Matthew Foman, MD**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

APR 1 2025 Office Visit
Danielle B
UCHealth Family Medicine Center - Fort Collins

View After Visit Summary®

View clinical notes

MAR 28 2025 **Scheduled Telephone Call**
**Pharmacist Aaron B**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

MAR 17 2025 **Scheduled Telephone Call**
**Pharmacist Aaron B**
**UCHealth Family Medicine Center - Fort Collins**


9:54
5G 68%
Appointments
Past
MAR 17 2025
Scheduled Telephone Call
Pharmacist Aaron B
UCHealth Family Medicine Center - Fort Collins
View After Visit Summary®
View clinical notes
MAR 10 2025
Scheduled Telephone Call
Pharmacist Aaron B
UCHealth Family Medicine Center - Fort Collins
View After Visit Summary®
View clinical notes
MAR 10 2025
Office Visit
Matthew Foman, MD
UCHealth Family Medicine Center - Fort Collins
View After Visit Summary®
View clinical notes
FEB 24 2025
Scheduled Telephone Call
Pharmacist Aaron B
UCHealth Family Medicine Center - Fort Collins

9:54 5G 68%

Appointments

Past

FEB 24 2025
**Scheduled Telephone Call**
**Pharmacist Aaron B**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

FEB 17 2025
**Scheduled Telephone Call**
**Pharmacist Aaron B**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

FEB 13 2025
Office Visit
Matthew Foman, MD
UCHealth Family Medicine Center - Fort Collins

View After Visit Summary®

View clinical notes

FEB 5 2025
**Scheduled Telephone Call**
**Lauren M**
**UCHealth Family Medicine Center - Fort Collins**

9:54 5G 68%

Appointments

Past

FEB 5 2025 **Scheduled Telephone Call**
**Lauren M**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

FEB 4 2025 Hospital Outpatient Visit
UCHealth Heart and Vascular Clinic - Harmony Campus

View visit details

JAN 28 2025 Office Visit
Lauren M
UCHealth Family Medicine Center - Fort Collins

View After Visit Summary®

View clinical notes

JAN 28 2025 Scheduled Telephone Call
Pharmacist Aaron B
UCHealth Family Medicine Center - Fort Collins

View After Visit Summary®

View clinical notes

9:54 5G 68%

Appointments

Past

JAN 28 2025
Scheduled Telephone Call
Pharmacist Aaron B
UCHealth Family Medicine Center - Fort Collins

View After Visit Summary®

View clinical notes

JAN 13 2025
Scheduled Telephone Call
Pharmacist Aaron B
UCHealth Family Medicine Center - Fort Collins

View After Visit Summary®

View clinical notes

JAN 7 2025
Scheduled Telephone Call
Pharmacist Aaron B
UCHealth Family Medicine Center - Fort Collins

View After Visit Summary®

View clinical notes

DEC 20 2024
**Confidential Visit**
**Zeljko Ivanovic, MD**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

9:54 5G 67%

## Appointments

Past

**DEC 20 2024**
**Confidential Visit**
**Zeljko Ivanovic, MD**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

**DEC 16 2024**
**Office Visit**
Chen Zeigerson, DO
UCHealth Family Medicine Center - Fort Collins

View After Visit Summary®

View clinical notes

**NOV 26 2024**
**Office Visit**
Curt M
UCHealth Family Medicine Center - Fort Collins

View After Visit Summary®

View clinical notes

**NOV 22 2024**
**Emergency Department**
UCHealth Emergency Care - Poudre Valley Hospital

View After Visit Summary®


9:58
67%
Appointments
Past
NOV 26 2024
Office Visit
Curt M
UCHealth Family Medicine Center - Fort Collins
View After Visit Summary®
View clinical notes
NOV 22 2024
Emergency Department
UCHealth Emergency Care - Poudre Valley Hospital
View After Visit Summary®
View clinical notes
NOV 22 2024
Initial Visit
Lauren M
UCHealth Family Medicine Center - Fort Collins
View After Visit Summary®
View clinical notes
OCT 23 2024
Emergency Department
UCHealth Emergency Care - Poudre Valley Hospital
View After Visit Summary®

9:54 5G 68%

Appointments

Past

APR 7 2025 **Office Visit**
**Matthew Foman, MD**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

APR 1 2025 Office Visit
Danielle B
UCHealth Family Medicine Center - Fort Collins

View After Visit Summary®

View clinical notes

MAR 28 2025 **Scheduled Telephone Call**
**Pharmacist Aaron B**
**UCHealth Family Medicine Center - Fort Collins**

View After Visit Summary®

View clinical notes

MAR 17 2025 **Scheduled Telephone Call**
**Pharmacist Aaron B**
**UCHealth Family Medicine Center - Fort Collins**

9:18 5G 98%

eCheck-In

## Food insecurity

Started 2/13/2025

- [ ] Request removal

## Hyperkalemia

Started 11/13/2022

- [ ] Request removal

## Hyperosmolar hyperglycemic state (HHS) (HC CODE)

Started 11/12/2022

- [ ] Request removal

## Hyponatremia

Started 11/13/2022

- [ ] Request removal

## Peripheral autonomic neuropathy due

9:19 5G 98%

eCheck-In

## PT Generalized weakness

Started 9/29/2025

☐ Request removal

## PT Right hip pain

Started 9/29/2025

☐ Request removal

## S/P prosthetic total arthroplasty of the hip

Started 11/22/2024

☐ Request removal

## Subclinical hypothyroidism

Started 11/22/2024

☐ Request removal

## Type 1 diabetes mellitus with

9:19 5G 98%

eCheck-In

hip

Started 11/22/2024

☐ Request removal

Subclinical hypothyroidism

Started 11/22/2024

☐ Request removal

Type 1 diabetes mellitus with hyperglycemia (HC CODE)

Started 11/22/2024

☐ Request removal

+ Add a health issue

Confirm

Skip

Back

11:13 5G 59%

Past Visit Details

# Confidential Visit - Dec 20, 2024

with Zeljko Ivanovic, MD at UCHealth Family Medicine Center - Fort Collins

Notes from Care Team

## Progress Notes

### Zeljko Ivanovic, MD at 12/20/2024 3:30 PM

**FACULTY TEACHING NOTE:**

I was present during the critical/key portion(s) of the service performed by resident Dr. Hahn. I was directly involved in the management of the patient and discussed the case with the resident. I agree with the findings and plan as documented in the resident's note, **with no exceptions.**

Chief complaint: "Type 1 diabetes ".
Patient is somewhat preoccupied with his diabetes. He does not have a clearcut chief complaint. He said his diabetes went undiagnosed for 30 years. He believes that he had multiple DKAs but only ended up in a hospital only once or twice for it. He said he was in coma multiple times for drinking 10 to 20 gallons of water a day in the past. He was arrested 1 time in a state of confusion, which he said was from drinking too much water. Family accused him of using drugs and walked away from him, but he states that he was medically compromised and "incapacitated". He also endorses history of multiple concussions in the past and has scars to his face and forehead. "I have no energy, I am so lethargic ". I asked him about his sleep and he said "I can sleep all day ". "I would hallucinate sometimes ", then proceed to describe visual hallucinations, i.e. sky turning red and some other visual abnormalities but denies history of auditory hallucinations ever. We discussed hypomanic symptoms and he states that he had times when he was working 80 to 90 hours a

11:13 5G 59%

Past Visit Details

discussed hypomanic symptoms and he states that he had times when he was working 80 to 90 hours a week. He said he was "driven beyond human ", he was overly motivated and this could last 1 to 2 weeks. He was not sleeping, he could not describe other hypo-/manic symptoms. Past history of depression but not so much now. Denies active SI/HI. He denies past history of suicide attempts. He feels much more hopeful now that his providers figured out that he has diabetes and he is compliant with insulin. He had history of trauma but did not describe PTSD type symptoms. "I am socially awkward ". Past psychiatric history: He was prescribed lithium and Seroquel in 2016, per records, he said he never took it. He was in North range behavioral services for 3 days, likely on a hold but could not recall details. Was given Adderall at McKee Hospital in Loveland 1 time. Denies other medication trials. He said he had a psychological testing in the past but could not tell us what kind. No history of psychotherapy. Family psychiatric history: He denies any. Substance use history: He does not drink alcohol and never abused it. Tried marijuana about 30 times in his lifetime. Used meth for the total of several months, last time in 2021 or 2022. Social history: Denies history of abuse growing up. Grew up in Nevada, in a rural area. He had 6 sisters. He said he was "really good in school, all As ". He dropped out of school but got GED and then enrolled in a chemistry and math major at college and studied for 6 years, was arrested over the water intoxication I described above and at the same time his wife left him, so he quit school. He worked in coal mines, at the foundry. He said he was falsely accused of the murder and was incarcerated in prison for 2 years without charges, he now has an attorney and is planning to sue the courts and also news agencies. He said he was "shot at by vigilantes". "Everyone wanted to kill me " because of this falsely accused murder implication. I have no idea what is true here or not.

On examination: He gets animated, he perseverates about various topics, but mainly about being falsely accused of murder and about his diabetes. His

11:14 5G 59%

Past Visit Details

Greater than 50% of this 65 minute visit was spent in counseling about above issues.

**Andrew H at 12/20/2024 3:30 PM**

**Outpatient Psychiatry Consultation**
Patient is referred by Curt Misko.

**History:**

40 y.o. male

**Reason:** Assess mental status changes
**Duration:** 65 minutes

Reponds to "were you told a lot of why you are here at psych clinic?" With "I recently found out I have type one diabetes. I used to drink a lot of warer and then sometimes go into a coma. My bones were dying. I sometimes go into a building and I don't really know what is going on but I need to in order to drink. I have frequent blackouts or comas.When I woke up, I wouldn't know who I was or where I was or when it was. Only later I would realize it 1-2 days later"

Patient reports these episodes have been very disruptive. Reports that he has been arrested for doing this three times. One time he was arrested and continued to drinnk lots of water so they put him in isolation. His family has stopped talking to him because they thought he was on drugs. He became homeless. He would go into coma and have all his belongings stolen

"I pulled off one of my toes once." Reports toe had turned black and so he pulled it off.
"I couldn't walk for six years one time, but I coordinated with Banner Health and my pastor so I was able to have surgery and I was able to learn how to walk again."

**Current Medications:**
None

**Previous medications:**
Has been prescribed Adderall

11:13 5G 59%

Past Visit Details

accused of murder and about his diabetes. His thought processes are somewhat disjointed. He does not appear internally preoccupied and denied any voices during the interview. Delusional beliefs are obviously possible. He does not look frankly hypomanic. he is serious, affect is moderately depressed, he denies SI/HI.
Assessment: His differential diagnosis is rather broad. Schizophrenia is possibility, but he does not fulfill all criteria. History of what sounds like psychogenic polydipsia, which is frequently related to psychosis. Bipolar disorder is also a possibility, but I am not convinced. He can have autistic spectrum disorder, or possibly cluster A personality disorder, mainly paranoid or schizotypal. His history of multiple head traumas could also contribute to his presentation. PTSD is possible but he is not endorsing classic and full symptoms of that disorder. Remote history of methamphetamine use, he claims sobriety.
Plan: I think he should go to Colorado center for assessment and counseling for formal psychological testing, including projective testing [Rorschach or TAT, in order to uncover underlying psychotic processes], then also MMPI, MCMI and autistic spectrum testing. As far as the medications, I think that we will achieve the broadest coverage of his symptoms with atypical antipsychotic. We would obviously have to use only metabolically neutral ones because of his diabetes [his last HbA1c was 13.2]. Try ziprasidone 40 Mg in the evening with food and then go up on the dose if needed and tolerated. Alternatively we can try him on it lurasidone starting at 40 Mg nightly with food or possibly Vraylar starting at 1.5 Mg nightly with food. Consider referring him to a psychiatrist in the community for regular follow-ups, he seems rather complex psychiatrically. Psychotherapy could be helpful as well, particularly cognitive therapy or behavioral therapy focusing on his polydipsia behaviors. Obtain past psych testing or other mental health related records if possible. It looks like he had been treated for syphilis, as his RPR is nonreactive and he does have antibodies. Thank you for the consultation.

10:13 5G 64%

Medications

**DULoxetine 60 mg DR capsule**

Commonly known as: CYMBALTA

Learn more

Take 1 capsule by mouth daily for Diabetic Peripheral Neuropathy.

No refills remaining. Refill requests will be sent to your provider for approval.

Additional information

Request Refill

Transfer Rx To UCHealth Pharmacy

Remove

**levothyroxine 50 mcg tablet**

Commonly known as: SYNTHROID

Learn more

Take 1 tablet by mouth daily for hypothyroidism.

5 refills before July 8, 2026

Additional information

Request Refill

10:13 5G 64%

Medications

**insulin lispro 100 unit/mL injection**

Commonly known as: HumaLOG, AdmeLOG

Learn more

for type 1 diabetes mellitus. Inject up to 100 units under the skin once daily via OMNIPOD, e10.65

4 refills before June 12, 2026

Additional information

Request Refill

Transfer Rx To UCHealth Pharmacy

Remove

**insulin syringe 1 mL 31 gauge x 5/16 syringe**

Learn more

for type 1 diabetes mellitus. Use as instructed once daily to use insulin via OMNIPOD, e10.65

3 refills before June 12, 2026

Additional information

Request Refill

10:13 5G 64%

Medications

**pen needle, diabetic 32 gauge x 5/32" Ndle**

Commonly known as: BD Nano 2nd Gen Pen Needle

Learn more

for type 1 diabetes mellitus. Use 1 pen needle as directed for insulin injections 5 times per day

3 refills before April 16, 2026

Additional information

Request Refill

Remove

**Zegalogue Autoinjector 0.6 mg/0.6 mL Atin**

Generic name: dasiglucagon

Learn more

Inject 0.6 mg into the skin once as needed (severe low blood sugar) for hypoglycemic disorder.

3 refills before April 16, 2026

Additional information

10:14 5G 64%

Medications

**glucose 4 gram chewable tablet**

Learn more

Take 4 tablets by mouth as needed for for hypoglycemia in T1DM.

12 refills before April 6, 2026

Additional information

Request Refill

Transfer Rx To UCHealth Pharmacy

Remove

**blood-glucose sensor**

Learn more

Take 1 each as instructed continuous device for type 1 diabetes.

11 refills before December 29, 2025

Additional information

Request Refill

Remove

10:14 5G 64%

Medications

**Blood-Glucose Meter**

Learn more

for testing of blood glucose. use as directed

This prescription cannot be refilled through My Health Connection. Contact your pharmacy for a refill.

No refills remaining.

Additional information

Remove

**blood sugar diagnostic strip**

Learn more

Take 1 strip as instructed 3 times daily for glucose monitoring.

No refills remaining. Refill requests will be sent to your provider for approval.

Additional information

Request Refill

Transfer Rx To UCHealth Pharmacy

Remove

10:14 5G 64%

Letter Details

uchealth

UCHealth Family
Medicine Center -
Fort Collins
1025 Pennock Pl
Fort Collins CO
80524-3257
O: 970-495-8800
F: 970-495-8820

**uchealth.org**

November 22, 2024

To Whom it May Concern:

Mr. Edward Hoid has a diagnoses of avascular necrosis of the hip requiring prosthetic hip arthroscopy and type I diabetes in poor control. This will affect his mobility and performance at work.

If you have any other questions, do not hesitate to call the clinic.

Sincerely,

MD

Lauren McVeigh, MD
11/22/2024 4:25 PM

# MEDICAL SOURCE STATEMENT PHYSICAL

To:

Re: Edward Hoid (Name of Patient)

3/19/1984 (DOB) Case #: 25-00697EER

Please answer the following questions concerning your patient's impairments. *Attach all relevant treatment notes, radiologist reports, laboratory and test results that have not been provided previously to the Social Security Administration.*

1. Frequency and length of contact: Seven months, at least monthly in-person visits

2. Diagnoses: Type 1 Diabetes with microvascular and macrovascular complications

3. Prognosis: Lifelong disease with significant risk of worsening comorbidities

4. List your patient's *symptoms*, including pain, dizziness, fatigue, etc:
   Fatigue, numbness, blurry vision, pain

5. If your patient has pain, characterize the nature, location, frequency, precipitating factors, and severity of your patient's pain:
   Pain in legs and hands from neuropathy, muscle cramps, debilitating

6. Identify the clinical findings and objective signs:
   Blood glucose levels in the 300-600s, A1c > 9%

7. Describe the treatment and response including any side effects of medication that may have implications for working, e.g., drowsiness, dizziness, nausea, etc:
   Aggressive management with insulin causing ~~fat~~ fatigue, dizziness due to history of profoundly high typical glucose levels.

8. Have your patient's impairments lasted or can they be expected to last at least twelve months?
   X Yes __ No

-1-

Edward Hoid (Name of Patient) 3/19/1984 (DOB) Case #: 25-00697

9. Do emotional factors contribute to the severity of your patient's symptoms and functional limitations?

X Yes __ No

10. Identify any psychological conditions affecting your patient's physical condition:

__ Depression
__ Somatoform disorder
X Psychological factors affecting physical condition
__ Anxiety
__ Personality disorder
__ Other: ____________

11. Are your patient's impairments (physical impairments plus any emotional impairments) *reasonably consistent* with the symptoms and functional limitations described in this evaluation?

X Yes __ No

If no, please explain: ____________________

12. How much is your patient likely to be *"off task"*? That is, what percentage of a typical workday would your patient's symptoms likely be severe enough to interfere with ***attention and concentration*** needed to perform even simple work tasks?

__ 0% __ 5% __ 10% __ 15% __ 20% X 25% or more

13. To what degree can your patient tolerate work stress?

__ Incapable of even "low stress" jobs
X Moderate stress is okay
__ Capable of high stress work

Please explain the reasons for your conclusion: Patient requires frequent self-titration of his insulin

14. As a result of your patient's impairments, estimate your patient's functional limitations if your patient were placed in a *competitive work situation.*

a. How many city blocks can your patient walk without rest or severe pain? 1-2

b. Please circle the hours and/or minutes that your patient can sit ***at one time***, e.g., before needing to get up, etc.

**Sit:** 0 5 10 15 20 30 45 Minutes — 1 2 (More than 2) Hours

c. Please circle the hours and/or minutes that your patient can stand ***at one time***, e.g., before needing to sit down, walk around, etc.

**Stand:** 0 5 (10) 15 20 30 45 Minutes — 1 2 More than 2 Hours

-2-

Edward Hoid (Name of Patient) 3/19/1984 (DOB) Case #: 25-00697

d. Please indicate how long your patient can sit and stand/walk *total in an 8-hour working day* (with normal breaks):

| Sit | Stand/walk | |
|---|---|---|
| __ | X | less than 2 hours |
| __ | __ | about 2 hours |
| __ | __ | about 4 hours |
| X | __ | at least 6 hours |

e. Does your patient need to include periods of walking around during an 8-hour working day?
__ Yes X No

1) If yes, approximately how *often* must your patient walk?
1 5 10 15 (20) 30 45 60 90
Minutes

2) How *long* must your patient walk each time?
1 2 3 4 5 6 7 8 9 (10) 11 12 13 14 15
Minutes

f. Does your patient need a job that permits shifting positions *at will* from sitting, standing or walking?
X Yes __ No

g. Will your patient sometimes need to take unscheduled breaks during an 8-hour working day?
X Yes __ No

If yes, 1) how *often* do you think this will happen? daily
2) how *long* (on average) will your patient have to rest before returning to work? 15 mins

h. With prolonged sitting, should your patient's leg(s) be elevated? __ Yes X No

If yes, 1) how *high* should the leg(s) be elevated? ____________
2) if your patient had a sedentary job, *what percentage of time* during an 8 hour working day should the leg(s) be elevated? ____________

i. While engaging in occasional standing/walking, must your patient use a cane or other assistive device?
__ Yes X No

j. How many pounds can your patient lift and carry in a competitive work situation?

| | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) |
|---|---|---|---|---|
| Less than 10 lbs. | | | | |
| 10 lbs. | | | | |
| 20 lbs. | | | | |
| 50 lbs. | | X | | |

k. How often can your patient perform the following activities?

| | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) |
|---|---|---|---|---|
| Look down (sustained flexion of neck) | | | X | |
| Turn head right or left | | X | | |
| Look up | | | | X |
| Hold head in static position | | | X | |

-3-

Edward Hoid (Name of Patient) 3/19/1984 (DOB) Case #: 25-00697

15. How often can your patient perform the following activities?

| | Never | Occasionally (up to 1/3) | Frequently (1/3 to 2/3) | Continuously (over 2/3) |
|---|---|---|---|---|
| Twist | | | X | |
| Stoop (bend) | X | | | |
| Crouch/ squat | | X | | |
| Climb ladders | | | X | |
| Climb stairs | | X | | |

m. Does your patient have significant limitations with reaching, handling or fingering?
X Yes __ No

If yes, please indicate the percentage of time during an 8-hour working day that your patient can use hands/fingers/arms for the following activities:

| | **HANDS: Grasp, Turn Twist Objects** | **FINGERS: Fine Manipulations** | **ARMS: Reaching (incl. Overhead)** |
|---|---|---|---|
| **Right:** | 50 % | 90 % | 75 % |
| **Left** | 50 % | 90 % | 75 % |

n. Are your patient's impairments likely to produce "good days" and "bad days"?
X Yes __ No

If yes, please estimate, on the average, how many days per month your patient is likely to be absent from work as a result of the impairments or treatment:

__ Never
__ About one day per month
__ About two days per month
__ About three days per month
__ About four days per month
X More than four days per month

16. Please attach an additional page to describe any other limitations (such as psychological limitations, limited vision, difficulty hearing, need to avoid temperature extremes, wetness, humidity, noise, dust, fumes, gases or hazards, etc.) that would affect your patient's ability to work at a regular job on a sustained basis.

6/30/25
*Date*

[signature]
*Signature*

***Printed Name & Title:*** Dr. Matthew Foman

***Address:*** 1025 Pennock Place
Fort Collins, CO 80524

7-28a
3/02
$258.1

-4-

**VTE Prophylaxis Orders** (From admission, onward)

| Start | | Ordered |
|---|---|---|
| 11/13/22 0000 | **heparin injection 5,000 Units (VTE Prophylaxis Medical Panel)** *Every 8 hours scheduled | 11/12/22 2052 |

Code Status Full

Patient will require a 2 midnight stay. Reason HHS

Expected Disposition home

50 minutes of Critical Care was provided in order to assess and manage the high probability of imminent or life-threatening deterioration of HHS requiring Insulin drip.

This patient encounter is occurring during the national pandemic emergency related to COVID-19. COVID-19 countermeasures are actively being utilized and factored into all documentation and clinical decisions.

**Subjective:**

**Chief Complaint:**

Chief Complaint

Patient presents with

- Hyperglycemia

Past Visit Details

## Diagnoses this visit

Your diagnoses were: MULTIPLE COMPLAINTS, AVASCULAR NECROSIS OF BONE OF HIP, LEFT (HC CODE)

## Note To Patients About HC Codes

Some diagnoses on this report may show the (HC code) abbreviation. This stands for Hierarchical Condition Category codes. HC codes are used for population health reporting and do not directly affect patients.

## Changes to Your Medication List

as of February 28, 2016 1:41 PM

# Discharge Application: Total And Permanent Disability Direct Loan Program / FFEL Program / Perkins Loan Programs

OMB No. 1845-0065
Form Approved
Exp. Date: 02/28/2027

## Total and Permanent Disability (TPD) Discharge

This is an application for a TPD discharge of federal student loans you received under the William D. Ford Federal Direct Loan Program (Direct Loan Program), the Federal Family Education Loan Program (FFEL Program), or the Federal Perkins Loan Program (Perkins Loan Program), and/or your Teacher Education Assistance for College and Higher Education Grant Program (TEACH Grant Program) service obligation.

The **Direct Loan Program** includes Direct Subsidized Loans, Direct Unsubsidized Loans, Direct PLUS Loans, and Direct Consolidation Loans.

The **FFEL Program** includes Federal Stafford Loans (both subsidized and unsubsidized), Federal PLUS Loans, Federal Consolidation Loans, and Federal Supplemental Loans for Students (SLS).

The **Perkins Loan Program** includes Federal Perkins Loans, National Direct Student Loans (NDSL), and National Defense Student Loans (Defense Loans).

The **TEACH Grant Program** requires individuals to complete a teaching service obligation as a condition for receiving a TEACH Grant.

If you receive a TPD **discharge of a loan**, this means that you do not have to repay the remaining balance of the loan. If you receive a TPD discharge of a Direct PLUS Loan or Federal PLUS Loan that you obtained with an endorser (an endorser is someone who agrees to repay a PLUS loan if the borrower does not repay it), the discharge also cancels the endorser's obligation to repay the loan.

If you receive a TPD **discharge of a TEACH Grant service obligation**, this means that you are no longer required to complete the teaching service that you agreed to perform as a condition for receiving a TEACH Grant.

## REQUIREMENTS TO QUALIFY FOR TPD DISCHARGE

To qualify for TPD discharge, you must have a **total and permanent disability.** You are considered to have a total and permanent disability if:

1. You are a veteran who has been determined by the U.S. Department of Veterans Affairs to be unemployable due to a service-connected disability; or
2. You are unable to engage in any substantial gainful activity by reason of a medically determinable physical or mental impairment that can be expected to result in death, or that has lasted for a continuous period of not less than 60 months, or that can be expected to last for a continuous period of not less than 60 months.

To show that you have a total and permanent disability, you must submit certain documentation from **one** of the following sources:

1. The U.S. Department of Veterans Affairs (VA);
2. The Social Security Administration (SSA); or
3. Certain licensed or certified medical professionals.

The specific types of documentation you must provide are explained in Sections 6 and 7. Except for VA or SSA determinations as described in Sections 8 and 9, a disability determination by another federal or state agency does not qualify you for this discharge.

**Note:** If you qualify for TPD discharge by providing documentation from the VA or the SSA, you are not required to have a medical professional complete Section 6 of this application.

## IMPORTANT TAX INFORMATION

Loan amounts discharged due to TPD are not considered taxable income by the Internal Revenue Service (IRS) for federal tax purposes. However, some states may consider the discharged loan amount to be income for state tax purposes. If you receive a TPD discharge of a loan, check with your state tax office or a tax professional before filing your state tax return.

**WARNING/IMPORTANT:** Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying document is subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## Section 1: Return the completed form and any documentation to:

U.S. Department of Education – TPD Servicing
P.O. Box 87130
Lincoln, NE 68501-7130
Fax: 303-696-5250

## Section 2: If you need help completing this form, contact us:

Phone: 1-888-303-7818 (TTY: dial 711, then phone no.)
Email: disabilityinformation@nelnet.com
Website: www.disabilitydischarge.com

## Section 3: Applicant Information

Please enter or correct the following information.

**Check this box if any of your information has changed.**

Social Security Number (SSN): 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

Date of Birth: 03/19/1984

Name: Edward Hoid

Address: P.O. BOX 7222

City: Loveland State: CO Zip Code: 80537

Phone - Primary: 9706926916

Phone - Alternate: 9706733539

Email: edward.h.hoid@gmail.com

**Borrower Name:** Edward Hoid **Borrower SSN:** 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

## Section 4: Total and Permanent Disability Information

**Carefully read the entire application before you complete this section. Sign and date the application in Section 5.**

**1.** Are you a veteran who has received a determination from the U.S. Department of Veterans Affairs (VA) that (A) you have a service-connected disability (or disabilities) that is 100% disabling, or (B) you are totally disabled based on an individual unemployability rating?

Yes - Attach documentation of the VA determination and complete Section 5. Send pages 3 and 4 with the required VA documentation to the address shown in Section 1. .**You do not need to have an authorized medical professional complete Section 6.**

X No - Continue to Question 2.

**2.** Are you currently receiving SSDI or SSI benefits, or SSA retirement benefits, and does your most recent SSA notice of award, SSA Benefits Planning Query (BPQY), or other documentation show that you meet one of the requirements A through E listed below?

**A.** You qualify for SSDI or SSI based on disability, and your next scheduled disability review is between 5 and 7 years from the date of your last SSA disability determination;

**B.** You qualify for SSDI or SSI based on disability and your next continuing disability review has been scheduled at 3 years;

**C.** You have an established onset date for SSDI or SSI of at least 5 years before the date of your application for TPD discharge, or you have been receiving SSDI or SSI based on disability for at least 5 years before the date of your application for TPD discharge;

**D.** You qualify for SSDI or SSI based on a compassionate allowance; or

**E.** You are currently receiving SSA retirement benefits, and before you qualified for SSA retirement benefits, you met one of the requirements described in paragraphs A through D above.

Yes - Attach a copy of your most recent SSA notice of award or BPQY, or other documentation showing that you meet one of the requirements listed above and complete Section 5. If you submit documentation other than a notice of award or BPQY, it will be accepted only if it provides sufficient information to determine that you meet the requirements above. Send pages 3 and 4 with the required SSA documentation to the address shown in Section 1. **You do not need to have an authorized medical professional complete Section 6.**

X No - Complete Section 5 and have an authorized medical professional complete and sign

**Borrower Name:** Edward Hoid **Borrower SSN:** 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

## Section 5: Borrower Requests, Understandings, Authorization, and Certification

**I request** that the U.S. Department of Education discharge my Direct Loan, FFEL, and/or Perkins Loan program loan(s), and/or my TEACH Grant service obligation.

**I authorize** any authorized medical professional (as defined in Section 9), hospital, or other institution having records about the disability that is the basis for my request for a discharge to make information from those records available to the U.S. Department of Education.

**I authorize** the organization I submit this request to and its agents to contact me regarding my request or my loans at the cellular telephone number that I provide now or in the future using automated telephone dialing equipment or artificial or prerecorded voice or text messages.

**I understand** that:

1. If I am applying for a discharge based on an authorized medical professional's certification in Section 6, **I must submit this application to the U.S. Department of Education within 90 days of the date of the authorized medical professional's signature in Section 6;** and
2. If I am a veteran who answered No to Questions 1 and 2 in Section 4, and I am applying for TPD discharge based on a certification from an authorized medical professional in Section 6, that certification is only for purposes of determining my eligibility for a discharge of my loans or TEACH Grant service obligation, and is not for purposes of determining my eligibility for, or the extent of my eligibility for, VA benefits.

**I certify** that:

1. I have a total and permanent disability, as defined in Section 3;
2. If I am a veteran applying for TPD discharge based on a qualifying VA disability determination, I have read and understand the information in Section 8; and
3. If I am applying for TPD discharge based on a qualifying SSA disability determination or a certification from an authorized medical professional, I have read and understand the information in Section 9.

**Applicant's or Representative's Signature** Edward Hoid **Date** 07/13/2025

**Representative Name (if applicable)** ____________________

**NOTE:** You may designate someone to represent you in matters related to your application. If you wish to designate a representative, you must complete the **Applicant Representative Designation: Total and Permanent Disability** form.

MRN:3560969 CSN:426745348
Hoid, Edward H
Svc Date: 7/15/25
DOB: 3/19/1984 41yrs
Prv: MISKO, CURT

## Section 6: Authorized Medical Professional Certification

The individual who has asked you to complete this section of the form ("applicant") has applied for discharge of their federal student loans and/or their TEACH Grant service obligation based on total and permanent disability (TPD), as authorized under federal law and the U.S. Department of Education's regulations.

One means by which a federal student loan borrower or TEACH Grant recipient can show that they are totally and permanently disabled for purposes of TPD discharge is to have an authorized medical professional certify that they are unable to engage in any substantial gainful activity by reason of a medically determinable physical or mental impairment that **(1)** can be expected to result in death; **(2)** has lasted for a continuous period of at least 60 months; or **(3)** can be expected to last for a continuous period of at least 60 months. **Substantial gainful activity** means a level of work performed for pay or profit that involves doing significant physical or mental activities, or a combination of both. **Note:** This does not mean that the applicant must be unable to work at all. The applicant must be unable to perform a level of work for pay or profit that involves doing **significant** physical and/or mental activities.

To complete this section of the application, you must be one of the following:

- A doctor of medicine or doctor of osteopathy legally authorized to practice in a state;
- A nurse practitioner licensed by a state;
- A physician assistant licensed by a state; or
- A certified psychologist at the independent practice level who is licensed to practice in the United States.

The terms "state" and "United States" as used above include the 50 United States, the District of Columbia, American Samoa, the Commonwealth of Puerto Rico, Guam, the U.S. Virgin Islands, the Commonwealth of the Northern Mariana Islands, the Republic of the Marshall Islands, the Federated States of Micronesia, and the Republic of Palau.

Complete items 1 through 11 below and on page 7. **Do not use abbreviations or insurance codes.** Print legibly and initial any changes.

Return the form to the applicant or the applicant's representative, or send it directly to the U.S. Department of Education at the address shown in Section 1.

**Borrower Name:** Edward Hoid **Borrower SSN:** 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

1. Provide the name and date of birth of the applicant:

**Name** Edward Hoid

**Date of Birth** 03/19/1984

2. Does the applicant have a medically determinable physical or mental impairment that prevents the applicant from engaging in any **substantial gainful activity** (see above)? If the applicant is able to engage in any substantial gainful activity in any field of work, you must answer "No."

   (Yes) - Continue to Item 3.

   No - **Do not complete this application.**

3. Is the applicant's impairment expected to result in death?

   Yes - Skip to Item 5.

   (No) - Continue to Item 4.

4. Has the applicant's impairment lasted or is it expected to last for a continuous period of at least 60 months?

   (Yes) - Continue to Item 5.

   No - **Do not complete this application.**

5. Provide your diagnosis of the applicant's impairment (do not use insurance codes or abbreviations):

   Bipolar
   Anxiety
   Type 1 Diabetes
   TBI
   Avascular necrosis of left hip with replacement

6. Describe the severity of the applicant's impairment, including, if applicable, the phase of the impairment:

   Severe mental disability
   Labile blood glucose that has frequently resulted in syncope
   Mobility issues & pain from hip replacement

**Borrower Name:** Edward Hoid **Borrower SSN:** 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

Explain in items 7 through 11 how the condition prevents the applicant from engaging in any substantial gainful activity in **any** field of work. Attach additional pages if needed. Enter "N/A" if not applicable. You may include additional information you believe is helpful in understanding the applicant's condition, such as medications or procedures used to treat the condition.

7. Limitations on sitting, standing, walking, or lifting:

   Joint pain
   Risks of falling due to blood sugars/hypoglycemia

8. Limitations on activities of daily living:

   Difficulty lifting legs with hip replacement

9. Residual functionality:

   Walks unassisted

10. Social/behavioral limitations (if any):

    Severe anxiety and panic attacks

11. Global Assessment Function Score (for psychiatric conditions):

    30

**Authorized Medical Professional's Certification**

I certify that, in my best professional judgment, the applicant identified in item 1 on page 7 has a medically determinable physical or mental impairments consistent with my responses in items 2 through 11. I understand that an applicant who is currently able to engage in any substantial gainful activity in any field of work does not have a total and permanent disability as defined on this form.

Borrower Name: Edward Hold Borrower SSN: 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

I am a:

- [x] doctor of medicine legally authorized to practice in a state
- [ ] doctor of osteopathy/osteopathic medicine legally authorized to practice in a state
- [ ] nurse practitioner licensed by a state
- [ ] physician assistant licensed by a state
- [ ] certified psychologist at the independent practice level licensed to practice in the United States

**State Where Legally Authorized to Practice or Licensed*** Colorado

**Professional License Number (subject to verification; stamp is acceptable)** DR 0007492[illegible]

*If you are licensed to practice in American Samoa, Puerto Rico, the U.S. Virgin Islands, the Northern Mariana Islands, the Marshall Islands, Micronesia, or Palau, attach a copy of your professional license that clearly shows the expiration date.

**Signature (a stamp is not acceptable)** [signature] **Date(mm-dd-yyyy)** 2025 07 15

**Name (First, Middle, Last)** Curt A Mistka Jr

**Address (a stamp is acceptable)**

**Email** **Telephone**

Family Medicine Center
1025 Pennock Place
Fort Collins, CO 80524
Phone: 970-495-8800
Fax: 970-495-8820